# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption:     American Association of University Professors et al v. Rubio et al

District Court Number:     25cv10685-WGY

Fee:     Paid?    Yes _____    No _____    Government filer __X__    *In Forma Pauperis* Yes _____    No _____

Motions Pending     Yes __X__ No _____          Sealed documents     Yes __X__ No _____
*If yes, document #*     317                          *If yes, document #*     153,162,186,209,214,252,253

*Ex parte* documents     Yes _____ No __X__          Transcripts     Yes __X__ No _____
*If yes, document #*                                    *If yes, document #*     75,87,102,115,165,231-248,310

Notice of Appeal filed by: Plaintiff/Petitioner _____    Defendant/Respondent __X__    Other: _____

Appeal from:

# #313 Judgment
Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

# #313 and #316
with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __316__ filed on __February 9, 2026__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __February 10, 2026__.

**ROBERT M. FARRELL**
Clerk of Court


/s/Matthew A. Paine
Deputy Clerk


COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

## PLEASE RETURN TO THE USDC CLERK'S OFFICE

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: <u>1:25−cv−10685−WGY</u>

American Association of University Professors et al v. Rubio et al

Assigned to: Judge William G. Young

 Case in other court:  USCA − First Circuit, 25−01658

Cause: 28:1331 Fed. Question

Date Filed: 03/25/2025
Date Terminated: 01/26/2026
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**American Association of University Professors**

represented by **Ahilan Arulanantham**
American Civil Liberties Union of Southern California
1313 West 8th Street
Los Angeles, CA 90017
213−977−5211
Fax: 213−977−5297
Email: <u>arulanantham@law.ucla.edu</u>
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Tremonte**
Sher Tremonte LLP
90 Broad Street
23rd Floor
New York, NY 10004
212−202−2603
Fax: 212−202−4156
Email: <u>mtremonte@shertremonte.com</u>
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Noam Biale**
Sher Tremonte LLP
90 Broad Street
Ste 23rd Floor
New York, NY 10004
212−202−2600
Email: <u>nbiale@shertremonte.com</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Abdo**
Knight First Amendment Institute at Columbia University
475 Riverside Drive

1

Ste 302
New York, NY 10115
646–745–8502
Email: alex.abdo@knightcolumbia.org
*ATTORNEY TO BE NOTICED*

**Alexandra Conlon**
Sher Tremonte LLP
90 Broad Street
23rd Floor
New York, NY 10004
212–202–2600
Email: aconlon@shertremonte.com
*ATTORNEY TO BE NOTICED*

**Caroline DeCell**
Knight First Amendment Institute at
Columbia University
475 Riverside Drive
Suite 302
New York, NY 10115
646–745–8500
Email: carrie.decell@knightcolumbia.org
*ATTORNEY TO BE NOTICED*

**Courtney Gans**
Sher Tremonte LLP
90 Broad Street
23rd Floor
New York, NY 10004
212–540–0675
Email: cgans@shertremonte.com
*ATTORNEY TO BE NOTICED*

**David Jacob Zimmer**
Zimmer, Citron & Clarke LLP
130 Bishop Allen Dr.
Cambridge, MA 02139
617–676–9421
Email: dzimmer@zimmercitronclarke.com
*ATTORNEY TO BE NOTICED*

**Edwina Bullard Clarke**
Zimmer, Citron & Clarke LLP
130 Bishop Allen Drive
Cambridge, MA 02139
518–637–1311
Email: edwina@zimmercitronclarke.com
*ATTORNEY TO BE NOTICED*

**Jackson Thomas Busch**
Knight First Amendment Institute at

2

Columbia University
475 Riverside Drive
Suite 302
New York, NY 10115
646–745–8500
Email: jackson.busch@nytimes.com
*TERMINATED: 09/10/2025*
*ATTORNEY TO BE NOTICED*

**Jameel Jaffer**
Knight First Amendment Institute at
Columbia University
475 Riverside Drive
Suite 302
New York, NY 10115
646–745–8503
Email: jameel.jaffer@knightcolumbia.org
*ATTORNEY TO BE NOTICED*

**Ramya Krishnan**
Knight First Amendment Institute at
Columbia University
475 Riverside Drive
Suite 302
New York, NY 10115
646–745–8500
Email: ramya.krishnan@knightcolumbia.org
*ATTORNEY TO BE NOTICED*

**Raya Koreh**
Knight First Amendment Institute at
Columbia University
475 Riverside Drive
Suite 302
New York, NY 10115
646–745–8500
Email: raya.koreh@knightcolumbia.org
*ATTORNEY TO BE NOTICED*

**Scott B. Wilkens**
Knight First Amendment Institute at
Columbia University
475 Riverside Drive
Suite 302
New York, NY 10115
646–745–8500
Email: scott.wilkens@knightcolumbia.org
*ATTORNEY TO BE NOTICED*

**Stephany Kim**
Knight First Amendment Institute at
Columbia University

475 Riverside Drive
Ste 302
New York, NY 10115
646–745–8500
Email: stephany.kim@knightcolumbia.org
*ATTORNEY TO BE NOTICED*

**Talya Nevins**
Knight First Amendment Institute at
Columbia University
475 Riverside Drive
Suite 302
New York, NY 10115
646–745–8500
Email: talya.nevins@knightcolumbia.org
*TERMINATED: 10/03/2025*
*ATTORNEY TO BE NOTICED*

**Xiangnong Wang**
Knight First Amendment Institute at
Columbia University
475 Riverside Drive
Suite 302
New York, NY 10115
503–206–2936
Email: george.wang@knightcolumbia.org
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

| | | |
|---|---|---|
| **American Association of University Professors–Harvard Faculty Chapter** | represented by | **Ahilan Arulanantham**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Michael Tremonte**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Noam Biale**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Abdo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Alexandra Conlon**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Caroline DeCell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney Gans**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Jacob Zimmer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edwina Bullard Clarke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jackson Thomas Busch**
(See above for address)
*TERMINATED: 09/10/2025*
*ATTORNEY TO BE NOTICED*

**Jameel Jaffer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ramya Krishnan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Raya Koreh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott B. Wilkens**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephany Kim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Talya Nevins**
(See above for address)
*TERMINATED: 10/03/2025*
*ATTORNEY TO BE NOTICED*

**Xiangnong Wang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **American Association of University Professors at New York University** | represented by | **Ahilan Arulanantham**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Michael Tremonte**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Noam Biale**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Abdo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Alexandra Conlon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Caroline DeCell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney Gans**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Jacob Zimmer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edwina Bullard Clarke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jackson Thomas Busch**
(See above for address)
*TERMINATED: 09/10/2025*
*ATTORNEY TO BE NOTICED*

**Jameel Jaffer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ramya Krishnan**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Raya Koreh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott B. Wilkens**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephany Kim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Talya Nevins**
(See above for address)
*TERMINATED: 10/03/2025*
*ATTORNEY TO BE NOTICED*

**Xiangnong Wang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rutgers American Association of University Professors–American Federation of Teachers**    represented by    **Ahilan Arulanantham**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Tremonte**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Noam Biale**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Abdo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Alexandra Conlon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Caroline DeCell**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Courtney Gans**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Jacob Zimmer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edwina Bullard Clarke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jackson Thomas Busch**
(See above for address)
*TERMINATED: 09/10/2025*
*ATTORNEY TO BE NOTICED*

**Jameel Jaffer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ramya Krishnan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Raya Koreh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott B. Wilkens**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephany Kim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Talya Nevins**
(See above for address)
*TERMINATED: 10/03/2025*
*ATTORNEY TO BE NOTICED*

**Xiangnong Wang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yaman Salahi**
Salahi PC
505 Montgomery St.
Ste 11th Floor

San Francisco, CA 94111
415–236–2352
Email: yaman@salahilaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Middle East Studies Association** | represented by | **Ahilan Arulanantham** |

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Tremonte**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Noam Biale**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Abdo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Alexandra Conlon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Caroline DeCell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney Gans**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Jacob Zimmer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edwina Bullard Clarke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jackson Thomas Busch**
(See above for address)
*TERMINATED: 09/10/2025*
*ATTORNEY TO BE NOTICED*

**Jameel Jaffer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ramya Krishnan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Raya Koreh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott B. Wilkens**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephany Kim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Talya Nevins**
(See above for address)
*TERMINATED: 10/03/2025*
*ATTORNEY TO BE NOTICED*

**Xiangnong Wang**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Marco Rubio**
*in his official capacity as Secretary of State*

represented by **Ethan B. Kanter**
DOJ–Civ
P.O. 878
Ben Franklin Station
Washington, DC 20044
202–616–9123
Email: ethan.kanter@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Harry Graver**
DOJ–Civ
950 Pennsylvania Avenue NW
Washington, DC 20530
202–514–2000
Email: harry.graver@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Jesse Busen**
DOJ–Civ

Office of Immigration Litigation
Poc Agostinho, Jean
1100 L St., N.W.
8142
Washington, DC 20530
202–307–0340
Email: jesse.busen@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Jessica Danielle Strokus**
DOJ–Civ
P.O Box 878
Ben Franklin Station
Washington, DC 20044
202–616–8779
Email: jessica.d.strokus@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Lindsay M Murphy**
P.O. Box 878, Ben Franklin Station
Washington, DC 20001
202–616–4018
Email: lindsay.m.murphy@usdoj.gov
*TERMINATED: 05/21/2025*
*ATTORNEY TO BE NOTICED*

**Nancy Safavi**
DOJ–Civ
Poc Agostinho, Jean
1100 L St., N.W.
8142
Washington, DC 20530
202–307–0340
Email: nancy.safavi@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Paul F. Stone**
U.S. Dept. of Justice, Civil Division,
Office of Immigration
Ben Franklin Station
P.O. Box 878
Washington, DC 20044
202–405–9647
Email: paul.f.stone@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Rayford A. Farquhar**
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617–748–3100

Fax: 617–748–3971
Email: rayford.farquhar@usdoj.gov
*TERMINATED: 06/01/2025*
*ATTORNEY TO BE NOTICED*

**Shawna Yen**
DOJ–USAO
1 Courthouse Way
Ste 9200
Boston, MA 02210
617–748–7104
Email: shawna.yen@usdoj.gov
*TERMINATED: 07/07/2025*
*ATTORNEY TO BE NOTICED*

**Victoria M Santora**
DOJ–Civ
Office of Immigration Litigation
PO Box 878
Ben Franklin Station
Washington, DC 20044
202–616–5573
Email: victoria.m.santora@usdoj.gov
*ATTORNEY TO BE NOTICED*

**William Kanellis**
DOJ–Civ
Commercial Litigation Branch
1100 L St NW
Ste 10140
Washington, DC 20530
202–251–4937
Email: william.kanellis@usdoj.gov
*TERMINATED: 01/15/2026*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Department of State** | represented by | **Ethan B. Kanter**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Harry Graver**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Jesse Busen**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Jessica Danielle Strokus**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Lindsay M Murphy**
(See above for address)
*TERMINATED: 05/21/2025*
*ATTORNEY TO BE NOTICED*

**Nancy Safavi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul F. Stone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rayford A. Farquhar**
(See above for address)
*TERMINATED: 06/01/2025*
*ATTORNEY TO BE NOTICED*

**Shawna Yen**
(See above for address)
*TERMINATED: 07/07/2025*
*ATTORNEY TO BE NOTICED*

**Victoria M Santora**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Kanellis**
(See above for address)
*TERMINATED: 01/15/2026*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kristi Noem**                        represented by **Ethan B. Kanter**
*in her official capacity as Secretary of*                   (See above for address)
*Homeland Security*                              *ATTORNEY TO BE NOTICED*

**Harry Graver**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse Busen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Danielle Strokus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lindsay M Murphy**
(See above for address)

13

*TERMINATED: 05/21/2025*
*ATTORNEY TO BE NOTICED*

**Nancy Safavi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul F. Stone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rayford A. Farquhar**
(See above for address)
*TERMINATED: 06/01/2025*
*ATTORNEY TO BE NOTICED*

**Shawna Yen**
(See above for address)
*TERMINATED: 07/07/2025*
*ATTORNEY TO BE NOTICED*

**Victoria M Santora**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Kanellis**
(See above for address)
*TERMINATED: 01/15/2026*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Department of Homeland Security**    represented by    **Ethan B. Kanter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harry Graver**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse Busen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Danielle Strokus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lindsay M Murphy**
(See above for address)
*TERMINATED: 05/21/2025*
*ATTORNEY TO BE NOTICED*

14

**Nancy Safavi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul F. Stone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rayford A. Farquhar**
(See above for address)
*TERMINATED: 06/01/2025*
*ATTORNEY TO BE NOTICED*

**Shawna Yen**
(See above for address)
*TERMINATED: 07/07/2025*
*ATTORNEY TO BE NOTICED*

**Victoria M Santora**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Kanellis**
(See above for address)
*TERMINATED: 01/15/2026*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Todd Lyons**
*in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*

represented by **Ethan B. Kanter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harry Graver**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse Busen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Danielle Strokus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lindsay M Murphy**
(See above for address)
*TERMINATED: 05/21/2025*
*ATTORNEY TO BE NOTICED*

**Nancy Safavi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul F. Stone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rayford A. Farquhar**
(See above for address)
*TERMINATED: 06/01/2025*
*ATTORNEY TO BE NOTICED*

**Shawna Yen**
(See above for address)
*TERMINATED: 07/07/2025*
*ATTORNEY TO BE NOTICED*

**Victoria M Santora**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Kanellis**
(See above for address)
*TERMINATED: 01/15/2026*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Donald J. Trump**
*in his official capacity as President of the United States*

represented by

**Ethan B. Kanter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harry Graver**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse Busen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Danielle Strokus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lindsay M Murphy**
(See above for address)
*TERMINATED: 05/21/2025*
*ATTORNEY TO BE NOTICED*

**Nancy Safavi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul F. Stone**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Rayford A. Farquhar**
(See above for address)
*TERMINATED: 06/01/2025*
*ATTORNEY TO BE NOTICED*

**Shawna Yen**
(See above for address)
*TERMINATED: 07/07/2025*
*ATTORNEY TO BE NOTICED*

**Victoria M Santora**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Kanellis**
(See above for address)
*TERMINATED: 01/15/2026*
*ATTORNEY TO BE NOTICED*

**Defendant**

**United States of America**                 represented by  **Ethan B. Kanter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harry Graver**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse Busen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Danielle Strokus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lindsay M Murphy**
(See above for address)
*TERMINATED: 05/21/2025*
*ATTORNEY TO BE NOTICED*

**Nancy Safavi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul F. Stone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rayford A. Farquhar**

17

(See above for address)
*TERMINATED: 06/01/2025*
*ATTORNEY TO BE NOTICED*

**Shawna Yen**
(See above for address)
*TERMINATED: 07/07/2025*
*ATTORNEY TO BE NOTICED*

**Victoria M Santora**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Kanellis**
(See above for address)
*TERMINATED: 01/15/2026*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Council of UC Faculty Associations**   represented by   **Joshua M. Daniels**
The Law Office of Joshua M. Daniels
P.O. Box 300765
Jamaica Plain, MA 02130
617–942–2190
Email: jdaniels@danielsappeals.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur Liou**
Leonard Carder, LLP
1999 Harrison Street
Ste 2700
Oakland, CA 94612
510–272–0169
Fax: 510–272–0174
Email: aliou@leonardcarder.com
*ATTORNEY TO BE NOTICED*

**Julia Lum**
Leonard Carder, LLP
1999 Harrison Street, Suite 2700
Oakland, CA 94612
510–272–0169
Email: jlum@leonardcarder.com
*TERMINATED: 12/29/2025*
*ATTORNEY TO BE NOTICED*

**Peter W Saltzman**
Leonard Carder, LLP
1999 Harrison Street
Suite 2700
Oakland, CA 94612

510–272–0169
Fax: 510–272–0174
Email: psaltzman@leonardcarder.com
*ATTORNEY TO BE NOTICED*

**Philip Monrad**
Leonard Carder, LLP
1999 Harrison Street
Suite 2700
Oakland, CA 94612
510–272–0169
Fax: 510–272–0174
Email: pmonrad@leonardcarder.com
*ATTORNEY TO BE NOTICED*

**Yaman Salahi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Berkeley Faculty Association**    represented by    **Arthur Liou**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua M. Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Lum**
(See above for address)
*TERMINATED: 12/29/2025*
*ATTORNEY TO BE NOTICED*

**Peter W Saltzman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip Monrad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Davis Faculty Association**    represented by    **Arthur Liou**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua M. Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Lum**

19

(See above for address)
*TERMINATED: 12/29/2025*
*ATTORNEY TO BE NOTICED*

**Peter W Saltzman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip Monrad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yaman Salahi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Irvine Faculty Association**          represented by   **Arthur Liou**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua M. Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Lum**
(See above for address)
*TERMINATED: 12/29/2025*
*ATTORNEY TO BE NOTICED*

**Peter W Saltzman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip Monrad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yaman Salahi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**UC Merced Faculty Association**          represented by   **Arthur Liou**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua M. Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Lum**
(See above for address)
*TERMINATED: 12/29/2025*
*ATTORNEY TO BE NOTICED*

**Peter W Saltzman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip Monrad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yaman Salahi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Riverside Faculty Association**          represented by  **Arthur Liou**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua M. Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Lum**
(See above for address)
*TERMINATED: 12/29/2025*
*ATTORNEY TO BE NOTICED*

**Peter W Saltzman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip Monrad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yaman Salahi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**San Diego Faculty Association**          represented by  **Arthur Liou**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua M. Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

Julia Lum
(See above for address)
*TERMINATED: 12/29/2025*
*ATTORNEY TO BE NOTICED*

Peter W Saltzman
(See above for address)
*ATTORNEY TO BE NOTICED*

Philip Monrad
(See above for address)
*ATTORNEY TO BE NOTICED*

Yaman Salahi
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

UCSF Faculty Association          represented by   Arthur Liou
(See above for address)
*ATTORNEY TO BE NOTICED*

Joshua M. Daniels
(See above for address)
*ATTORNEY TO BE NOTICED*

Julia Lum
(See above for address)
*TERMINATED: 12/29/2025*
*ATTORNEY TO BE NOTICED*

Peter W Saltzman
(See above for address)
*ATTORNEY TO BE NOTICED*

Philip Monrad
(See above for address)
*ATTORNEY TO BE NOTICED*

Yaman Salahi
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

UC Santa Barbara Faculty Association          represented by   Arthur Liou
(See above for address)
*ATTORNEY TO BE NOTICED*

Joshua M. Daniels
(See above for address)

*ATTORNEY TO BE NOTICED*

**Julia Lum**
(See above for address)
*TERMINATED: 12/29/2025*
*ATTORNEY TO BE NOTICED*

**Peter W Saltzman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip Monrad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yaman Salahi**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**University of California Los Angeles Faculty Association**       represented by    **Arthur Liou**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan B. Kanter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua M. Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Lum**
(See above for address)
*TERMINATED: 12/29/2025*
*ATTORNEY TO BE NOTICED*

**Peter W Saltzman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip Monrad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yaman Salahi**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**Santa Cruz Faculty Association**       represented by

23

**Arthur Liou**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua M. Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Lum**
(See above for address)
*TERMINATED: 12/29/2025*
*ATTORNEY TO BE NOTICED*

**Peter W Saltzman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip Monrad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yaman Salahi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

| **University CouncilAmerican Federation of Teachers Local 1474** | represented by | **Arthur Liou**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Joshua M. Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Lum**
(See above for address)
*TERMINATED: 12/29/2025*
*ATTORNEY TO BE NOTICED*

**Peter W Saltzman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip Monrad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yaman Salahi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Boston University AAUP Chapter**    represented by **Arthur Liou**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua M. Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Lum**
(See above for address)
*TERMINATED: 12/29/2025*
*ATTORNEY TO BE NOTICED*

**Peter W Saltzman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip Monrad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yaman Salahi**
(See above for address)
*ATTORNEY TO BE NOTICED*

Amicus

**Brown University Chapter of the**    represented by **Arthur Liou**
**AAUP**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua M. Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Lum**
(See above for address)
*TERMINATED: 12/29/2025*
*ATTORNEY TO BE NOTICED*

**Peter W Saltzman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip Monrad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yaman Salahi**
(See above for address)
*ATTORNEY TO BE NOTICED*

Amicus

**Concerned Stanford Faculty**                    represented by  **Arthur Liou**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Joshua M. Daniels**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Julia Lum**
                                                                 (See above for address)
                                                                 *TERMINATED: 12/29/2025*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Peter W Saltzman**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Philip Monrad**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Yaman Salahi**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**Dartmouth College Chapter of the AAUP**                       represented by  **Arthur Liou**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Joshua M. Daniels**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Julia Lum**
                                                                 (See above for address)
                                                                 *TERMINATED: 12/29/2025*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Peter W Saltzman**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Philip Monrad**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Yaman Salahi**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**Del Mar College Chapter of the AAUP–AFT**    represented by    **Arthur Liou**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua M. Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Lum**
(See above for address)
*TERMINATED: 12/29/2025*
*ATTORNEY TO BE NOTICED*

**Peter W Saltzman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip Monrad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yaman Salahi**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**Massachusetts Institute of Technology Chapter of the AAUP**    represented by    **Arthur Liou**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua M. Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Lum**
(See above for address)
*TERMINATED: 12/29/2025*
*ATTORNEY TO BE NOTICED*

**Peter W Saltzman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip Monrad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yaman Salahi**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**AAUP Princeton**                                    represented by  **Arthur Liou**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua M. Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Lum**
(See above for address)
*TERMINATED: 12/29/2025*
*ATTORNEY TO BE NOTICED*

**Peter W Saltzman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip Monrad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yaman Salahi**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**Rice University Advocacy Chapter of**          represented by  **Arthur Liou**
**the AAUP**                                                    (See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua M. Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Lum**
(See above for address)
*TERMINATED: 12/29/2025*
*ATTORNEY TO BE NOTICED*

**Peter W Saltzman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip Monrad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yaman Salahi**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

| | | |
|---|---|---|
| **Tufts University Chapter of the AAUP** | represented by | **Arthur Liou**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Joshua M. Daniels**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Julia Lum**<br>(See above for address)<br>*TERMINATED: 12/29/2025*<br>*ATTORNEY TO BE NOTICED* |
| | | **Peter W Saltzman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Philip Monrad**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Yaman Salahi**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

<u>Amicus</u>

| | | |
|---|---|---|
| **University of Houston Chapter of the AAUP** | represented by | **Arthur Liou**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Joshua M. Daniels**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Julia Lum**<br>(See above for address)<br>*TERMINATED: 12/29/2025*<br>*ATTORNEY TO BE NOTICED* |
| | | **Peter W Saltzman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Philip Monrad**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Yaman Salahi**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

<u>Amicus</u>

**John Hopkins University Chapter of the AAUP**   represented by   **Arthur Liou**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua M. Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Lum**
(See above for address)
*TERMINATED: 12/29/2025*
*ATTORNEY TO BE NOTICED*

**Peter W Saltzman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip Monrad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yaman Salahi**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**University of Minnesota Twin Cities Chapter of the AAUP**   represented by   **Arthur Liou**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua M. Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Lum**
(See above for address)
*TERMINATED: 12/29/2025*
*ATTORNEY TO BE NOTICED*

**Peter W Saltzman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip Monrad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yaman Salahi**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**Northwestern University Chapter of the AAUP**

represented by **Arthur Liou**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua M. Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Lum**
(See above for address)
*TERMINATED: 12/29/2025*
*ATTORNEY TO BE NOTICED*

**Peter W Saltzman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip Monrad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yaman Salahi**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**University of Dallas Chapter of the AAUP**

represented by **Arthur Liou**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua M. Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Lum**
(See above for address)
*TERMINATED: 12/29/2025*
*ATTORNEY TO BE NOTICED*

**Peter W Saltzman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip Monrad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yaman Salahi**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**AAUP Advocacy Chapter at the University of Texas at Austin**

represented by **Arthur Liou**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua M. Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Lum**
(See above for address)
*TERMINATED: 12/29/2025*
*ATTORNEY TO BE NOTICED*

**Peter W Saltzman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip Monrad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yaman Salahi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**AAUP Advocacy Chapter at the University of Texas at Dallas**

represented by **Arthur Liou**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua M. Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Lum**
(See above for address)
*TERMINATED: 12/29/2025*
*ATTORNEY TO BE NOTICED*

**Peter W Saltzman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip Monrad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yaman Salahi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Yale University Chapter of the AAUP**          represented by **Arthur Liou**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua M. Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Lum**
(See above for address)
*TERMINATED: 12/29/2025*
*ATTORNEY TO BE NOTICED*

**Peter W Saltzman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip Monrad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yaman Salahi**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**Wesleyan University Chapter of the AAUP**          represented by **Arthur Liou**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua M. Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Lum**
(See above for address)
*TERMINATED: 12/29/2025*
*ATTORNEY TO BE NOTICED*

**Peter W Saltzman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip Monrad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yaman Salahi**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

| | | |
|---|---|---|
| **Commonwealth of Massachusetts** | represented by | **David Rassoul Rangaviz**<br>Massachusetts Attorney General's Office<br>Civil Rights Division<br>1 Ashburton Place<br>Boston, MA 02108<br>617–963–2816<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **The Presidents Alliance on Higher Education and Immigration** | represented by | **Joel Anderson Fleming**<br>Equity Litigation Group LLP<br>1 Washington Mall #1307<br>Boston, MA 02108<br>617–388–0622<br>Email: jfleming@equitylitigation.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Lauren G. Milgroom**<br>Equity Litigation Group LLP<br>1 Washington Mall<br>#1307<br>Boston, MA 02108<br>617–475–0039<br>Email: lmilgroom@equitylitigation.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Intervenor**

| | | |
|---|---|---|
| **K.L. Smith** | represented by | **K.L. Smith**<br>3649 Evergreen Parkway<br>#504<br>Evergreen, CO 80437–0504<br>(720)–404–5383<br>PRO SE |

**Intervenor**

| | | |
|---|---|---|
| **Boston Globe Media Partners, LLC** | represented by | **Samuel D. Thomas**<br>Morgan Lewis<br>One Federal Street<br>Floor 14<br>Ste 1419<br>Boston, MA 02110<br>774–263–0309<br>Email: tsamueldavid@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Intervenor**

| | |
|---|---|
| **The New York Times Company** | represented by **Samuel D. Thomas**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Intervenor**

| | |
|---|---|
| **Intercept Media, Inc.** | represented by **Renee M. Griffin**<br>Reporters Committee for Freedom of the Press<br>1156 15th St NW<br>Suite 1020<br>Washington, DC 20005<br>202–800–3247<br>Email: rgriffin@rcfp.org<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert A. Bertsche**<br>Klaris Law PLLC<br>6 Liberty Square #2752<br>Boston, MA 02109<br>857–303–6938<br>Email: rob.bertsche@klarislaw.com<br>*ATTORNEY TO BE NOTICED* |

**Intervenor**

| | |
|---|---|
| **The Center for Investigative Reporting** | represented by **Renee M. Griffin**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert A. Bertsche**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 03/25/2025 | 1 | COMPLAINT against All Defendants Filing fee: $ 405, receipt number AMADC–10910511 (Fee Status: Filing Fee paid), filed by American Association of University Professors, American Association of University Professors–Harvard Faculty Chapter, American Association of University Professors at New York University, Rutgers American Association of University Professors–American Federation of Teachers, Middle East Studies Association. (Attachments: # 1 Civil Cover Sheet, # 2 Category Form)(Clarke, Edwina) (Entered: 03/25/2025) |
| 03/25/2025 | 2 | Proposed Document(s) submitted by American Association of University Professors, American Association of University Professors–Harvard Faculty Chapter, American Association of University Professors at New York University, Rutgers American Association |

| | | |
|---|---|---|
| | | of University Professors−American Federation of Teachers, Middle East Studies Association. Document received: Requests for Summonses. (Attachments: # <u>1</u> Request for Summons, # <u>2</u> Request for Summons, # <u>3</u> Request for Summons, # <u>4</u> Request for Summons, # <u>5</u> Request for Summons, # <u>6</u> Request for Summons, # <u>7</u> Request for Summons)(Clarke, Edwina) (Entered: 03/25/2025) |
| 03/25/2025 | 3 | ELECTRONIC NOTICE of Case Assignment. Judge William G. Young assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Jessica D. Hedges. (SEC) (Entered: 03/25/2025) |
| 03/25/2025 | <u>4</u> | Summons Issued as to All Defendants. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (JKK) (Entered: 03/25/2025) |
| 03/26/2025 | <u>5</u> | MOTION for Leave to Appear Pro Hac Vice for admission of Ramya Krishnan Filing fee: $ 125, receipt number AMADC−10913799 by American Association of University Professors, American Association of University Professors−Harvard Faculty Chapter, American Association of University Professors at New York University, Rutgers American Association of University Professors−American Federation of Teachers, Middle East Studies Association. (Attachments: # <u>1</u> Declaration)(Clarke, Edwina) (Entered: 03/26/2025) |
| 03/26/2025 | <u>6</u> | MOTION for Leave to Appear Pro Hac Vice for admission of Carrie DeCell Filing fee: $ 125, receipt number AMADC−10913838 by American Association of University Professors, American Association of University Professors−Harvard Faculty Chapter, American Association of University Professors at New York University, Rutgers American Association of University Professors−American Federation of Teachers, Middle East Studies Association. (Attachments: # <u>1</u> Declaration)(Clarke, Edwina) (Entered: 03/26/2025) |
| 03/26/2025 | <u>7</u> | MOTION for Leave to Appear Pro Hac Vice for admission of Alex Abdo Filing fee: $ 125, receipt number AMADC−10913861 by American Association of University Professors, American Association of University Professors−Harvard Faculty Chapter, American Association of University Professors at New York University, Rutgers American Association of University Professors−American Federation of Teachers, Middle East Studies Association. (Attachments: # <u>1</u> Declaration)(Clarke, Edwina) (Entered: 03/26/2025) |
| 03/26/2025 | <u>8</u> | MOTION for Leave to Appear Pro Hac Vice for admission of Jameel Jaffer Filing fee: $ 125, receipt number AMADC−10913880 by American Association of University Professors, American Association of University Professors−Harvard Faculty Chapter, American Association of University Professors at New York University, Rutgers American Association of University Professors−American Federation of Teachers, Middle East Studies Association. (Attachments: # <u>1</u> Declaration)(Clarke, Edwina) (Entered: 03/26/2025) |
| 03/26/2025 | <u>9</u> | MOTION for Leave to Appear Pro Hac Vice for admission of Xiangnong Wang Filing fee: $ 125, receipt number AMADC−10913909 by American Association of University Professors, American Association of University Professors−Harvard Faculty Chapter, American Association of University Professors at New York University, Rutgers American Association of University Professors−American Federation of Teachers, Middle East Studies Association. (Attachments: # <u>1</u> Declaration)(Clarke, Edwina) (Entered: 03/26/2025) |
| 03/26/2025 | <u>10</u> | MOTION for Leave to Appear Pro Hac Vice for admission of Jackson Busch Filing fee: $ 125, receipt number AMADC−10913924 by American Association of University Professors, American Association of University Professors−Harvard Faculty Chapter, American Association of University Professors at New York University, Rutgers American Association |

| | | |
|---|---|---|
| | | of University Professors–American Federation of Teachers, Middle East Studies Association. (Attachments: # 1 Declaration)(Clarke, Edwina) (Entered: 03/26/2025) |
| 03/26/2025 | 11 | Judge William G. Young: ELECTRONIC ORDER entered granting 5 Motion for Leave to Appear Pro Hac Vice Added Ramya Krishnan, Carrie DeCell, Alex Abdo, Jameel Jaffer, Xiangnong Wang, Jackson Busch.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register–account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen–pro–hac–vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>; granting 6 Motion for Leave to Appear Pro Hac Vice Added Ramya Krishnan, Carrie DeCell, Alex Abdo, Jameel Jaffer, Xiangnong Wang, Jackson Busch.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register–account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen–pro–hac–vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>; granting 7 Motion for Leave to Appear Pro Hac Vice Added Ramya Krishnan, Carrie DeCell, Alex Abdo, Jameel Jaffer, Xiangnong Wang, Jackson Busch.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register–account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen–pro–hac–vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>; granting 8 Motion for Leave to Appear Pro Hac Vice Added Ramya Krishnan, Carrie DeCell, Alex Abdo, Jameel Jaffer, Xiangnong Wang, Jackson Busch. |

**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**

Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.

A Notice of Appearance must be entered on the docket by the newly admitted attorney.

; granting 9 Motion for Leave to Appear Pro Hac Vice Added Ramya Krishnan, Carrie DeCell, Alex Abdo, Jameel Jaffer, Xiangnong Wang, Jackson Busch.

**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**

Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.

A Notice of Appearance must be entered on the docket by the newly admitted attorney.

; granting 10 Motion for Leave to Appear Pro Hac Vice Added Ramya Krishnan, Carrie DeCell, Alex Abdo, Jameel Jaffer, Xiangnong Wang, Jackson Busch.

**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**

Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.

A Notice of Appearance must be entered on the docket by the newly admitted attorney.

(MAP) (Entered: 03/26/2025)

| 04/01/2025 | 12 | NOTICE of Appearance by Ramya Krishnan on behalf of American Association of University Professors, American Association of University Professors−Harvard Faculty Chapter, American Association of University Professors at New York University, Rutgers American Association of University Professors−American Federation of Teachers, Middle East Studies Association (Krishnan, Ramya) (Entered: 04/01/2025) |
| 04/01/2025 | 13 | MOTION for Preliminary Injunction , MOTION to Expedite *Briefing* ( Responses due by 4/15/2025) by American Association of University Professors, American Association of |

| | | |
|---|---|---|
| | | University Professors–Harvard Faculty Chapter, American Association of University Professors at New York University, Rutgers American Association of University Professors–American Federation of Teachers, Middle East Studies Association.(Krishnan, Ramya) (Entered: 04/01/2025) |
| 04/01/2025 | 14 | MEMORANDUM in Support re 13 MOTION for Preliminary Injunction MOTION to Expedite *Briefing* filed by American Association of University Professors, American Association of University Professors–Harvard Faculty Chapter, American Association of University Professors at New York University, Rutgers American Association of University Professors–American Federation of Teachers, Middle East Studies Association. (Attachments: # 1 Declaration of Veena Dubal, # 2 Declaration of Asli U. Bali, # 3 Declaration of Ramya Krishnan, # 4 Exhibit A to Krishnan Declaration, # 5 Exhibit B to Krishnan Declaration, # 6 Exhibit C to Krishnan Declaration, # 7 Exhibit D to Krishnan Declaration, # 8 Exhibit E to Krishnan Declaration, # 9 Exhibit F to Krishnan Declaration, # 10 Exhibit G to Krishnan Declaration, # 11 Exhibit H to Krishnan Declaration, # 12 Exhibit I to Krishnan Declaration, # 13 Exhibit J to Krishnan Declaration, # 14 Exhibit K to Krishnan Declaration, # 15 Exhibit L to Krishnan Declaration, # 16 Exhibit M to Krishnan Declaration, # 17 Exhibit N to Krishnan Declaration, # 18 Exhibit O to Krishnan Declaration, # 19 Exhibit P to Krishnan Declaration, # 20 Exhibit Q to Krishnan Declaration, # 21 Exhibit R to Krishnan Declaration, # 22 Exhibit S to Krishnan Declaration, # 23 Exhibit T to Krishnan Declaration, # 24 Exhibit U to Krishnan Declaration, # 25 Exhibit V to Krishnan Declaration, # 26 Exhibit W to Krishnan Declaration, # 27 Exhibit X to Krishnan Declaration, # 28 Exhibit Y to Krishnan Declaration, # 29 Exhibit Z to Krishnan Declaration, # 30 Exhibit AA to Krishnan Declaration, # 31 Exhibit BB to Krishnan Declaration, # 32 Exhibit CC to Krishnan Declaration, # 33 Exhibit DD to Krishnan Declaration, # 34 Exhibit EE to Krishnan Declaration, # 35 Exhibit FF to Krishnan Declaration, # 36 Exhibit GG to Krishnan Declaration, # 37 Exhibit HH to Krishnan Declaration, # 38 Exhibit II to Krishnan Declaration)(Krishnan, Ramya) (Entered: 04/01/2025) |
| 04/02/2025 | 15 | ELECTRONIC NOTICE issued requesting PAPER courtesy copy for 13 MOTION for Preliminary Injunction MOTION to Expedite *Briefing*, 14 Memorandum in Support of Motion. Counsel who filed this document are requested to submit a courtesy copy of this document (or documents) to the Clerk's Office by Attention Matthew Paine – Docket Clerk – Judge Young.  **These documents must be clearly marked as a Courtesy Copy and reflect the document number assigned by CM/ECF.** (MAP) (Entered: 04/02/2025) |
| 04/02/2025 | 16 | Judge William G. Young: ELECTRONIC ORDER entered re 13 MOTION for Preliminary Injunction, MOTION to Expedite Briefing. In view of the profound constitutional questions raised by this complaint, the public interest strongly favors prompt adjudication and expedited briefing is warranted. Accordingly, responsive briefs and affidavits shall be filed no later than noon April 21, 2025 (sooner is better) and the motion for preliminary injunction shall be heard at 10:00 a.m. in Courtroom 18 on Wednesday, April 23,2025.(KB) (Entered: 04/02/2025) |
| 04/02/2025 | 17 | ELECTRONIC NOTICE Setting Hearing on Motion 13 MOTION for Preliminary Injunction MOTION to Expedite *Briefing* : Motion Hearing set for 4/23/2025 10:00 AM in Courtroom 18 (In person only) before Judge William G. Young. Counsel for plaintiffs shall notify defense counsel of hearing date. (KB) (Entered: 04/02/2025) |
| 04/02/2025 | 18 | NOTICE of Appearance by Rayford A. Farquhar on behalf of Todd Lyons, Donald J. Trump, United States of America, Marco Rubio, Department of State, Kristi Noem, Department of Homeland Security (Farquhar, Rayford) (Entered: 04/02/2025) |
| 04/03/2025 | 19 | |

| | | |
|---|---|---|
| | | NOTICE of Appearance by Caroline DeCell on behalf of American Association of University Professors, American Association of University Professors–Harvard Faculty Chapter, American Association of University Professors at New York University, Rutgers American Association of University Professors–American Federation of Teachers, Middle East Studies Association (DeCell, Caroline) (Entered: 04/03/2025) |
| 04/03/2025 | 20 | NOTICE of Appearance by Jameel Jaffer on behalf of American Association of University Professors, American Association of University Professors–Harvard Faculty Chapter, American Association of University Professors at New York University, Rutgers American Association of University Professors–American Federation of Teachers, Middle East Studies Association (Jaffer, Jameel) (Entered: 04/03/2025) |
| 04/03/2025 | 21 | NOTICE of Appearance by Alexander Abdo on behalf of American Association of University Professors, American Association of University Professors–Harvard Faculty Chapter, American Association of University Professors at New York University, Rutgers American Association of University Professors–American Federation of Teachers, Middle East Studies Association (Abdo, Alexander) (Entered: 04/03/2025) |
| 04/03/2025 | 22 | NOTICE of Appearance by Xiangnong Wang on behalf of American Association of University Professors, American Association of University Professors–Harvard Faculty Chapter, American Association of University Professors at New York University, Rutgers American Association of University Professors–American Federation of Teachers, Middle East Studies Association (Wang, Xiangnong) (Entered: 04/03/2025) |
| 04/03/2025 | 23 | NOTICE of Appearance by Jackson Thomas Busch on behalf of American Association of University Professors, American Association of University Professors–Harvard Faculty Chapter, American Association of University Professors at New York University, Rutgers American Association of University Professors–American Federation of Teachers, Middle East Studies Association (Busch, Jackson) (Entered: 04/03/2025) |
| 04/04/2025 | 24 | NOTICE of Appearance by Ethan B. Kanter on behalf of Todd Lyons, Donald J. Trump, United States of America, Marco Rubio, Department of State, Kristi Noem, Department of Homeland Security (Kanter, Ethan) (Entered: 04/04/2025) |
| 04/07/2025 | 25 | SUMMONS Returned Executed Marco Rubio. (Krishnan, Ramya) <br><br>**Modified on 4/7/2025 to Correct Docket Text and Answer Deadlines as Counsel Filed the Returns of Service Under the Wrong Event in CM/ECF NexGen. (MAP).** <br><br>(Entered: 04/07/2025) |
| 04/07/2025 | 26 | SUMMONS Returned Executed Department of State.. (Krishnan, Ramya) <br><br>**Modified on 4/7/2025 to Correct Docket Text and Answer Deadlines as Counsel Filed the Returns of Service Under the Wrong Event in CM/ECF NexGen. (MAP).** <br><br>(Entered: 04/07/2025) |
| 04/07/2025 | 27 | SUMMONS Returned Executed Kristi Noem (Krishnan, Ramya) <br><br>**Modified on 4/7/2025 to Correct Docket Text and Answer Deadlines as Counsel Filed the Returns of Service Under the Wrong Event in CM/ECF NexGen. (MAP).** <br><br>(Entered: 04/07/2025) |

| 04/07/2025 | 28 | SUMMONS Returned Executed Department of Homeland Security. (Krishnan, Ramya) **Modified on 4/7/2025 to Correct Docket Text and Answer Deadlines as Counsel Filed the Returns of Service Under the Wrong Event in CM/ECF NexGen. (MAP).** (Entered: 04/07/2025) |
|---|---|---|
| 04/07/2025 | 29 | SUMMONS Returned Executed Todd Lyons (Krishnan, Ramya) **Modified on 4/7/2025 to Correct Docket Text and Answer Deadlines as Counsel Filed the Returns of Service Under the Wrong Event in CM/ECF NexGen. (MAP).** (Entered: 04/07/2025) |
| 04/07/2025 | 30 | SUMMONS Returned Executed by American Association of University Professors at New York University, American Association of University Professors–Harvard Faculty Chapter, American Association of University Professors, Rutgers American Association of University Professors–American Federation of Teachers, Middle East Studies Association. (Krishnan, Ramya) (Entered: 04/07/2025) |
| 04/08/2025 | 31 | Joint MOTION for a Briefing Schedule re 16 Order on Motion to Expedite,, by American Association of University Professors, American Association of University Professors–Harvard Faculty Chapter, American Association of University Professors at New York University, Rutgers American Association of University Professors–American Federation of Teachers, Middle East Studies Association.(Krishnan, Ramya) (Entered: 04/08/2025) |
| 04/08/2025 | 32 | MOTION for Leave to Appear Pro Hac Vice for admission of Ahilan Arulanantham Filing fee: $ 125, receipt number AMADC–10939863 by American Association of University Professors, American Association of University Professors–Harvard Faculty Chapter, American Association of University Professors at New York University, Rutgers American Association of University Professors–American Federation of Teachers, Middle East Studies Association. (Attachments: # 1 Declaration of A. Arulanantham)(Clarke, Edwina) (Entered: 04/08/2025) |
| 04/08/2025 | 33 | Judge William G. Young: ELECTRONIC ORDER entered granting 32 Motion for Leave to Appear Pro Hac Vice Added Ahilan Arulanantham. **Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at https://www.mad.uscourts.gov/caseinfo/nextgen–current–pacer–accounts.htm#link–account. (MAP) (Entered: 04/08/2025) |
| 04/08/2025 | 34 | Amicus Curiae APPEARANCE entered by Joshua M. Daniels on behalf of Council of UC Faculty Associations, Berkeley Faculty Association, Davis Faculty Association, Irvine Faculty Association, UC Merced Faculty Association, Riverside Faculty Association, San Diego Faculty Association, UCSF Faculty Association, UC Santa Barbara Faculty Association, University of California Los Angeles Faculty Association, Santa Cruz Faculty Association, University Council American Federation of Teachers Local 1474, Boston University AAUP Chapter, Brown University Chapter of the AAUP, Concerned Stanford |

| | | |
|---|---|---|
| | | Faculty, Dartmouth College Chapter of the AAUP, Del Mar College Chapter of the AAUP−AFT, Massachusetts Institute of Technology Chapter of the AAUP, AAUP Princeton, Rice University Advocacy Chapter of the AAUP, Tufts University Chapter of the AAUP, University of Houston Chapter of the AAUP, John Hopkins University Chapter of the AAUP, University of Minnesota Twin Cities Chapter of the AAUP, Northwestern University Chapter of the AAUP, University of Dallas Chapter of the AAUP, AAUP Advocacy Chapter at the University of Texas at Austin, AAUP Advocacy Chapter at the University of Texas at Dallas, Yale University Chapter of the AAUP, Wesleyan University Chapter of the AAUP (Daniels, Joshua)<br><br>**Modified on 4/9/2025 to Correct Docket Text and CM/ECF Filing Event As Counsel Daniels Filed the Notice of Appearance Under the Wrong Event in CM/ECF NextGen. (MAP).**<br><br>(Entered: 04/08/2025) |
| 04/08/2025 | 35 | MOTION for Leave to Appear Pro Hac Vice for admission of Yaman Salahi, Philip Monrad, Peter Saltzman, Arthur Liou, Julia Lum, Filing fee: $ 625, receipt number AMADC−10941087 by Council of UC Faculty Associations, Berkeley Faculty Association, Davis Faculty Association, Irvine Faculty Association, UC Merced Faculty Association, Riverside Faculty Association, San Diego Faculty Association, UCSF Faculty Association, UC Santa Barbara Faculty Association, University of California Los Angeles Faculty Association, Santa Cruz Faculty Association, University CouncilAmerican Federation of Teachers Local 1474, Boston University AAUP Chapter, Brown University Chapter of the AAUP, Concerned Stanford Faculty, Dartmouth College Chapter of the AAUP, Del Mar College Chapter of the AAUP−AFT, Massachusetts Institute of Technology Chapter of the AAUP, AAUP Princeton, Rice University Advocacy Chapter of the AAUP, Tufts University Chapter of the AAUP, University of Houston Chapter of the AAUP, John Hopkins University Chapter of the AAUP, University of Minnesota Twin Cities Chapter of the AAUP, Northwestern University Chapter of the AAUP, University of Dallas Chapter of the AAUP, AAUP Advocacy Chapter at the University of Texas at Austin, AAUP Advocacy Chapter at the University of Texas at Dallas, Yale University Chapter of the AAUP, Wesleyan University Chapter of the AAUP. (Attachments: # 1 Exhibit Exhibit A − PHV Attorney Declarations)(Daniels, Joshua) (Entered: 04/08/2025) |
| 04/08/2025 | 36 | MOTION for Leave to File *[Proposed] Amici Curiae Brief in Support of Plaintiffs' Motion for Preliminary Injunction* by Council of UC Faculty Associations, Berkeley Faculty Association, Davis Faculty Association, Irvine Faculty Association, UC Merced Faculty Association, Riverside Faculty Association, San Diego Faculty Association, UCSF Faculty Association, UC Santa Barbara Faculty Association, University of California Los Angeles Faculty Association, Santa Cruz Faculty Association, University CouncilAmerican Federation of Teachers Local 1474, Boston University AAUP Chapter, Brown University Chapter of the AAUP, Concerned Stanford Faculty, Dartmouth College Chapter of the AAUP, Del Mar College Chapter of the AAUP−AFT, Massachusetts Institute of Technology Chapter of the AAUP, AAUP Princeton, Rice University Advocacy Chapter of the AAUP, Tufts University Chapter of the AAUP, University of Houston Chapter of the AAUP, John Hopkins University Chapter of the AAUP, University of Minnesota Twin Cities Chapter of the AAUP, Northwestern University Chapter of the AAUP, University of Dallas Chapter of the AAUP, AAUP Advocacy Chapter at the University of Texas at Austin, AAUP Advocacy Chapter at the University of Texas at Dallas, Yale University Chapter of the AAUP, Wesleyan University Chapter of the AAUP. (Attachments: # 1 [Proposed] Amici Curiae Brief in Support of Plaintiffs' Motion for Preliminary Injunction)(Daniels, Joshua) (Entered: |

| | | 04/08/2025) |
|---|---|---|
| 04/09/2025 | 37 | Judge William G. Young: ELECTRONIC ORDER entered granting 31 Joint MOTION for a Briefing Schedule re 16 Order on Motion to Expedite,, by American Association of University Professors, American Association of University Professors–Harvard Faculty Chapter, American Association of University Professors at New York University, Rutgers American Association of University Professors–American Federation of Teachers, Middle East Studies Association. (KB) (Entered: 04/09/2025) |
| 04/09/2025 | 38 | SUMMONS Returned Executed by American Association of University Professors–Harvard Faculty Chapter, American Association of University Professors, American Association of University Professors at New York University, Rutgers American Association of University Professors–American Federation of Teachers, Middle East Studies Association. (Krishnan, Ramya) (Entered: 04/09/2025) |
| 04/09/2025 | 39 | Judge William G. Young: ELECTRONIC ORDER entered granting 36 MOTION for Leave to File Amici Curiae Brief; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include – Leave to file granted on (date of order)– in the caption of the document. (MAP) (Entered: 04/09/2025) |
| 04/09/2025 | 40 | Amicus Curiae APPEARANCE entered by David Rassoul Rangaviz on behalf of Commonwealth of Massachusetts. (Rangaviz, David)<br><br>**Modified on 4/9/2025 to Correct Docket Text and CM/ECF Filing Event As Counsel Rangaviz Filed the Notice of Appearance Under the Wrong Event in CM/ECF NextGen. (MAP).**<br><br>(Entered: 04/09/2025) |
| 04/09/2025 | 41 | MOTION for Leave to File *Brief of Amici Curiae States (Unopposed)* by COMMONWEALTH OF MASSACHUSETTS.(Rangaviz, David) (Entered: 04/09/2025) |
| 04/09/2025 | 42 | Judge William G. Young: ELECTRONIC ORDER entered granting 35 Motion for Leave to Appear Pro Hac Vice Added Yaman Salahi, Philip Monrad, Peter Saltzman, Arthur Liou, and Julia Lum.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register–account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen–pro–hac–vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MAP) (Entered: 04/09/2025) |
| 04/09/2025 | 43 | AMICUS BRIEF filed by Council of UC Faculty Associations, Berkeley Faculty Association, Davis Faculty Association, Irvine Faculty Association, UC Merced Faculty Association, Riverside Faculty Association, San Diego Faculty Association, UCSF Faculty |

| | | |
|---|---|---|
| | | Association, UC Santa Barbara Faculty Association, University of California Los Angeles Faculty Association, Santa Cruz Faculty Association, University CouncilAmerican Federation of Teachers Local 1474, Boston University AAUP Chapter, Brown University Chapter of the AAUP, Concerned Stanford Faculty, Dartmouth College Chapter of the AAUP, Del Mar College Chapter of the AAUP–AFT, Massachusetts Institute of Technology Chapter of the AAUP, AAUP Princeton, Rice University Advocacy Chapter of the AAUP, Tufts University Chapter of the AAUP, University of Houston Chapter of the AAUP, John Hopkins University Chapter of the AAUP, University of Minnesota Twin Cities Chapter of the AAUP, Northwestern University Chapter of the AAUP, University of Dallas Chapter of the AAUP, AAUP Advocacy Chapter at the University of Texas at Austin, AAUP Advocacy Chapter at the University of Texas at Dallas, Yale University Chapter of the AAUP, Wesleyan University Chapter of the AAUP *Leave Granted 04/09/2025*. (Daniels, Joshua) (Entered: 04/09/2025) |
| 04/09/2025 | 44 | NOTICE of Appearance by Lindsay M Murphy on behalf of Todd Lyons, Donald J. Trump, United States of America, Marco Rubio, Department of State, Kristi Noem, Department of Homeland Security (Murphy, Lindsay) (Entered: 04/09/2025) |
| 04/09/2025 | 45 | Amicus Curiae APPEARANCE entered by Lauren G. Milgrom on behalf of The Presidents Alliance on Higher Education and Immigration (Milgroom, Lauren)<br><br>**Modified on 4/9/2025 to Correct Docket Text and CM/ECF Filing Event As Counsel Milgroom Filed the Notice of Appearance Under the Wrong Event in CM/ECF NextGen. (MAP).**<br><br>(Entered: 04/09/2025) |
| 04/09/2025 | 46 | MOTION for Leave to File *[Proposed] Brief of Amicus Curiae* by The Presidents Alliance on Higher Education and Immigration. (Attachments: # 1 [Proposed] Brief of Amicus Curiae The Presidents' Alliance on Higher Education and Immigration in Support of Plaintiffs' Motion for a Preliminary Injunction)(Milgroom, Lauren) (Entered: 04/09/2025) |
| 04/09/2025 | 47 | Amicus Curiae APPEARANCE entered by Joel Anderson Fleming on behalf of The Presidents Alliance on Higher Education and Immigration. (Fleming, Joel) (Entered: 04/09/2025) |
| 04/10/2025 | 48 | Judge William G. Young: ELECTRONIC ORDER entered **allowed** 41 MOTION for Leave to File Brief of Amici Curiae States (Unopposed) ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include – Leave to file granted on (date of order)– in the caption of the document. (MAP) (Entered: 04/10/2025) |
| 04/10/2025 | 49 | Judge William G. Young: ELECTRONIC ORDER entered **allowed** 46 MOTION for Leave to File of Amicus Curiae Brief; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include – Leave to file granted on (date of order)– in the caption of the document. (MAP) (Entered: 04/10/2025) |
| 04/10/2025 | 50 | AMICUS BRIEF filed by The Presidents Alliance on Higher Education and Immigration . (Milgroom, Lauren) (Entered: 04/10/2025) |
| 04/10/2025 | 51 | Amicus Curiae APPEARANCE entered by Yaman Salahi on behalf of Council of UC Faculty Associations, Davis Faculty Association, Irvine Faculty Association, UC Merced Faculty Association, Riverside Faculty Association, San Diego Faculty Association, UCSF Faculty Association, UC Santa Barbara Faculty Association, University of California Los |

| | | |
|---|---|---|
| | | Angeles Faculty Association, Santa Cruz Faculty Association, University Council American Federation of Teachers Local 1474, Boston University AAUP Chapter, Brown University Chapter of the AAUP, Concerned Stanford Faculty, Dartmouth College Chapter of the AAUP, Del Mar College Chapter of the AAUP–AFT, Massachusetts Institute of Technology Chapter of the AAUP, AAUP Princeton, Rice University Advocacy Chapter of the AAUP, Tufts University Chapter of the AAUP, University of Houston Chapter of the AAUP, John Hopkins University Chapter of the AAUP, University of Minnesota Twin Cities Chapter of the AAUP, Northwestern University Chapter of the AAUP, University of Dallas Chapter of the AAUP, AAUP Advocacy Chapter at the University of Texas at Austin, AAUP Advocacy Chapter at the University of Texas at Dallas, Yale University Chapter of the AAUP, Wesleyan University Chapter of the AAUP, Rutgers American Association of University Professors–American Federation of Teachers (Salahi, Yaman)<br><br>**Modified on 4/11/2025 to Correct Docket Text and CM/ECF Filing Event As Counsel Salahi Filed the Notice of Appearance Under the Wrong Event in CM/ECF NextGen. (MAP). (Entered: 04/10/2025)** |
| 04/10/2025 | 52 | MOTION for Leave to Appear Pro Hac Vice for admission of Zachary Smith Filing fee: $ 125, receipt number AMADC–10945533 by The Presidents Alliance on Higher Education and Immigration. (Attachments: # 1 Affidavit)(Milgrom, Lauren) (Entered: 04/10/2025) |
| 04/10/2025 | 53 | MOTION for Leave to Appear Pro Hac Vice for admission of Kayla Chen Filing fee: $ 125, receipt number AMADC–10945552 by The Presidents Alliance on Higher Education and Immigration. (Attachments: # 1 Affidavit)(Milgrom, Lauren) (Entered: 04/10/2025) |
| 04/10/2025 | 54 | MOTION for Leave to Appear Pro Hac Vice for admission of Andrew Dunlap Filing fee: $ 125, receipt number AMADC–10945600 by The Presidents Alliance on Higher Education and Immigration. (Attachments: # 1 Affidavit Affidavit in Support of Motion to Admit Andrew Dunlap Pro Hac Vice)(Milgrom, Lauren) (Entered: 04/10/2025) |
| 04/11/2025 | 55 | Judge William G. Young: ELECTRONIC ORDER entered granting 52 Motion for Leave to Appear Pro Hac Vice Added Zachary Smith.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a Pacer account, go the Pacer website at https://pacer.uscourts.gov/register–account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen–pro–hac–vice.htm.<br><br>An Amicus Curiae APPEARANCE must be entered on the docket by the newly admitted attorney.<br><br>(MAP) (Entered: 04/11/2025) |
| 04/11/2025 | 56 | Judge William G. Young: ELECTRONIC ORDER entered granting 53 Motion for Leave to Appear Pro Hac Vice Added Kayla Chen.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register** |

| | | |
|---|---|---|
| | | **for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register–account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen–pro–hac–vice.htm.<br><br>An Amicus Curiae APPEARANCE must be entered on the docket by the newly admitted attorney.<br><br>(MAP) (Entered: 04/11/2025) |
| 04/11/2025 | 57 | Judge William G. Young: ELECTRONIC ORDER entered granting 54 Motion for Leave to Appear Pro Hac Vice Added Andrew Dunlap.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register–account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen–pro–hac–vice.htm.<br><br>An Amicus Curiae APPEARANCE must be entered on the docket by the newly admitted attorney.<br><br>(MAP) (Entered: 04/11/2025) |
| 04/11/2025 | 58 | Amicus Curiae APPEARANCE entered by Julia Lum on behalf of Council of UC Faculty Associations, Berkeley Faculty Association, Davis Faculty Association, Irvine Faculty Association, UC Merced Faculty Association, Riverside Faculty Association, San Diego Faculty Association, UCSF Faculty Association, UC Santa Barbara Faculty Association, University of California Los Angeles Faculty Association, Santa Cruz Faculty Association, University Council American Federation of Teachers Local 1474, Boston University AAUP Chapter, Brown University Chapter of the AAUP, Concerned Stanford Faculty, Dartmouth College Chapter of the AAUP, Del Mar College Chapter of the AAUP–AFT, Massachusetts Institute of Technology Chapter of the AAUP, AAUP Princeton, Rice University Advocacy Chapter of the AAUP, Tufts University Chapter of the AAUP, University of Houston Chapter of the AAUP, John Hopkins University Chapter of the AAUP, University of Minnesota Twin Cities Chapter of the AAUP, Northwestern University Chapter of the AAUP, University of Dallas Chapter of the AAUP, AAUP Advocacy Chapter at the University of Texas at Austin, AAUP Advocacy Chapter at the University of Texas at Dallas, Yale University Chapter of the AAUP, Wesleyan University Chapter of the AAUP (Lum, Julia) (MAP).<br><br>**Modified on 4/13/2025 to Correct Docket Text and CM/ECF Filing Event As Counsel Lum Filed the Notice of Appearance Under the Wrong Event in CM/ECF NextGen.**<br><br>(Entered: 04/11/2025) |

| 04/11/2025 | 59 | Amicus Curiae APPEARANCE entered by Arthur Liou on behalf of Council of UC Faculty Associations, Berkeley Faculty Association, Davis Faculty Association, Irvine Faculty Association, UC Merced Faculty Association, Riverside Faculty Association, San Diego Faculty Association, UCSF Faculty Association, UC Santa Barbara Faculty Association, University of California Los Angeles Faculty Association, Santa Cruz Faculty Association, University Council American Federation of Teachers Local 1474, Boston University AAUP Chapter, Brown University Chapter of the AAUP, Concerned Stanford Faculty, Dartmouth College Chapter of the AAUP, Del Mar College Chapter of the AAUP–AFT, Massachusetts Institute of Technology Chapter of the AAUP, AAUP Princeton, Rice University Advocacy Chapter of the AAUP, Tufts University Chapter of the AAUP, University of Houston Chapter of the AAUP, John Hopkins University Chapter of the AAUP, University of Minnesota Twin Cities Chapter of the AAUP, Northwestern University Chapter of the AAUP, University of Dallas Chapter of the AAUP, AAUP Advocacy Chapter at the University of Texas at Austin, AAUP Advocacy Chapter at the University of Texas at Dallas, Yale University Chapter of the AAUP, Wesleyan University Chapter of the AAUP (Liou, Arthur)<br><br>**Modified on 4/13/2025 to Correct Docket Text and CM/ECF Filing Event As Counsel Liou Filed the Notice of Appearance Under the Wrong Event in CM/ECF NextGen.**<br><br>(Entered: 04/11/2025) |
| --- | --- | --- |
| 04/11/2025 | 60 | AMICUS BRIEF filed by Commonwealth of Massachusetts *and 18 other states*. (Rangaviz, David) (Entered: 04/11/2025) |
| 04/11/2025 | 61 | Amicus Curiae APPEARANCE entered by Philip Monrad on behalf of Council of UC Faculty Associations, Berkeley Faculty Association, Davis Faculty Association, Irvine Faculty Association, UC Merced Faculty Association, Riverside Faculty Association, San Diego Faculty Association, UCSF Faculty Association, UC Santa Barbara Faculty Association, University of California Los Angeles Faculty Association, Santa Cruz Faculty Association, University CouncilAmerican Federation of Teachers Local 1474, Boston University AAUP Chapter, Brown University Chapter of the AAUP, Concerned Stanford Faculty, Dartmouth College Chapter of the AAUP, Del Mar College Chapter of the AAUP–AFT, Massachusetts Institute of Technology Chapter of the AAUP, AAUP Princeton, Rice University Advocacy Chapter of the AAUP, Tufts University Chapter of the AAUP, University of Houston Chapter of the AAUP, John Hopkins University Chapter of the AAUP, University of Minnesota Twin Cities Chapter of the AAUP, Northwestern University Chapter of the AAUP, University of Dallas Chapter of the AAUP, AAUP Advocacy Chapter at the University of Texas at Austin, AAUP Advocacy Chapter at the University of Texas at Dallas, Yale University Chapter of the AAUP, Wesleyan University Chapter of the AAUP (Monrad, Philip)<br><br>**Modified on 4/13/2025 to Correct Docket Text and CM/ECF Filing Event As Counsel Monrad Filed the Notice of Appearance Under the Wrong Event in CM/ECF NextGen.**<br><br>(Entered: 04/11/2025) |
| 04/11/2025 | 62 | Amicus Curiae APPEARANCE entered by Peter W Saltzman on behalf of Council of UC Faculty Associations, Berkeley Faculty Association, Davis Faculty Association, Irvine Faculty Association, UC Merced Faculty Association, Riverside Faculty Association, San Diego Faculty Association, UCSF Faculty Association, UC Santa Barbara Faculty Association, University of California Los Angeles Faculty Association, Santa Cruz Faculty Association, University Council American Federation of Teachers Local 1474, Boston |

| | | |
|---|---|---|
| | | University AAUP Chapter, Brown University Chapter of the AAUP, Concerned Stanford Faculty, Dartmouth College Chapter of the AAUP, Del Mar College Chapter of the AAUP–AFT, Massachusetts Institute of Technology Chapter of the AAUP, AAUP Princeton, Rice University Advocacy Chapter of the AAUP, Tufts University Chapter of the AAUP, University of Houston Chapter of the AAUP, John Hopkins University Chapter of the AAUP, University of Minnesota Twin Cities Chapter of the AAUP, Northwestern University Chapter of the AAUP, University of Dallas Chapter of the AAUP, AAUP Advocacy Chapter at the University of Texas at Austin, AAUP Advocacy Chapter at the University of Texas at Dallas, Yale University Chapter of the AAUP, Wesleyan University Chapter of the AAUP (Saltzman, Peter)<br><br>**Modified on 4/13/2025 to Correct Docket Text and CM/ECF Filing Event As Counsel Saltzman Filed the Notice of Appearance Under the Wrong Event in CM/ECF NextGen.**<br><br>(Entered: 04/11/2025) |
| 04/14/2025 | 63 | MOTION for Leave to Appear Pro Hac Vice for admission of Talya Nevins Filing fee: $ 125, receipt number AMADC–10949148 by American Association of University Professors, American Association of University Professors–Harvard Faculty Chapter, American Association of University Professors at New York University, Rutgers American Association of University Professors–American Federation of Teachers, Middle East Studies Association. (Attachments: # 1 Declaration of T. Nevins)(Clarke, Edwina) (Entered: 04/14/2025) |
| 04/14/2025 | 64 | Judge William G. Young: ELECTRONIC ORDER entered granting 63 Motion for Leave to Appear Pro Hac Vice Added Talya Nevins.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register–account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen–pro–hac–vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MAP) (Entered: 04/14/2025) |
| 04/14/2025 | 65 | MEMORANDUM in Opposition re 13 MOTION for Preliminary Injunction MOTION to Expedite *Briefing* filed by Todd Lyons, Donald J. Trump, United States of America, Marco Rubio, Department of State, Kristi Noem, Department of Homeland Security. (Attachments: # 1 Exhibit Declaration, # 2 Exhibit Declaration)(Kanter, Ethan) (Entered: 04/14/2025) |
| 04/15/2025 | 66 | NOTICE of Appearance by David Jacob Zimmer on behalf of American Association of University Professors, American Association of University Professors–Harvard Faculty Chapter, American Association of University Professors at New York University, Rutgers American Association of University Professors–American Federation of Teachers, Middle East Studies Association (Zimmer, David) (Entered: 04/15/2025) |

| 04/15/2025 | 67 | NOTICE of Appearance by Talya Nevins on behalf of American Association of University Professors, American Association of University Professors–Harvard Faculty Chapter, American Association of University Professors at New York University, Rutgers American Association of University Professors–American Federation of Teachers, Middle East Studies Association (Nevins, Talya) (Entered: 04/15/2025) |
|---|---|---|
| 04/18/2025 | 68 | ~~REPLY to Response to 13 MOTION for Preliminary Injunction MOTION to Expedite *Briefing* filed by American Association of University Professors, American Association of University Professors–Harvard Faculty Chapter, American Association of University Professors at New York University, Rutgers American Association of University Professors–American Federation of Teachers, Middle East Studies Association. (Attachments: # 1 Supplemental Declaration of R. Krishnan, # 2 Ex. A, # 3 Ex. B, # 4 Ex. C, # 5 Ex. D, # 6 Ex. E, # 7 Ex. F, # 8 Ex. G, # 9 Ex. H)(Krishnan, Ramya)~~ Modified on 4/21/2025 as Counsel filed a Corrected Version of the Reply – See ECF No. 69 (MAP). Modified on 4/21/2025 (MAP). (Entered: 04/18/2025) |
| 04/18/2025 | 69 | REPLY to Response to 13 MOTION for Preliminary Injunction MOTION to Expedite *Briefing (corrected pdf)* filed by American Association of University Professors, American Association of University Professors–Harvard Faculty Chapter, American Association of University Professors at New York University, Rutgers American Association of University Professors–American Federation of Teachers, Middle East Studies Association. (Attachments: # 1 Declaration of Ramya Krishnan, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H)(Krishnan, Ramya) (Entered: 04/18/2025) |
| 04/21/2025 | 70 | NOTICE of Appearance by Harry Graver on behalf of Todd Lyons, Donald J. Trump, United States of America, Marco Rubio, Department of State, Kristi Noem, Department of Homeland Security (Graver, Harry) (Entered: 04/21/2025) |
| 04/23/2025 | 71 | NOTICE of Appearance by Shawna Yen on behalf of Todd Lyons, Donald J. Trump, United States of America, Marco Rubio, Department of State, Kristi Noem, Department of Homeland Security (Yen, Shawna) (Entered: 04/23/2025) |
| 04/23/2025 | 72 | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Motion Hearing held on 4/23/2025 re 13 MOTION for Preliminary Injunction filed by American Association of University Professors–Harvard Faculty Chapter, Rutgers American Association of University Professors–American Federation of Teachers, Middle East Studies Association, American Association of University Professors, American Association of University Professors at New York University. The Court enters an order on # 13 Motion for Preliminary Injunction; the motion is collapsed with trial on the merits in accordance with Rule 65(a). The parties agree to treat defendants' opposition as a motion to dismiss and wish to proceed with argument today. Court hears argument on the opposition treated as a motion to dismiss. Court takes the matter under advisement. The Court will issue a written order on the motion to dismiss. If the case survives the motion, the Court will hold a prompt status conference to discuss the trial. (Court Reporter: Richard Romanow at rhr3tubas@aol.com.)(Attorneys present: Ramya Krishnan, Jameel Jaffer, Talya Nevins, Caroline DeCell for plaintiffs and Harry Graver and Shawna Yen for defendants) (KB) (Entered: 04/23/2025) |
| 04/29/2025 | 73 | Judge William G. Young: ORDER entered. MEMORANDUM AND ORDER |

| | | |
|---|---|---|
| | | For the reasons stated above, the Motion to Dismiss is ALLOWED in part as to count three and DENIED in part as to counts one, two, and four.<br><br>A case management conference is set for Tuesday, May 6, 2025 at 10 a.m.<br><br>(Sonnenberg, Elizabeth) (Entered: 04/29/2025) |
| 04/29/2025 | 74 | ELECTRONIC NOTICE of Hearing. Case Management Conference set for 5/6/2025 10:00 AM in Courtroom 18 (In person only with remote access provided) before Judge William G. Young. (KB) (Entered: 04/29/2025) |
| 04/30/2025 | 75 | Transcript of Preliminary Injunction/Motion to Dismiss Hearing held on April 23, 2025, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Richard Romanow at rhr3tubas@aol.com. Redaction Request due 5/21/2025. Redacted Transcript Deadline set for 6/2/2025. Release of Transcript Restriction set for 7/29/2025. (DRK) (Entered: 04/30/2025) |
| 04/30/2025 | 76 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above−captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at https://www.mad.uscourts.gov/caseinfo/transcripts.htm (DRK) (Entered: 04/30/2025) |
| 05/05/2025 | 77 | MOTION for Leave to Appear Pro Hac Vice for admission of Scott Wilkens Filing fee: $ 125, receipt number AMADC−10987709 by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors−Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors−American Federation of Teachers. (Attachments: # 1 Declaration of S. Wilkens)(Clarke, Edwina) (Entered: 05/05/2025) |
| 05/05/2025 | 78 | Judge William G. Young: ELECTRONIC ORDER entered granting 77 Motion for Leave to Appear Pro Hac Vice Added Scott Wilkens.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MAP) (Entered: 05/05/2025) |
| 05/05/2025 | 79 | MOTION for Leave to Appear Pro Hac Vice for admission of Noam Biale Filing fee: $ 125, receipt number AMADC−10989695 by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors−Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors−American Federation of Teachers. (Attachments: # 1 Delaration of N. Biale)(Clarke, Edwina) (Entered: |

| | | |
|---|---|---|
| | | 05/05/2025) |
| 05/05/2025 | 80 | MOTION for Leave to Appear Pro Hac Vice for admission of Michael Tremonte Filing fee: $ 125, receipt number AMADC−10989707 by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors−Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors−American Federation of Teachers. (Attachments: # 1 Declaration of M. Tremonte)(Clarke, Edwina) (Entered: 05/05/2025) |
| 05/05/2025 | 81 | Judge William G. Young: ELECTRONIC ORDER entered granting 79 Motion for Leave to Appear Pro Hac Vice Added Noam Biale.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MAP) (Entered: 05/05/2025) |
| 05/05/2025 | 82 | Judge William G. Young: ELECTRONIC ORDER entered granting 80 Motion for Leave to Appear Pro Hac Vice Added Michael Tremonte.<br><br>**Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at https://www.mad.uscourts.gov/caseinfo/nextgen−current−pacer−accounts.htm#link−account.<br><br>(MAP) (Entered: 05/05/2025) |
| 05/06/2025 | 83 | NOTICE of Appearance by Scott B. Wilkens on behalf of American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors−Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors−American Federation of Teachers (Wilkens, Scott) (Entered: 05/06/2025) |
| 05/06/2025 | 84 | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Case Management Conference held on 5/6/2025. Court discusses case and expectations for the bench trial. After hearing from the parties, the Court sets the bench trial for July 7, 2025 at 9:00 AM. For trials the Court generally sits from 9am− 1pm. The Court will take witnesses out of order if necessary. Defendants do not need to file a formal answer. The Court will hold a status hearing Thursday May 22, 2025, at 2:00PM in Courtroom 18 (In person only with remote access provided). (Court Reporter: Richard Romanow at rhr3tubas@aol.com.)(Attorneys present: Ramya Krishnan, Jameel Jaffer, Scott B. Wilkens, |

| | | |
|---|---|---|
| | | Noam Biale, and Michael Tremonte for plaintiffs and Shawna Yen for the defendants) (KB) (Entered: 05/06/2025) |
| 05/06/2025 | 85 | NOTICE of Appearance by Noam Biale on behalf of American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors–Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors–American Federation of Teachers (Biale, Noam) (Entered: 05/06/2025) |
| 05/06/2025 | 86 | NOTICE of Appearance by Michael Tremonte on behalf of American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors–Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors–American Federation of Teachers (Tremonte, Michael) (Entered: 05/06/2025) |
| 05/08/2025 | 87 | Transcript of Case Management Conference held on May 6, 2025, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Richard Romanow at rhr3tubas@aol.com. Redaction Request due 5/29/2025. Redacted Transcript Deadline set for 6/9/2025. Release of Transcript Restriction set for 8/6/2025. (DRK) (Entered: 05/08/2025) |
| 05/08/2025 | 88 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above–captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at https://www.mad.uscourts.gov/caseinfo/transcripts.htm (DRK) (Entered: 05/08/2025) |
| 05/14/2025 | 89 | ELECTRONIC NOTICE OF RESCHEDULING: Status Conference reset for 5/22/2025 02:45 PM in Courtroom 18 (In person with remote access provided) before Judge William G. Young. **Note: change is to time only!** (KB) (Entered: 05/14/2025) |
| 05/21/2025 | 90 | NOTICE of Appearance by Lindsay M Murphy on behalf of Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America (Murphy, Lindsay) (Entered: 05/21/2025) |
| 05/21/2025 | 91 | MOTION MOTION TO APPEAR REMOTELY AT HEARING, OR ALTERNATIVELY, STAY HEARING UNTIL COUNSEL IS AVAILABLE FOR IN–PERSON APPEARANCE by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America.(Murphy, Lindsay) (Entered: 05/21/2025) |
| 05/21/2025 | 92 | Judge William G. Young: ELECTRONIC ORDER entered granting 91 MOTION TO APPEAR REMOTELY AT HEARING, OR ALTERNATIVELY, STAY HEARING UNTIL COUNSEL IS AVAILABLE FOR IN–PERSON APPEARANCE by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America. Counsel may appear remotely for the 5/22/2025 hearing. (KB) (Entered: 05/21/2025) |
| 05/21/2025 | 93 | NOTICE of Withdrawal of Appearance by Lindsay M Murphy (Murphy, Lindsay) (Entered: 05/21/2025) |
| 05/21/2025 | 94 | MOTION for Protective Order *and Motion to Dispense With Rule 65(a) Trial on the Merits* by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America.(Kanter, Ethan) (Entered: 05/21/2025) |

| | | |
|---|---|---|
| 05/21/2025 | 95 | Letter/request (non−motion) from Noam Biale *re: status of discovery*. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Biale, Noam) (Entered: 05/21/2025) |
| 05/22/2025 | 96 | NOTICE of Appearance by William Kanellis on behalf of Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America (Kanellis, William) (Entered: 05/22/2025) |
| 05/22/2025 | 97 | Letter/request (non−motion) from Ramya Krishnan *re: Defendants' Motion for a Protective Order and Motion to Dispense with Rule 65(a) Trial on the Merits*. (Krishnan, Ramya) (Entered: 05/22/2025) |
| 05/22/2025 | 98 | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Status Conference held on 5/22/2025. Court addresses how the case will proceed. Parties are not to file letters going forward. They may file the appropriate motion or opposition etc. The Court will consider all motions filed in this case as emergency motions and oppositions shall be filed within three business days. Defendants shall produce full administrative record as discussed by noon on Thursday, May 27th and the Court will review it. The Court sets a motion hearing on #94 MOTION for Protective Order and Motion to Dispense With Rule 65(a) Trial on the Merits for June 2, 2025 at 11am. Discovery will be produced related to five people named by plaintiffs in Court. Defendants will produce documents already produced in other cases by noon Thursday, May 29th. Parties discuss trial logistics. (Court Reporter: Richard Romanow at rhr3tubas@aol.com.)(Attorneys present: Ramya Krishnan, Noam Biale, Michael Tremonte, Alexander Abdo, Jameel Jaffer, Scott B. Wilkens for plaintiffs and Ethan B. Kanter and William Kanellis for defendants) (KB) (Entered: 05/22/2025) |
| 05/22/2025 | 99 | ELECTRONIC NOTICE Setting Hearing on Motion 94 MOTION for Protective Order *and Motion to Dispense With Rule 65(a) Trial on the Merits*. Motion Hearing set for 6/2/2025 11:00 AM in Courtroom 18 (In person with remote access provided) before Judge William G. Young. Audio access to the hearing may be available to the media and public. Please check the Court schedule. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html.<br><br>For questions regarding access to hearings, you may refer to the general orders and public notices of the Court available on www.mad.uscourts.gov or contact the session here.<br><br>(KB) (Entered: 05/22/2025) |
| 05/22/2025 | 100 | MOTION for Leave to Appear Pro Hac Vice for admission of Courtney Gans Filing fee: $ 125, receipt number AMADC−11026223 by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors−Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors−American Federation of Teachers. (Attachments: # 1 Declaration of C. Gans)(Clarke, Edwina) (Entered: 05/22/2025) |
| 05/23/2025 | 101 | Judge William G. Young: ELECTRONIC ORDER entered granting 100 Motion for Leave to Appear Pro Hac Vice Added Courtney Gans.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under** |

| | | |
|---|---|---|
| | | **ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MAP) (Entered: 05/23/2025) |
| 05/28/2025 | 102 | Transcript of Status Conference held on May 22, 2025, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Richard Romanow at rhr3tubas@aol.com. Redaction Request due 6/18/2025. Redacted Transcript Deadline set for 6/30/2025. Release of Transcript Restriction set for 8/26/2025. (DRK) (Entered: 05/28/2025) |
| 05/28/2025 | 103 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above−captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at https://www.mad.uscourts.gov/caseinfo/transcripts.htm (DRK) (Entered: 05/28/2025) |
| 05/28/2025 | 104 | ELECTRONIC NOTICE Resetting Hearing on Motion 94 MOTION for Protective Order *and Motion to Dispense With Rule 65(a) Trial on the Merits* : At request of the parties the Motion Hearing is reset for 6/2/2025 12:00 PM in Courtroom 18 (In person with remote access provided) before Judge William G. Young. **Note: change is to time only! Audio access to the hearing may be available to the media and public. Please check the Court schedule. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html.**<br><br>For questions regarding access to hearings, you may refer to the general orders and public notices of the Court available on www.mad.uscourts.gov or contact the session here.<br><br>**(KB) (Entered: 05/28/2025)** |
| 05/29/2025 | 105 | MOTION to Seal by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America. (Attachments: # 1 Text of Proposed Order)(Kanter, Ethan) (Entered: 05/29/2025) |
| 05/29/2025 | 106 | Certified Administrative Record by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America (Kanter, Ethan) Modified on 5/29/2025 (MAP). (Entered: 05/29/2025) |
| 05/29/2025 | 107 | Assented to MOTION Unopposed motion to file administrative record out of time re 106 Notice (Other) by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America.(Kanter, Ethan) (Entered: 05/29/2025) |
| 05/29/2025 | 108 | NOTICE of Appearance by Courtney Gans on behalf of American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors−Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors−American Federation of Teachers (Gans, Courtney) (Entered: 05/29/2025) |
| 05/30/2025 | 109 | |

| | | NOTICE of Appearance by Paul F. Stone on behalf of Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America (Stone, Paul) (Entered: 05/30/2025) |
|---|---|---|
| 05/30/2025 | 110 | NOTICE of Withdrawal of Appearance by Rayford A. Farquhar (Farquhar, Rayford) (Entered: 05/30/2025) |
| 06/02/2025 | 111 | Judge William G. Young ELECTRONIC ORDER entered: **allowed** 107 Motion Assented to MOTION Unopposed motion to file administrative record out of time (MAP) (Entered: 06/02/2025) |
| 06/02/2025 | 112 | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Motion Hearing held on 6/2/2025 re 94 MOTION for Protective Order *and Motion to Dispense With Rule 65(a) Trial on the Merits* filed by Kristi Noem, Department of Homeland Security, Department of State, Marco Rubio, Todd Lyons, United States of America, Donald J. Trump. Court hears from parties about whether they have agreed upon protective order. Plaintiffs agree to provisionally sealing admin record. Administrative record has been filed under seal. Court hears argument on the motion. Court denies the motion. The Court will proceed to trial on July 7th. Court to set final pretrial conference in late June. (Court Reporter: Richard Romanow at rhr3tubas@aol.com.)(Attorneys present: Alexander Abdo, Caroline DeCell, Courtney Gains, for plaintiffs and Ethan Kanter, Shawna Yen, and William Kanellis for defendants) (KB) (Entered: 06/03/2025) |
| 06/03/2025 | 113 | ELECTRONIC NOTICE of Hearing. Final Pretrial Conference set for 6/26/2025 03:00 PM in Courtroom 18 (In person only with remote access provided) before Judge William G. Young. (KB) (Entered: 06/03/2025) |
| 06/04/2025 | 114 | MOTION for Protective Order *Barring Retaliation and Restricting Defendants' Use of Information Disclosed in the Course of Litigation* by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors–Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors–American Federation of Teachers. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Busch, Jackson) (Entered: 06/04/2025) |
| 06/05/2025 | 115 | Transcript of Motion Hearing held on June 2, 2025, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Richard Romanow at rhr3tubas@aol.com. Redaction Request due 6/26/2025. Redacted Transcript Deadline set for 7/7/2025. Release of Transcript Restriction set for 9/3/2025. (DRK) (Entered: 06/05/2025) |
| 06/05/2025 | 116 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above–captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at https://www.mad.uscourts.gov/caseinfo/transcripts.htm (DRK) (Entered: 06/05/2025) |
| 06/07/2025 | 117 | MOTION for Protective Order *To Preclude Discovery That Contradicts Limitations Set By The Court* by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Kanellis, William) (Entered: 06/07/2025) |
| 06/09/2025 | 118 | Opposition re 117 MOTION for Protective Order *To Preclude Discovery That Contradicts Limitations Set By The Court* filed by American Association of University Professors, American Association of University Professors at New York University, American |

| | | |
|---|---|---|
| | | Association of University Professors–Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors–American Federation of Teachers. (Attachments: # 1 Declaration of S. Wilkens, # 2 Exhibit A to Declaration of S. Wilkens)(Wilkens, Scott) (Entered: 06/09/2025) |
| 06/09/2025 | 119 | RESPONSE to Motion re 114 MOTION for Protective Order *Barring Retaliation and Restricting Defendants' Use of Information Disclosed in the Course of Litigation* filed by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America. (Kanter, Ethan) (Entered: 06/09/2025) |
| 06/10/2025 | 120 | MOTION for Leave to File by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America.(Kanter, Ethan) (Additional attachment(s) added on 6/10/2025: # 1 Exhibit A) (MAP). (Main Document 120 replaced on 6/10/2025) (MAP). (Entered: 06/10/2025) |
| 06/10/2025 | 121 | MOTION for Leave to Appear Pro Hac Vice for admission of Alexandra Conlon Filing fee: $ 125, receipt number AMADC–11059277 by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors–Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors–American Federation of Teachers. (Attachments: # 1 Declaration of A. Conlon)(Clarke, Edwina) (Entered: 06/10/2025) |
| 06/10/2025 | 122 | Judge William G. Young: ELECTRONIC ORDER entered granting 121 Motion for Leave to Appear Pro Hac Vice Added Alexandra Conlon.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register–account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen–pro–hac–vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MAP) (Entered: 06/10/2025) |
| 06/10/2025 | 123 | MOTION for Leave to File *Reply* by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors–Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors–American Federation of Teachers. (Attachments: # 1 [Proposed] Reply)(Busch, Jackson) (Entered: 06/10/2025) |
| 06/10/2025 | 124 | Judge William G. Young ELECTRONIC ORDER entered: 114 MOTION for Protective Order Barring Retaliation and Restricting Defendants' Use of Information Disclosed in the Course of Litigation.<br><br>**No noncitizen providing evidence shall, by reason thereof, suffer any adjustment in their immigration status.**<br><br>(MAP) (Entered: 06/10/2025) |

| 06/10/2025 | 125 | Judge William G. YoungELECTRONIC ORDER entered: 117 MOTION for Protective Order To Preclude Discovery That Contradicts Limitations Set By The Court. **The defendant's misquote the plaintiffs' discovery requests in seeking a protective order. The plaintiffs nowhere seek governmental deliberations. Nevertheless, the plaintiffs' requests are overbroad in that they seek data on 9 specific individuals. Request for production 1 is limited to the 5 individuals named in the recent hearing and the word "concerning" is substituted for the phrase "related to." In all other respects the motion for a protective order is DENIED.** (MAP) (Entered: 06/10/2025) |
|---|---|---|
| 06/10/2025 | 126 | Joint MOTION Enter Stipulation and Proposed Order Regarding Statements of Government Officials by American Association of University Professors, Middle East Studies Association. (Attachments: # 1 Text of Proposed Order, # 2 Appendix Certificate of Service)(Biale, Noam) (Entered: 06/10/2025) |
| 06/10/2025 | 127 | NOTICE of Appearance by Victoria M Santora on behalf of Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America (Santora, Victoria) (Entered: 06/10/2025) |
| 06/11/2025 | 128 | MOTION for Protective Order *for the Production of Documents and Exchange of Confidential Information* by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors–Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors–American Federation of Teachers. (Attachments: # 1 Exhibit A)(Wilkens, Scott) (Entered: 06/11/2025) |
| 06/11/2025 | 129 | Judge William G. Young: ELECTRONIC ORDER entered **allowed** 123 MOTION for Leave to File Reply ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include – Leave to file granted on (date of order)– in the caption of the document. (MAP) (Entered: 06/11/2025) |
| 06/11/2025 | 130 | Judge William G. Young ORDER entered: STIPULATION AND ORDER.(MAP) (Entered: 06/11/2025) |
| 06/11/2025 | 131 | NOTICE OF MANUAL FILING by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America (Kanter, Ethan) (Entered: 06/11/2025) |
| 06/11/2025 | 132 | REPLY to Response to 114 MOTION for Protective Order *Barring Retaliation and Restricting Defendants' Use of Information Disclosed in the Course of Litigation* filed by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors–Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors–American Federation of Teachers. (Busch, Jackson) (Entered: 06/11/2025) |
| 06/11/2025 | 133 | Joint MOTION for Order by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America. (Attachments: # 1 Text of Proposed Order)(Kanter, Ethan) (Entered: 06/11/2025) |
| 06/11/2025 | 134 | NOTICE of Appearance by Alexandra Conlon on behalf of American Association of University Professors, American Association of University Professors at New York |

| | | |
|---|---|---|
| | | University, American Association of University Professors−Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors−American Federation of Teachers (Conlon, Alexandra) (Entered: 06/11/2025) |
| 06/11/2025 | 135 | RESPONSE to Motion re 128 MOTION for Protective Order *for the Production of Documents and Exchange of Confidential Information* filed by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America. (Kanter, Ethan) (Additional attachment(s) added on 6/12/2025: # 1 Exhibit A, # 2 Exhibit B) (MAP). (Main Document 135 replaced on 6/12/2025) (MAP). (Entered: 06/11/2025) |
| 06/15/2025 | 136 | MOTION to Compel *Identity of Plaintiffs′ Witnesses* by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Kanellis, William) (Entered: 06/15/2025) |
| 06/16/2025 | 137 | Assented to MOTION for Protective Order by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America.(Kanter, Ethan) (Entered: 06/16/2025) |
| 06/16/2025 | 138 | Opposition re 136 MOTION to Compel *Identity of Plaintiffs′ Witnesses* filed by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors−Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors−American Federation of Teachers. (Attachments: # 1 Declaration of N. Biale, # 2 Exhibit A to Declaration, # 3 Exhibit B to Declaration)(Abdo, Alexander) (Entered: 06/16/2025) |
| 06/17/2025 | 139 | Judge William G. Young: ELECTRONIC ORDER entered 136 MOTION to Compel Identity of Plaintiffs' Witnesses.<br><br>**Allowed. The Court has already entered a protective order to guard those giving testimony from retribution.**<br><br>(MAP) (Entered: 06/17/2025) |
| 06/17/2025 | 140 | Judge William G. Young: ELECTRONIC ORDER entered **allowed** 137 Assented to MOTION for Protective Order. (MAP) (Entered: 06/17/2025) |
| 06/18/2025 | 141 | Joint MOTION to Adjourn Deadline for Joint Pretrial Memorandum by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors−Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors−American Federation of Teachers.(Biale, Noam) (Entered: 06/18/2025) |
| 06/18/2025 | 142 | Judge William G. Young: ELECTRONIC ORDER entered granting 141 Joint MOTION to Adjourn Deadline for Joint Pretrial Memorandum by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors−Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors−American Federation of Teachers.Joint Pretrial Memorandum due June 25, 2025. (KB) (Entered: 06/18/2025) |
| 06/18/2025 | 143 | Assented to MOTION for Protective Order by American Association of University Professors, American Association of University Professors at New York University, |

| | | |
|---|---|---|
| | | American Association of University Professors–Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors–American Federation of Teachers.(Nevins, Talya) (Entered: 06/18/2025) |
| 06/18/2025 | 144 | Assented to MOTION to Seal Document *Motion to Compel Answers to Plaintiffs Interrogatories, the Production of Documents, and the Production of Information Improperly Withheld as Privileged* by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors–Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors–American Federation of Teachers. (Attachments: # 1 Text of Proposed Order)(Wilkens, Scott) (Entered: 06/18/2025) |
| 06/19/2025 | 145 | Amended MOTION for Protective Order by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors–Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors–American Federation of Teachers.(Nevins, Talya) (Entered: 06/19/2025) |
| 06/23/2025 | 146 | ELECTRONIC NOTICE OF RESCHEDULING: Final Pretrial Conference reset for 6/26/2025 11:30 AM in Courtroom 18 (In person with remote access provided) before Judge William G. Young. **Note: change is to time only!** Audio access to the hearing may be available to the media and public. Please check the Court schedule. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html. <br><br> For questions regarding access to hearings, you may refer to the general orders and public notices of the Court available on www.mad.uscourts.gov or contact the session here. <br><br> (KB) (Entered: 06/23/2025) |
| 06/23/2025 | 147 | Judge William G. Young: ORDER entered. PROTECTIVE ORDER for the Production of Documents and Exchange of Confidential Information. (MAP) (Entered: 06/23/2025) |
| 06/23/2025 | 148 | Judge William G. Young: ELECTRONIC ORDER entered **allowed** 145 Amended MOTION for Protective Order (MAP) (Entered: 06/23/2025) |
| 06/23/2025 | 149 | Judge William G. Young: ELECTRONIC ORDER entered **allowed** 144 Assented to MOTION to Seal Document Motion to Compel Answers to Plaintiffs Interrogatories, the Production of Documents, and the Production of Information Improperly Withheld as Privileged. (MAP) (Entered: 06/23/2025) |
| 06/23/2025 | 150 | NOTICE of Appearance by Jessica Danielle Strokus on behalf of Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America (Strokus, Jessica) (Entered: 06/23/2025) |
| 06/23/2025 | 151 | Judge William G. Young: ORDER entered granting 133 Joint MOTION for Order by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America. (KB) (Entered: 06/23/2025) |
| 06/23/2025 | 152 | MOTION for Reconsideration by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America, University of California Los Angeles Faculty Association.(Kanter, Ethan) (Entered: 06/23/2025) |

| | | |
|---|---|---|
| 06/24/2025 | 153 | MOTION to Compel (FILED UNDER SEAL) by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors–Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors–American Federation of Teachers. (Attachments: # 1 Exhibit A, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit B)(MAP) (Entered: 06/24/2025) |
| 06/24/2025 | 154 | MOTION in Limine to Preclude Introduction of Evidence Involving Factual Disputes that Should Be Resolved in the Identified Noncitizens' Litigation ( Responses due by 7/8/2025) by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America. (Attachments: # 1 Exhibit A–F)(Kanter, Ethan) **Modified on 6/25/2025 to Correct Docket Text and CM/ECF Filing Event** (MAP). (Entered: 06/24/2025) |
| 06/24/2025 | 155 | MOTION to Compel *Complete Answers to Plaintiffs Interrogatories, Production of Documents, and Disclosure of Information Improperly Withheld as Privileged* by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors–Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors–American Federation of Teachers. (Attachments: # 1 Exhibit A (Decl. of Scott Wilkens), # 2 Exhibit 1 (to Decl. of Scott Wilkens), # 3 Exhibit 2 (to Decl. of Scott Wilkens), # 4 Exhibit 3 (to Decl. of Scott Wilkens), # 5 Exhibit 4 (to Decl. of Scott Wilkens), # 6 Exhibit 5 (to Decl. of Scott Wilkens), # 7 Exhibit 6 (to Decl. of Scott Wilkens), # 8 Exhibit 7 (to Decl. of Scott Wilkens), # 9 Exhibit 8 (to Decl. of Scott Wilkens), # 10 Exhibit 9 (to Decl. of Scott Wilkens), # 11 Exhibit 10 (to Decl. of Scott Wilkens), # 12 Exhibit B)(Wilkens, Scott) (Entered: 06/24/2025) |
| 06/25/2025 | 156 | RESPONSE to Motion re 152 MOTION for Reconsideration filed by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors–Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors–American Federation of Teachers. (Attachments: # 1 Exhibit A)(Wilkens, Scott) (Entered: 06/25/2025) |
| 06/25/2025 | 157 | MOTION to Permit Remote Testimony by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors–Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors–American Federation of Teachers. (Attachments: # 1 Declaration of N. Biale, # 2 Exhibit A to Declaration, # 3 Exhibit B to Declaration, # 4 Exhibit C to Declaration)(Biale, Noam) (Entered: 06/25/2025) |
| 06/25/2025 | 158 | NOTICE of Appearance by Nancy Safavi on behalf of Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America (Safavi, Nancy) (Entered: 06/25/2025) |
| 06/25/2025 | 159 | RESPONSE to Motion re 154 MOTION in Limine to Preclude Introduction of Evidence Involving Factual Disputes that Should Be Resolved in the Identified Noncitizens' Litigation filed by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors–Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors–American Federation of Teachers. (Abdo, Alexander) (Entered: 06/25/2025) |

| 06/25/2025 | 160 | PRETRIAL MEMORANDUM by AAUP Advocacy Chapter at the University of Texas at Austin, AAUP Advocacy Chapter at the University of Texas at Dallas, AAUP Princeton, Berkeley Faculty Association, Boston University AAUP Chapter, Brown University Chapter of the AAUP, Commonwealth of Massachusetts, Concerned Faculty of Council of UC Faculty Associations, Dartmouth College Chapter of the AAUP, Davis Faculty Association, Del Mar College Chapter of the AAUP–AFT, Department of Homeland Security, Department of State, Irvine Faculty Association, John Hopkins University Chapter of the AAUP, Todd Lyons, Massachusetts Institute of Technology Chapter of the AAUP, Kristi Noem, Northwestern University Chapter of the AAUP, Rice University Advocacy Chapter of the AAUP, Riverside Faculty Association, Marco Rubio, San Diego Faculty Association, Santa Cruz Faculty Association, The Presidents Alliance on Higher Education and Immigration, Donald J. Trump, Tufts University Chapter of the AAUP, UC Merced Faculty Association, UC Santa Barbara Faculty Association, UCSF Faculty Association, United States of America, University CouncilAmerican Federation of Teachers Local 1474, University of California Los Angeles Faculty Association, University of Dallas Chapter of the AAUP, University of Houston Chapter of the AAUP, University of Minnesota Twin Cities Chapter of the AAUP, Wesleyan University Chapter of the AAUP, Yale University Chapter of the AAUP. (Kanter, Ethan) (Entered: 06/25/2025) |
| --- | --- | --- |
| 06/25/2025 | 161 | MOTION to Correct 160 Pretrial Memorandum,,,,, by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America.(Kanter, Ethan) (Entered: 06/25/2025) |
| 06/25/2025 | 162 | Plaintiffs' ADDENDUM (FILED UNDER SEAL) to 153 MOTION to Compel by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors–Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors–American Federation of Teachers. (Attachments: # 1 Exhibit A)(MAP) (Entered: 06/25/2025) |
| 06/26/2025 | 163 | ADDENDUM re 155 MOTION to Compel *Complete Answers to Plaintiffs Interrogatories, Production of Documents, and Disclosure of Information Improperly Withheld as Privileged* filed by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors–Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors–American Federation of Teachers. (Attachments: # 1 Exhibit A)(Wilkens, Scott) (Entered: 06/26/2025) |
| 06/26/2025 | 164 | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Final Pretrial Conference held on 6/26/2025. Bench trial to commence Monday, July 7, 2025 and is expected to last nine days (The Court will not sit July 16th). The Court will sit 9:00am–1:00pm. The Court reviews joint pretrial memo with counsel and goes over trial procedures. 15 minutes per side for openings and 30 minutes per side for closings. A joint exhibit list to be prepared marking any agreed to exhibits with numbers (one joint list, not a plaintiff's exhibit list and defendant's exhibit list) and any objected to exhibits to be marked with letters (A–Z, AA, AB, AC, etc.). Court addresses parties regarding video exhibits and depositions. Parties shall submit proposed findings and rulings before the close of trial. The Court makes rulings on motions as stated on the record. The Court allows # 157 Motion to Permit Remote Testimony in part as to the one witness for plaintiffs and one witness for defendants as stated in Court. Parties to confer about anonymization. If the case were to settle counsel shall notify the Clerk. (Court Reporter: Richard Romanow at rhr3tubas@aol.com.)(Attorneys present: Noam Biale, Ramya Krishnan, Scott Wilkens, Michael Tremonte, Alexander Abdo, Courtney Gans for the plaintiffs and William Kanellis, |

| | | |
|---|---|---|
| | | Victoria Santora and Jessica Danielle Strokus for defendants) (KB) (Entered: 06/26/2025) |
| 06/27/2025 | 165 | Transcript of Final Pretrial held on June 26, 2025, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Richard Romanow at rhr3tubas@aol.com. Redaction Request due 7/18/2025. Redacted Transcript Deadline set for 7/28/2025. Release of Transcript Restriction set for 9/25/2025. (DRK) (Entered: 06/27/2025) |
| 06/27/2025 | 166 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above−captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at https://www.mad.uscourts.gov/caseinfo/transcripts.htm (DRK) (Entered: 06/27/2025) |
| 06/27/2025 | 167 | NOTICE OF MANUAL FILING by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America (Kanter, Ethan) (Entered: 06/27/2025) |
| 06/27/2025 | 168 | Assented to MOTION to Seal by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America.(Kanter, Ethan) (Entered: 06/27/2025) |
| 06/27/2025 | 169 | MOTION to Seal Document by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors−Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors−American Federation of Teachers. (Attachments: # 1 Text of Proposed Order)(Krishnan, Ramya) (Entered: 06/27/2025) |
| 06/27/2025 | 170 | Opposition re 155 MOTION to Compel *Complete Answers to Plaintiffs Interrogatories, Production of Documents, and Disclosure of Information Improperly Withheld as Privileged*, 153 MOTION to Compel filed by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America. (Attachments: # 1 declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)(Kanter, Ethan) (Entered: 06/27/2025) |
| 06/27/2025 | 171 | MOTION for Leave to File *Defendant's Response to (153) Plaintiffs' motion to compel* by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America.(Kanter, Ethan) (Entered: 06/27/2025) |
| 06/30/2025 | 172 | Second MOTION to Compel by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America.(Kanter, Ethan) (Additional attachment(s) added on 6/30/2025: # 1 Exhibit A) (MAP). (Main Document 172 replaced on 6/30/2025) (MAP). (Entered: 06/30/2025) |
| 06/30/2025 | 173 | Joint MOTION for Order to To Enter Revised Protective Order Covering Exchange of Confidential Information by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America.(Kanter, Ethan) (Additional attachment(s) added on 6/30/2025: # 1 Proposed Protective Order, # 2 Exhibit A) (MAP). (Main Document 173 replaced on 6/30/2025) (MAP). (Entered: 06/30/2025) |
| 06/30/2025 | 174 | Judge William G. Young: ORDER entered (KB) (Entered: 06/30/2025) |
| 06/30/2025 | 175 | RESPONSE to Motion re 172 Second MOTION to Compel filed by American Association of University Professors, American Association of University Professors at New York |

| | | University, American Association of University Professors–Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors–American Federation of Teachers. (Biale, Noam) (Entered: 06/30/2025) |
|---|---|---|
| 07/01/2025 | 176 | Judge William G. Young: ELECTRONIC ORDER entered re 172 Second MOTION to Compel by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America. Motion denied in light of plaintiffs' representations re providing discovery. Any inadequacy may be addressed and remedied at trial. (KB) (Entered: 07/01/2025) |
| 07/01/2025 | 177 | Judge William G. Young: ORDER entered. ADDENDUM to the PRETRIAL ORDER. (KB) (Entered: 07/01/2025) |
| 07/01/2025 | 178 | Judge William G. Young: AMENDED PROTECTIVE ORDER entered granting 173 Joint MOTION for Order to To Enter Revised Protective Order Covering Exchange of Confidential Information by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America. (KB) (Entered: 07/01/2025) |
| 07/01/2025 | 179 | TRIAL BRIEF of Plaintiffs by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors–Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors–American Federation of Teachers. (Attachments: # 1 Exhibits)(Krishnan, Ramya) (Entered: 07/01/2025) |
| 07/02/2025 | 180 | MOTION to Compel Deposition of Nadje Al–Ali by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America. (Attachments: # 1 Exhibit A)(Kanellis, William) (Entered: 07/02/2025) |
| 07/02/2025 | 181 | NOTICE OF MANUAL FILING by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America Submission for In Camera Ex Parte Review (Kanter, Ethan) (Entered: 07/02/2025) |
| 07/02/2025 | 182 | RESPONSE to Motion re 180 MOTION to Compel Deposition of Nadje Al–Ali filed by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors–Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors–American Federation of Teachers. (Attachments: # 1 Exhibit A)(Biale, Noam) (Entered: 07/02/2025) |
| 07/03/2025 | 183 | Judge William G. Young: ELECTRONIC ORDER entered 180 MOTION to Compel Deposition of Nadje Al–Ali. Denied. The defendants have waived their right to depose this witness. (MAP) (Entered: 07/03/2025) |
| 07/07/2025 | 184 | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Bench Trial Day 1 held on 7/7/2025. Parties make opening statements. Court issues sequestration order regarding witnesses. Plaintiffs call Megan Hyska. Witness sworn. Direct by plaintiffs. Cross by defendants. Re–direct. Witness steps down. Plaintiffs call Nadje Al–Ali. Witness sworn. Direct by plaintiffs. Exhibits moved into evidence: 65, 66, 67, 68, 69. Exhibit I marked for identification only. Trial to resume 7/8/2025 at 9:00 AM. Court resumes in afternoon. Government submitted documents for in camera review. Court discusses limits of law enforcement privilege and its view on what documents it would consider to be privileged. By |

| | | |
|---|---|---|
| | | Friday, July 11th at noon the defendants shall submit a detailed privilege log. The amended protective order is allowed. After discussing with the parties, the Court finds as moot # 169 Plaintiff's Motion to Seal the Pretrial Brief. (Court Reporter: Richard Romanow at rhr3tubas@aol.com.)(Attorneys present: Noem Biale, Alexandra Conlon, Ramya Krishnan, Michal Tremonte, Courtney Gans, Scott Wilkens for plaintiffs and Jessica Strokus, William Kanellis, Victoria Santora, Ethan Kanter for defendants ) (KB) (Entered: 07/07/2025) |
| 07/07/2025 | 185 | NOTICE of Withdrawal of Appearance by Shawna Yen (Yen, Shawna) (Entered: 07/07/2025) |
| 07/07/2025 | 186 | TRIAL BRIEF *of Plaintiffs* by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors–Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors–American Federation of Teachers. (Attachments: # 1 Exhibits 1–7, # 2 Exhibits 8–20)(Krishnan, Ramya) (Entered: 07/07/2025) |
| 07/07/2025 | 187 | ELECTRONIC NOTICE issued requesting PAPER courtesy copy for 186 Trial Brief,. Counsel who filed this document are requested to submit a courtesy copy of this document (or documents) to the Clerk's Office Attention Matthew Paine – Docket Clerk – Judge Young.  **These documents must be clearly marked as a Courtesy Copy and reflect the document number assigned by CM/ECF.** (MAP) (Entered: 07/07/2025) |
| 07/08/2025 | 188 | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Bench Trial Day Two held on 7/8/2025. Parties have submitted joint exhibit list (Exhibits 1–222). Court has all numbered exhibits. Plaintiffs recall Nadje Al–Ali. Court reminds witness she remains under oath. Direct testimony continues. Cross by defendants. Witness steps down. Plaintiffs call Michael Mathis. Witness sworn. Direct by plaintiffs. Cross by defendants. Witness steps down. Plaintiffs call Bernhard Nickel. Witness sworn. Direct by plaintiffs. Cross by defendants. Re–direct. Witness steps down. Plaintiffs call Sara Johnson. Witness sworn. Direct by plaintiffs. Witness steps down. Plaintiffs call Nadia Abu El–Haj. Witness sworn. Direct by plaintiffs. Trial to resume 7/9/2025 at 9:00AM. Exhibits admitted into evidence: 223, 224, 225, 226, 227. (Court Reporter: Richard Romanow at rhr3tubas@aol.com.)(Attorneys present: Noem Biale, Alexander Abdo, Alexandra Conlon, Ramya Krishnan, Michal Tremonte, Courtney Gans, Scott Wilkens, Xiangnong Wang for plaintiffs and William Kanellis, Victoria Santora, Ethan Kanter for defendants)(KB) Modified on 7/9/2025 (KB). (Entered: 07/08/2025) |
| 07/08/2025 | 189 | NOTICE OF MANUAL FILING by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America *DEFENDANTS OBJECTIONS TO DISCLOSURE OF, AND ASSERTIONS OF PRIVILEGE OVER, SUBSET OF IN CAMERA DOCUMENTS IDENTIFIED BY THE COURT ON JULY 8, 2025* (Kanter, Ethan) (Entered: 07/08/2025) |
| 07/08/2025 | 190 | Second MOTION for Reconsideration re 184 Bench Trial – Begun,,,,, *order that privilege is waived* by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America. (Attachments: # 1 Exhibit Notice of Sealed Submission, # 2 Exhibit Armstrong Delib Proc Declaration, # 3 Exhibit Armstrong Law Enf Priv Declaration, # 4 Exhibit Lowkowski Presidential Priv Declaration, # 5 Exhibit Privilege log)(Kanter, Ethan) (Entered: 07/08/2025) |
| 07/08/2025 | 191 | MOTION to Compel *Deposition of DSAC McCormack* by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors–Harvard Faculty Chapter, |

| | | |
|---|---|---|
| | | Middle East Studies Association, Rutgers American Association of University Professors–American Federation of Teachers. (Attachments: # 1 Declaration of N. Biale, # 2 Exhibit A to Declaration, # 3 Exhibit B to Declaration, # 4 Exhibit C to Declaration, # 5 Exhibit D to Declaration)(Biale, Noam) (Entered: 07/08/2025) |
| 07/09/2025 | 192 | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Bench Trial Day Three held on 7/9/2025. Plaintiffs recall Nadia Abu El–Haj. Witness is reminded she remains under oath. Continued direct testimony. Cross by defendants. Witness steps down. Plaintiffs call Peter Hatch. Witness sworn. Direct by plaintiffs. Court hears argument on # 190 Defendants' Motion to Partially Reconsider the Court's Order. The Court reconsiders its order as to email addresses and phone numbers. The Court orders defendants to produce the subset of documents to plaintiffs by 5pm 7/9/2025 with redactions to cell phone numbers and email addresses. The documents are subject to claw back, are for Attorney's eyes only and are for use in this litigation only. Defendants make an oral motion to stay the order. The Court allows the oral motion to stay until 9:00AM on 7/10/2025. Parties address # 191 Motion to Compel Deposition. Court denies motion. Parties to work out issues relating to the deposition. Direct examination of Peter Hatch continues. Trial to resume 9:00 AM 7/10/2025. Exhibits admitted in evidence: 228, 229, 230, 231 (Court Reporter: Richard Romanow at rhr3tubas@aol.com.)(Attorneys present: Noem Biale, Alexandra Conlon, Ramya Krishnan, Courtney Gans, Xiangnong Wang, Scott B. Wilkens for plaintiffs and Jessica Strokus, William Kanellis, Victoria Santora, Ethan Kanter for defendants ) (KB) (Entered: 07/09/2025) |
| 07/09/2025 | 193 | First MOTION for Clarification re 192 Order on Motion for Reconsideration,,,,,, Order on Motion to Compel,,,,,, Bench Trial – Held,,,,, *of Court's order concerning Defendants' motion to reconsider* by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Donald J. Trump, United States of America. (Attachments: # 1 Exhibit A)(Kanter, Ethan) (Entered: 07/09/2025) |
| 07/10/2025 | 194 | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Bench Trial Day Four held on 7/10/2025. Court addresses 193 Motion to Clarify July 9 Bench Ruling. Defendants will submit privilege log by Friday 7/11/25 at noon for the Court's review. Defendants confirm all documents in the subset have been turned over to plaintiffs per the Court order. Court will provide copies of ROA's to plaintiffs. Plaintiffs recall Peter Hatch. Court reminds the defendant he remains under oath. Continued direct by plaintiffs. Cross by defendants. Re–direct. Witness steps down. Plaintiffs call Amy Greer. Witness sworn. Direct by plaintiffs. Cross by defendants. Witness steps down. Plaintiffs will call witnesses next week and informs the Court of the schedule for witness testimony. Plaintiffs rest. Court has sidebar with counsel. Trial to resume 9:00 AM 7/11/2025. Exhibits admitted into evidence: 232, 233, 234, 235, 236, 237 (Court Reporter: Richard Romanow at rhr3tubas@aol.com.)Attorneys present: Noem Biale, Alexandra Conlon, Ramya Krishnan, Scott B. Wilkens, Michael Tremonte, for plaintiffs and William Kanellis, Victoria Santora, Ethan Kanter for defendants ) (KB) (Entered: 07/10/2025) |
| 07/11/2025 | 195 | MOTION to Compel *and to Direct Defendants to Accept Service of Process* by American Association of University Professors, Middle East Studies Association.(Biale, Noam) (Entered: 07/11/2025) |
| 07/11/2025 | 196 | NOTICE by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America *NOTICE OF PRIVILEGE LOG FILING IN RESPONSE TO JULY 7, 2025 BENCH ORDER* (Kanter, Ethan) (Entered: 07/11/2025) |
| 07/11/2025 | 197 | |

| | | |
|---|---|---|
| | | Assented to MOTION for Leave to File *Unredacted Privilege Log Under Seal* by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America.(Kanter, Ethan) (Entered: 07/11/2025) |
| 07/11/2025 | 198 | NOTICE OF MANUAL FILING by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America In camera submission of documents with proposed privilege redactions re 196 Notice (Other) (Kanter, Ethan) (Entered: 07/11/2025) |
| 07/11/2025 | 199 | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Bench Trial Day Five held on 7/11/2025. Court addresses privileged documents. Defendants call Maureen Smith. Witness sworn. Direct by defendants. Cross by plaintiffs. Witness steps down. Defendants call John Armstrong. Witness sworn. Direct by defendants. Cross by plaintiffs. Trial to resume 7/14/2025 at 9:00am. Exhibits admitted in evidence: 238, 239. Court permits exhibits HM and HN to be received as chalks. (Court Reporter: Richard Romanow at rhr3tubas@aol.com.)Attorneys present: Noem Biale, Alexandra Conlon, Ramya Krishnan, Scott B. Wilkens, Michael Tremonte, for plaintiffs and William Kanellis, Victoria Santora, Ethan Kanter and Jessica Strokus for defendants (KB) (Entered: 07/11/2025) |
| 07/11/2025 | 200 | Judge William G. Young: ELECTRONIC ORDER entered. In view of the stay entered by the Court of Appeals, we cannot continue the cross examination of Mr. Armstrong. Accordingly, the parties shall promptly inform the Clerk whether, 1) they will fill Monday with other evidence, or 2) they'd rather skip Monday (no trial time charged) and resume on Tuesday, coming back to Mr. Armstrong at some future date once the Court of Appeals has acted. (KB) (Entered: 07/11/2025) |
| 07/12/2025 | 201 | NOTICE : Bench Trial to continue Monday, July 14, 2025 at 9:00 AM. (KB) (Entered: 07/12/2025) |
| 07/13/2025 | 202 | MOTION Additional Trial Time by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors–Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors–American Federation of Teachers.(Biale, Noam) (Entered: 07/13/2025) |
| 07/14/2025 | 203 | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Bench Trial Day Six held on 7/14/2025. Plaintiffs withdraw request to call Jeff Reger. Parties and the Court discuss post–trial briefs. The Court is amenable to extend the 7/18/25 deadline for filings. Parties inform the Court of the schedule for the remaining witnesses. Defendants plan to introduce deposition testimony of a witness. Plaintiffs may submit on the deposition what they think is inadmissible for the Courts review. Court addresses privileged documents and rulings. Court is in receipt of defendants detailed privilege log for review. The Court denies # 202 Motion for additional trial time. Court takes the invitation of the Court of Appeals to address the Writ of Mandamus on the record. The transcript of this hearing and a copy of the chalk H–N will be transmitted to the Court of Appeals. Trial to resume 7/15/2025 at 9:00am. (Court Reporter: Richard Romanow at rhr3tubas@aol.com.)(Attorneys present: Alexander Abdo, Alexandra Conlon, Ramya Krishnan, Scott B. Wilkens, Michael Tremonte, for plaintiffs and William Kanellis, Ethan Kanter and Jessica Strokus for defendants (KB) (Entered: 07/14/2025) |
| 07/14/2025 | 204 | MOTION to Seal Document *Proposal for How to Proceed in Light of the First Circuits Order* by American Association of University Professors, American Association of University Professors at New York University, American Association of University |

| | | |
|---|---|---|
| | | Professors–Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors–American Federation of Teachers.(Krishnan, Ramya) (Entered: 07/14/2025) |
| 07/14/2025 | 205 | MOTION in Limine *to Exclude Defendants' Proposed Summary Exhibits Under Federal Rule of Evidence 1006* by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors–Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors–American Federation of Teachers.(Wilkens, Scott) (Entered: 07/14/2025) |
| 07/14/2025 | 206 | Judge William G. Young: <br><br> TRANSMITTAL TO THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT <br><br> (Attachments: (1) Excerpt, (2) Transcript, (3) Exhibit HN) <br><br> (Sonnenberg, Elizabeth) <br><br> (Entered: 07/15/2025) |
| 07/15/2025 | 207 | Supplemental Record on Appeal transmitted to US Court of Appeals re Petition for Mandamus. Documents included: ECF No. 206 (MAP) (Entered: 07/15/2025) |
| 07/15/2025 | 208 | Judge William G. Young: ELECTRONIC ORDER entered granting 204 Motion to Seal Document Proposal for How to Proceed in Light of the First Circuits Order by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors–Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors–American Federation of Teachers. (KB) (Entered: 07/15/2025) |
| 07/15/2025 | 209 | SEALED Plaintiffs' Proposal for How to Proceed in Light of the First Circuit's Order filed by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors–Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors–American Federation of Teachers. (Attachments: # 1 Exhibit A)(KB) (Entered: 07/15/2025) |
| 07/15/2025 | 210 | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Bench Trial Day Seven held on 7/15/2025. Defendants call William Crogan. Witness sworn. Direct by defendants. Cross by plaintiffs. Witness steps down. Defendants call Patrick Cunningham. Witness sworn. Direct by defendants. Cross by plaintiffs. Witness steps down. Defendants call Darren McCormack. Witness sworn. Direct by defendants. Cross by plaintiffs. Witness steps down. Defendants call Christopher Heck. Plaintiffs move to preclude testimony. Court allows witness to testify. Witness sworn. Direct by defendants. Witness steps down. Court will allow each side 45 minutes for closings. Court and the parties discuss post–trial briefs. Trial to resume Thursday 7/17/2025 at 9:00 AM. (Court Reporter: Richard Romanow at rhr3tubas@aol.com.)(Attorneys present: Alexandra Conlon, Ramya Krishnan, Scott B. Wilkens, Michael Tremonte, Courtney Gans, for plaintiffs and William Kanellis, Ethan Kanter, Nancy Safavi, Jessica Strokus, Victoria Santora for defendants ) (KB) (Entered: 07/16/2025) |
| 07/16/2025 | 211 | |

| | | |
|---|---|---|
| | | MOTION to Compel *Additional Documents* by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors–Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors–American Federation of Teachers.(Biale, Noam) (Entered: 07/16/2025) |
| 07/16/2025 | 212 | MOTION for Leave to Appear Pro Hac Vice for admission of Stephany Kim Filing fee: $ 125, receipt number AMADC–11126007 by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors–Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors–American Federation of Teachers. (Attachments: # 1 Declaration)(Clarke, Edwina) (Entered: 07/16/2025) |
| 07/16/2025 | 213 | Judge William G. Young: ELECTRONIC ORDER entered granting 212 Motion for Leave to Appear Pro Hac Vice Added Stephany Kim.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register–account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen–pro–hac–vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MAP) (Entered: 07/16/2025) |
| 07/16/2025 | 214 | MOTION to Compel *or for an Adverse Inference* by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors–Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors–American Federation of Teachers. (Attachments: # 1 Exhibit 1)(Krishnan, Ramya) (Additional attachment(s) added on 7/16/2025: # 2 SEALED) (MAP). (Entered: 07/16/2025) |
| 07/16/2025 | 215 | MOTION to Seal Document *to Motion to Compel or for an Adverse Inference* by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors–Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors–American Federation of Teachers.(Krishnan, Ramya) (Entered: 07/16/2025) |
| 07/16/2025 | 217 | Redacted version of # 209 SEALED Plaintiffs' Proposal for How to Proceed in Light of the First Circuit's Order filed by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors–Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors–American Federation of Teachers. (KB) (Entered: 07/17/2025) |
| 07/17/2025 | 216 | Opposition re 205 MOTION in Limine *to Exclude Defendants' Proposed Summary Exhibits Under Federal Rule of Evidence 1006* filed by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America. (Kanter, Ethan) (Entered: 07/17/2025) |

| 07/17/2025 | 218 | Judge William G. Young: ELECTRONIC ORDER entered granting in part and denying in part 205 MOTION in Limine to Exclude Defendants' Proposed Summary Exhibits Under Federal Rule of Evidence 1006 by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors–Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors–American Federation of Teachers. (KB) (Entered: 07/17/2025) |
|---|---|---|
| 07/17/2025 | 219 | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Bench Trial Day Eight held on 7/17/2025. Defendants call Mohamed Maklad. Witness sworn. Direct by defendants. Cross by plaintiffs. Witness steps down. Defendants call Andre Watson. Court hears from parties regarding Mr. Watson's testimony and the Court of Appeals stay. Witness sworn. Direct by defendants. Cross by plaintiffs. Witness steps down. Court issues rulings on motions: # 214 Motion to Compel is denied. # 215 Motion To Seal is allowed. # 211 Motion to Compel, the Court finds the documents requested are in the scope of the Court of Appeals stay and does not rule on it at this time. Court gives indicative ruling on the motion. Court hears parties on cross of witness Armstrong. Trial to resume 7/18/2025 at 9:00 AM. Final arguments will be held Monday 7/21/2025 at 10:00 AM. Parties to file proposed Findings of Fact and Rulings by Monday August 4, 2025. Exhibits admitted into evidence: 240, 241, 242, 243, 244, 245, 246. Exhibit HO received as a chalk. (Court Reporter: Richard Romanow at rhr3tubas@aol.com.)(Attorneys present: Alexandra Conlon, Ramya Krishnan, Noam Biale, Scott Wilkens, Tayla Nevins, for plaintiffs and William Kanellis, Ethan Kanter, Jessica Strokus, for defendants ) (KB) (Entered: 07/17/2025) |
| 07/18/2025 | 220 | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Bench Trial Day Nine held on 7/18/2025. Cross of John Armstrong continues. Court reminds the witness he remains under oath. Witness steps down. Plaintiffs call Venna Dubal. Witness sworn. Direct by plaintiffs. Cross by defendants. Witness steps down. Trial to resume at 9:00 AM Monday, July 21st. The parties will first address deposition designations and then final arguments will be heard. Exhibits admitted into evidence: 247,248, 249, 250. (Court Reporter: Richard Romanow at rhr3tubas@aol.com.)(Attorneys present: Alexandra Conlon, Ramya Krishnan, Noam Biale, Xiangnong Wang, Tayla Nevins, for plaintiffs and William Kanellis, Ethan Kanter, Jessica Strokus, and Victoria Santora for defendants )(KB) (Entered: 07/18/2025) |
| 07/18/2025 | 221 | TRIAL BRIEF *Supplemental* by All Plaintiffs. (Krishnan, Ramya) (Entered: 07/18/2025) |
| 07/18/2025 | 223 | ORDER of USCA on Petition for Mandamus (25–1658): The Petition for Writ of Mandamus is DENIED. The stay previously issued by the Court is VACATED. (MAP) (Entered: 07/20/2025) |
| 07/19/2025 | 222 | NOTICE of Appearance by Stephany Kim on behalf of American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors–Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors–American Federation of Teachers (Kim, Stephany) (Entered: 07/19/2025) |
| 07/20/2025 | 224 | RESPONSE to Motion re 214 MOTION to Compel *or for an Adverse Inference* filed by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, The Presidents Alliance on Higher Education and Immigration, United States of America. (Murphy, Lindsay) (Entered: 07/20/2025) |
| 07/21/2025 | 225 | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Bench Trial completed on 7/21/2025. Deposition designations submitted to the Court. ( Andre Watson, |

| | | |
|---|---|---|
| | | John Armstrong, Andrew Veprek, Stuart Wilson, Brian Shure (also Counter– Designation for Brian Shure submitted) Defendants do not object to the deposition designations of Andre Watson and John Armstrong. Record will include designations of Andre Watson and John Armstrong. Court hears argument as to the remaining deposition designations. Court takes the matter under advisement. Plaintiffs rest. Defendants rest. Parties make final arguments. Parties to file proposed Findings of Fact and Rulings by Monday August 4, 2025.(Court Reporter: Richard Romanow at rhr3tubas@aol.com.)(Attorneys present: Alexander Abdo, Alexandra Conlon, Ramya Krishnan, Jameel Jaffer, Courtney Gans, Scott Wilkens for the plaintiffs and Ethan Kanter, Jessica Strokus, and William Kanellis for the defendants. ) (KB) (Entered: 07/21/2025) |
| 07/21/2025 | 226 | NOTICE by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America re 225 Bench Trial – Completed,,, *of Opposition to Plaintiffs' Request to Admit Deposition Testimony of Andrew Veprek and Stuart Wilson under Rule 32(a)(3)* (Kanter, Ethan) (Entered: 07/21/2025) |
| 07/22/2025 | 227 | Response by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors–Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors–American Federation of Teachers to 226 Notice (Other), *(in support of deposition transcript designations for two State Department officials)*. (Wilkens, Scott) (Entered: 07/22/2025) |
| 07/28/2025 | 228 | MOTION for Leave to File *Surreply In Opposition to Plaintiffs' Motion to Designate Deposition Transcripts* by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America. (Attachments: # 1 Exhibit A – Surreply In Opposition to Plaintiffs' Motion to Designate Deposition Transcripts)(Kanter, Ethan) (Entered: 07/28/2025) |
| 07/29/2025 | 229 | Judge William G. Young: ELECTRONIC ORDER entered granting 228 MOTION for Leave to File Surreply ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include – Leave to file granted on (date of order)– in the caption of the document. (MAP) (Entered: 07/29/2025) |
| 07/29/2025 | 230 | *Surreply (Leave to File Granted July 29, 2025)* Response by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America to 227 Response, 226 Notice (Other), *Surreply in Opposition to Plaintiffs' Motion to Designate Deposition Transcripts*. (Kanter, Ethan) (Entered: 07/29/2025) |
| 08/04/2025 | 231 | Transcript of Bench Trial Day 1 – Volume 1 held on July 7, 2025, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Richard Romanow at rhr3tubas@aol.com. Redaction Request due 8/25/2025. Redacted Transcript Deadline set for 9/4/2025. Release of Transcript Restriction set for 11/3/2025. (DRK) (Entered: 08/04/2025) |
| 08/04/2025 | 232 | Transcript of Bench Trial Day 1 – Volume 2 held on July 7, 2025, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Kelly Mortellite at mortellite@gmail.com. Redaction Request due 8/25/2025. Redacted Transcript Deadline set for 9/4/2025. Release of Transcript Restriction set for 11/3/2025. (DRK) (Entered: 08/04/2025) |

| | | |
|---|---|---|
| 08/04/2025 | 233 | Transcript of Bench Trial Day 1 – Volume 3 held on July 7, 2025, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Richard Romanow at rhr3tubas@aol.com. Redaction Request due 8/25/2025. Redacted Transcript Deadline set for 9/4/2025. Release of Transcript Restriction set for 11/3/2025. (DRK) (Entered: 08/04/2025) |
| 08/04/2025 | 234 | Transcript of Bench Trial Day 2 – Volume 1 held on July 8, 2025, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Richard Romanow at rhr3tubas@aol.com. Redaction Request due 8/25/2025. Redacted Transcript Deadline set for 9/4/2025. Release of Transcript Restriction set for 11/3/2025. (DRK) (Entered: 08/04/2025) |
| 08/04/2025 | 235 | Transcript of Bench Trial Day 2 – Volume 2 held on July 8, 2025, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Kelly Mortellite at mortellite@gmail.com. Redaction Request due 8/25/2025. Redacted Transcript Deadline set for 9/4/2025. Release of Transcript Restriction set for 11/3/2025. (DRK) (Entered: 08/04/2025) |
| 08/04/2025 | 236 | Transcript of Bench Trial Day 3 – Volume 1 held on July 9, 2025, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Kelly Mortellite at mortellite@gmail.com. Redaction Request due 8/25/2025. Redacted Transcript Deadline set for 9/4/2025. Release of Transcript Restriction set for 11/3/2025. (DRK) (Entered: 08/04/2025) |
| 08/04/2025 | 237 | Transcript of Bench Trial Day 3 – Volume 2 held on July 9, 2025, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Richard Romanow at rhr3tubas@aol.com. Redaction Request due 8/25/2025. Redacted Transcript Deadline set for 9/4/2025. Release of Transcript Restriction set for 11/3/2025. (DRK) (Entered: 08/04/2025) |
| 08/04/2025 | 238 | Transcript of Bench Trial Day 4 – Volume 1 held on July 10, 2025, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Richard Romanow at rhr3tubas@aol.com. Redaction Request due 8/25/2025. Redacted Transcript Deadline set for 9/4/2025. Release of Transcript Restriction set for 11/3/2025. (DRK) (Entered: 08/04/2025) |
| 08/04/2025 | 239 | Transcript of Bench Trial Day 4 – Volume 2 held on July 10, 2025, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Kelly Mortellite at mortellite@gmail.com. Redaction Request due 8/25/2025. Redacted Transcript Deadline set for 9/4/2025. Release of Transcript Restriction set for 11/3/2025. (DRK) (Entered: 08/04/2025) |
| 08/04/2025 | 240 | Transcript of Bench Trial Day 5 – Volume 1 held on July 11, 2025, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Kelly Mortellite at mortellite@gmail.com. Redaction Request due 8/25/2025. Redacted Transcript Deadline set for 9/4/2025. Release of Transcript Restriction set for |

| | | 11/3/2025. (DRK) (Entered: 08/04/2025) |
|---|---|---|
| 08/04/2025 | [241](#) | Transcript of Bench Trial Day 5 – Volume 2 held on July 11, 2025, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Richard Romanow at rhr3tubas@aol.com. Redaction Request due 8/25/2025. Redacted Transcript Deadline set for 9/4/2025. Release of Transcript Restriction set for 11/3/2025. (DRK) (Entered: 08/04/2025) |
| 08/04/2025 | [242](#) | Transcript of Bench Trial Day 6 held on July 14, 2025, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Richard Romanow at rhr3tubas@aol.com. Redaction Request due 8/25/2025. Redacted Transcript Deadline set for 9/4/2025. Release of Transcript Restriction set for 11/3/2025. (DRK) (Entered: 08/04/2025) |
| 08/04/2025 | [243](#) | Transcript of Bench Trial Day 7 – Volume 1 held on July 15, 2025, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Richard Romanow at rhr3tubas@aol.com. Redaction Request due 8/25/2025. Redacted Transcript Deadline set for 9/4/2025. Release of Transcript Restriction set for 11/3/2025. (DRK) (Entered: 08/04/2025) |
| 08/04/2025 | [244](#) | Transcript of Bench Trial Day 7 – Volume 2 held on July 15, 2025, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Kelly Mortellite at mortellite@gmail.com. Redaction Request due 8/25/2025. Redacted Transcript Deadline set for 9/4/2025. Release of Transcript Restriction set for 11/3/2025. (DRK) (Entered: 08/04/2025) |
| 08/04/2025 | [245](#) | Transcript of Bench Trial Day 7 held on July 17, 2025, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Richard Romanow at rhr3tubas@aol.com. Redaction Request due 8/25/2025. Redacted Transcript Deadline set for 9/4/2025. Release of Transcript Restriction set for 11/3/2025. (DRK) (Entered: 08/04/2025) |
| 08/04/2025 | [246](#) | Transcript of Bench Trial Day 9 – Volume 1 held on July 18, 2025, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Richard Romanow at rhr3tubas@aol.com. Redaction Request due 8/25/2025. Redacted Transcript Deadline set for 9/4/2025. Release of Transcript Restriction set for 11/3/2025. (DRK) (Entered: 08/04/2025) |
| 08/04/2025 | [247](#) | Transcript of Bench Trial Day 9 – Volume 2 held on July 18, 2025, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Kelly Mortellite at mortellite@gmail.com. Redaction Request due 8/25/2025. Redacted Transcript Deadline set for 9/4/2025. Release of Transcript Restriction set for 11/3/2025. (DRK) (Entered: 08/04/2025) |
| 08/04/2025 | [248](#) | Transcript of Bench Trial held on July 21, 2025, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Richard Romanow at rhr3tubas@aol.com. Redaction Request due 8/25/2025. Redacted |

| | | |
|---|---|---|
| | | Transcript Deadline set for 9/4/2025. Release of Transcript Restriction set for 11/3/2025. (DRK) (Entered: 08/04/2025) |
| 08/04/2025 | 249 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above–captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at https://www.mad.uscourts.gov/caseinfo/transcripts.htm (DRK) (Entered: 08/04/2025) |
| 08/04/2025 | 250 | Assented to MOTION to Seal Document *Plaintiffs Proposed Findings of Fact and Requested Rulings of Law* by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors–Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors–American Federation of Teachers. (Attachments: # 1 Text of Proposed Order Text of Proposed Order)(Krishnan, Ramya) (Entered: 08/04/2025) |
| 08/04/2025 | 251 | MOTION to Seal by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America.(Kanter, Ethan) (Entered: 08/04/2025) |
| 08/04/2025 | 252 | SEALED Proposed Findings of Fact and Requested Rulings of Law by All Plaintiffs. (KB) (Entered: 08/05/2025) |
| 08/04/2025 | 253 | SEALED Post–trial Proposed Findings of Fact and Conclusions of Law filed by All Defendants. (KB) (Entered: 08/05/2025) |
| 08/05/2025 | 254 | Proposed Findings of Fact by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors–Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors–American Federation of Teachers. (Krishnan, Ramya) (Entered: 08/05/2025) |
| 08/05/2025 | 255 | Proposed Findings of Fact by All Defendants. (Kanter, Ethan) (Entered: 08/05/2025) |
| 08/29/2025 | 256 | MOTION to Strike 252 Sealed document, 254 Proposed Findings of Fact, by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America.(Kanellis, William) (Entered: 08/29/2025) |
| 08/29/2025 | 257 | Opposition re 256 MOTION to Strike 252 Sealed document, 254 Proposed Findings of Fact, filed by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors–Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors–American Federation of Teachers. (Nevins, Talya) (Entered: 08/29/2025) |
| 09/05/2025 | 258 | MOTION to Withdraw as Attorney *(Unopposed)* by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors–Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors–American Federation of Teachers.(Busch, Jackson) (Entered: 09/05/2025) |
| 09/10/2025 | 259 | Judge William G. Young: ELECTRONIC ORDER entered granting 258 Motion to Withdraw as Attorney. Attorney Jackson Thomas Busch terminated (MAP) (Entered: 09/10/2025) |
| 09/11/2025 | 260 | |

| | | |
|---|---|---|
| | | Judge William G. Young: ELECTRONIC ORDER entered re 250 Assented to MOTION to Seal Document Plaintiffs Proposed Findings of Fact and Requested Rulings of Law by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors–Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors–American Federation of Teachers. ; 251 MOTION to Seal by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America. Allowed. Such seal shall be lifted upon the filing of this Court's findings and rulings. (KB) (Entered: 09/11/2025) |
| 09/30/2025 | 261 | Judge William G. Young: ORDER entered.<br><br>FINDINGS OF FACT AND RULINGS OF LAW, PURSUANT TO FED. R. CIV. P. 52(A)<br><br>(Sonnenberg, Elizabeth)<br><br>(Entered: 09/30/2025) |
| 10/02/2025 | 262 | MOTION to Withdraw as Attorney *(Unopposed)* by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors–Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors–American Federation of Teachers.(Nevins, Talya) (Entered: 10/02/2025) |
| 10/03/2025 | 263 | Judge William G. Young: ELECTRONIC ORDER entered granting 262 Motion to Withdraw as Attorney. Attorney Talya Nevins terminated (MAP) (Entered: 10/03/2025) |
| 10/03/2025 | 264 | MOTION to Intervene by K.L. Smith.(MAP) (Entered: 10/03/2025) |
| 10/03/2025 | 265 | Request for Waiver of Consultation by K.L. Smith. (MAP) (Entered: 10/03/2025) |
| 10/03/2025 | 267 | Letter from Zach Montague (The New York Times) Requesting Access to Trial Exhibits. (KB) (Entered: 10/09/2025) |
| 10/08/2025 | 266 | Letter from David Bralow (General Counsel) Shawn Musgrave (Newsroom Counsel/Correspondent) The Intercept Media, Inc. Requesting Access to Trial Exhibits and Provisionally Sealed Pleadings. (MAP) (Entered: 10/08/2025) |
| 10/10/2025 | 268 | MOTION to Stay *response deadline for motion to intervene and any to−be−ordered deadline to respond to letters requesting certain documents be unsealed* by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, United States of America.(Kanter, Ethan) (Entered: 10/10/2025) |
| 10/14/2025 | 269 | Judge William G. Young: ELECTRONIC ORDER entered granting 268 MOTION to Stay response deadline for motion to intervene and any to−be−ordered deadline to respond to letters requesting certain documents be unsealed by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, United States of America. (KB) (Entered: 10/14/2025) |
| 10/14/2025 | 270 | MOTION to Intervene and MOTION to Disqualify Judge Young by Joshua Hall. (Attachments: # 1 Cover Letter)(MAP) (Entered: 10/14/2025) |
| 10/23/2025 | 271 | NOTICE of Unavailability and Supplement to Motion to Intervene by K.L. Smith (Attachments: # 1 Exhibit A)(MAP) (Entered: 10/23/2025) |
| 10/30/2025 | 272 | |

| | | |
|---|---|---|
| | | Letter and Request from James Murray. (Attachments: # 1 Exhibit)(MAP) (Entered: 10/30/2025) |
| 11/07/2025 | 273 | MOTION for Leave to Appear Pro Hac Vice for admission of Raya Koreh Filing fee: $ 125, receipt number AMADC−11347027 by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors−Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors−American Federation of Teachers. (Attachments: # 1 Declaration)(Clarke, Edwina) (Entered: 11/07/2025) |
| 11/10/2025 | 274 | Judge William G. Young: ELECTRONIC ORDER entered granting 273 Motion for Leave to Appear Pro Hac Vice Added Raya Koreh.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MAP) (Entered: 11/10/2025) |
| 11/10/2025 | 275 | MOTION to Intervene *and For Access to Trial Exhibits and Provisionally Sealed Pleadings* by Boston Globe Media Partners, LLC.(Thomas, Samuel) (Entered: 11/10/2025) |
| 11/10/2025 | 276 | MEMORANDUM in Support re 275 MOTION to Intervene *and For Access to Trial Exhibits and Provisionally Sealed Pleadings* filed by Boston Globe Media Partners, LLC. (Thomas, Samuel) (Entered: 11/10/2025) |
| 11/10/2025 | 277 | MOTION *for Remedies Against Defendants* by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors−Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors−American Federation of Teachers. (Attachments: # 1 Text of Proposed Order, # 2 Declaration of R. Krishnan, # 3 Exhibit A to Declaration, # 4 Exhibit B to Declaration, # 5 Exhibit C to Declaration, # 6 Exhibit D to Declaration)(Krishnan, Ramya) (Entered: 11/10/2025) |
| 11/12/2025 | 278 | NOTICE of Appearance by Raya Koreh on behalf of American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors−Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors−American Federation of Teachers (Koreh, Raya) (Entered: 11/12/2025) |
| 11/13/2025 | 279 | ELECTRONIC NOTICE Setting Hearing on Motion 277 MOTION *for Remedies Against Defendants* : Motion Hearing set for 12/15/2025 11:00 AM in Courtroom 18 (Remote only) before Judge William G. Young.<br><br>This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility |

| | | |
|---|---|---|
| | | issues with the technology, please notify the courtroom deputy of the session as soon as possible.<br><br>Audio access to the hearing may be available to the media and public. Please check the Court schedule. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html.<br><br>For questions regarding access to hearings, you may refer to the general orders and public notices of the Court available on www.mad.uscourts.gov or contact the session here.<br><br>(KB) (Entered: 11/13/2025) |
| 11/18/2025 | 280 | MOTION for Extension of Time to December 5, 2025 to File Response/Reply as to 277 MOTION *for Remedies Against Defendants* by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America.(Kanter, Ethan) (Entered: 11/18/2025) |
| 11/19/2025 | 281 | Judge William G. Young: ELECTRONIC ORDER entered **granting** 280 MOTION for Extension of Time to December 5, 2025 to File Response/Reply as to 277 MOTION for Remedies Against Defendants by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America. Responses due by 12/5/2025. (KB) (Entered: 11/19/2025) |
| 11/24/2025 | 282 | CORPORATE DISCLOSURE STATEMENT by Boston Globe Media Partners, LLC identifying Corporate Parent Algonquin Acquisition Company, LLC for Boston Globe Media Partners, LLC.. (Thomas, Samuel) (Entered: 11/24/2025) |
| 11/24/2025 | 283 | MOTION to Intervene *and Join Boston Globe's Motion for Access to Trial Exhibits and Provisionally Sealed Pleadings* by The New York Times Company.(Thomas, Samuel) (Entered: 11/24/2025) |
| 11/24/2025 | 284 | CORPORATE DISCLOSURE STATEMENT by The New York Times Company. (Thomas, Samuel) (Entered: 11/24/2025) |
| 11/26/2025 | 285 | MOTION for Extension of Time to December 12, 2025 to File Response/Reply *to motions to intervene and unseal documents* by Department of Homeland Security, Department of State, Todd Lyons, Marco Rubio, Donald J. Trump, United States of America.(Kanter, Ethan) (Entered: 11/26/2025) |
| 12/03/2025 | 286 | Judge William G. Young: ELECTRONIC ORDER entered **allowed** 285 Motion for Extension of Time to File Response/Reply re 275 MOTION to Intervene *and For Access to Trial Exhibits and Provisionally Sealed Pleadings*, 283 MOTION to Intervene *and Join Boston Globe's Motion for Access to Trial Exhibits and Provisionally Sealed Pleadings* Responses due by 12/12/2025 (MAP) (Entered: 12/03/2025) |
| 12/03/2025 | 287 | ELECTRONIC NOTICE Setting Hearing on Motion 275 MOTION to Intervene *and For Access to Trial Exhibits and Provisionally Sealed Pleadings*, 283 MOTION to Intervene *and Join Boston Globe's Motion for Access to Trial Exhibits and Provisionally Sealed Pleadings* : Motion Hearing set for 12/15/2025 11:00 AM in Courtroom 18 (Remote only) before Judge William G. Young. (The motions will be heard at the same hearing as #277 Motion for Remedies against Defendants. )<br><br>This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the courtroom deputy of the session as soon as |

| | | |
|---|---|---|
| | | possible.<br><br>Audio access to the hearing may be available to the media and public. Please check the Court schedule. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html.<br><br>For questions regarding access to hearings, you may refer to the general orders and public notices of the Court available on www.mad.uscourts.gov or contact the session here.<br><br>(KB) (Entered: 12/03/2025) |
| 12/04/2025 | 288 | MOTION to Intervene *and Unseal* by Intercept Media, Inc., The Center for Investigative Reporting.(Bertsche, Robert) (Entered: 12/04/2025) |
| 12/04/2025 | 289 | MOTION to Intervene *and Unseal* by Intercept Media, Inc., The Center for Investigative Reporting.(Bertsche, Robert) (Entered: 12/04/2025) |
| 12/04/2025 | 290 | MEMORANDUM in Support re 288 MOTION to Intervene *and Unseal* filed by Intercept Media, Inc., The Center for Investigative Reporting. (Bertsche, Robert) (Entered: 12/04/2025) |
| 12/04/2025 | 291 | CORPORATE DISCLOSURE STATEMENT by Intercept Media, Inc., The Center for Investigative Reporting. (Bertsche, Robert) (Entered: 12/04/2025) |
| 12/04/2025 | 292 | MOTION for Leave to Appear Pro Hac Vice for admission of Renee M. Griffin Filing fee: $ 125, receipt number AMADC–11395465 by Intercept Media, Inc., The Center for Investigative Reporting.(Bertsche, Robert) (Entered: 12/04/2025) |
| 12/05/2025 | 293 | Opposition re 277 MOTION *for Remedies Against Defendants* filed by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America. (Kanter, Ethan) (Entered: 12/05/2025) |
| 12/11/2025 | 294 | NOTICE of Appearance by Jesse Busen on behalf of Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America (Busen, Jesse) (Entered: 12/11/2025) |
| 12/11/2025 | 295 | ELECTRONIC NOTICE Cancelling Hearing. The Motion Hearing set for 12/15/2025 is cancelled and will be rescheduled at a date to be determined. (KB) (Entered: 12/11/2025) |
| 12/12/2025 | 296 | RESPONSE to Motion re 275 MOTION to Intervene *and For Access to Trial Exhibits and Provisionally Sealed Pleadings*, 283 MOTION to Intervene *and Join Boston Globe's Motion for Access to Trial Exhibits and Provisionally Sealed Pleadings*, 289 MOTION to Intervene *and Unseal*, 288 MOTION to Intervene *and Unseal* filed by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America. (Busen, Jesse) (Entered: 12/12/2025) |
| 12/15/2025 | 297 | ELECTRONIC NOTICE Resetting Hearing on Motions: 288 MOTION to Intervene *and Unseal*, 275 MOTION to Intervene *and For Access to Trial Exhibits and Provisionally Sealed Pleadings*, 289 MOTION to Intervene *and Unseal*, 277 MOTION *for Remedies Against Defendants*, 283 MOTION to Intervene *and Join Boston Globe's Motion for Access to Trial Exhibits and Provisionally Sealed Pleadings* : Motion Hearing set for 1/5/2026 02:00 PM in Courtroom 18 (In person with remote access provided) before Judge William G. Young. **This Hearing will occur in person with remote access provided to the public and media.** |

| | | |
|---|---|---|
| | | Audio access to the hearing may be available to the media and public. Please check the Court schedule. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html.<br><br>For questions regarding access to hearings, you may refer to the general orders and public notices of the Court available on www.mad.uscourts.gov or contact the session here.<br><br>(KB) (Entered: 12/15/2025) |
| 12/16/2025 | 298 | MOTION to Continue Hearing on Plaintiffs Motion for Remedies Against Defendants to January 14, 15, or 16, 2026 by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors–Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors–American Federation of Teachers. (Attachments: # 1 Proposed Order)(Krishnan, Ramya) (Entered: 12/16/2025) |
| 12/17/2025 | 299 | Judge William G. Young: ELECTRONIC ORDER entered **granting** 298 MOTION to Continue Hearing on Plaintiffs Motion for Remedies Against Defendants to January 14, 15, or 16, 2026 by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors–Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors–American Federation of Teachers. (KB) (Entered: 12/17/2025) |
| 12/17/2025 | 300 | ELECTRONIC NOTICE Resetting Hearing on Motions. Motion Hearing originally set for 1/5/2026 is rescheduled to 1/15/2026 02:30 PM in Courtroom 18 (In person with remote access provided) before Judge William G. Young. **This Hearing will occur in person with remote access provided to the public and media.**<br>Audio access to the hearing may be available to the media and public. Please check the Court schedule. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html.<br>For questions regarding access to hearings, you may refer to the general orders and public notices of the Court available on www.mad.uscourts.gov or contact the session here.(KB) (Entered: 12/17/2025) |
| 12/19/2025 | 301 | NOTICE of Withdrawal of Appearance by Julia Lum (Lum, Julia) (Entered: 12/19/2025) |
| 12/19/2025 | 302 | MOTION for Leave to File *Reply Brief in Support of Motion to Intervene and Unseal* by Intercept Media, Inc., The Center for Investigative Reporting.(Bertsche, Robert) (Entered: 12/19/2025) |
| 12/19/2025 | 303 | REPLY to Response to 302 MOTION for Leave to File *Reply Brief in Support of Motion to Intervene and Unseal*, 289 MOTION to Intervene *and Unseal* filed by Intercept Media, Inc., The Center for Investigative Reporting. (Bertsche, Robert) (Entered: 12/19/2025) |
| 01/07/2026 | 304 | MOTION to Withdraw as Attorney by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America.(Kanellis, William) (Entered: 01/07/2026) |
| 01/14/2026 | 305 | NOTICE of Appearance by Lindsay M Murphy on behalf of Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America (Murphy, Lindsay) (Entered: 01/14/2026) |
| 01/15/2026 | 306 | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Motion Hearing held on 1/15/2026. Court hears argument on # 277 MOTION for Remedies Against |

| | | |
|---|---|---|
| | | Defendants. Court addresses the parties and makes ruling. Plaintiffs to submit proposed judgment as discussed by the Court by noon Tuesday, 1/20/2026. Government to file any objection by noon Wednesday, 1/21/2026. The Court intends to enter the judgment on Thursday 1/22/2026. Government may make redactions as discussed by Thursday, 1/22/2026. Court hears argument on # 275 MOTION to Intervene and For Access to Trial Exhibits and Provisionally Sealed Pleadings by Boston Globe Media Partners, LLC, # 283 MOTION to Intervene and Join Boston Globe's Motion for Access to Trial Exhibits and Provisionally Sealed Pleadings by The New York Times Company, # 288 MOTION to Intervene and Unseal by Intercept Media, Inc., The Center for Investigative Reporting, # 289 MOTION to Intervene and Unseal by Intercept Media, Inc., The Center for Investigative Reporting. Defendants ask for stay of release of documents until an appeal can be sought. Court declines to enter stay. Court allows # 275 , # 283 , # 288 and # 289 Motions to intervene. Present sealing of documents to remain in effect. The Court intends to release all documents when judgment enters. Court allows # 304 MOTION to Withdraw as Attorney. (Court Reporter: Richard Romanow at rhr3tubas@aol.com.)(Attorneys present: Alexander Abdo, Noam Biale, Alexandra Conlon, Ramya Krishnan, Jameel Jaffer, Scott Wilkens, Xiangnong Wang for the plaintiffs and Ethan Kanter, Lindsay Murphy, Paul Stone, Victoria Santora and Jessica Strokus, for the defendants and Samuel Thomas and Renee Griffin for intervenors ) (KB) Modified on 1/21/2026 to correct date (KB). (Entered: 01/16/2026) |
| 01/15/2026 | 307 | Judge William G. Young: ELECTRONIC ORDER entered granting 292 Motion for Leave to Appear Pro Hac Vice Added Renee M. Griffin.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(KB) (Entered: 01/16/2026) |
| 01/20/2026 | 308 | NOTICE by American Association of University Professors, American Association of University Professors at New York University, American Association of University Professors-Harvard Faculty Chapter, Middle East Studies Association, Rutgers American Association of University Professors-American Federation of Teachers (Attachments: # 1 Proposed Judgment as Discussed by the Court)(Krishnan, Ramya) (Entered: 01/20/2026) |
| 01/21/2026 | 309 | Response to Plaintiffs' Notice Concerning Proposed Remedies by Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America (Kanter, Ethan) Modified on 1/22/2026 (MAP). (Additional attachment(s) added on 1/22/2026: # 1 Exhibit A) (MAP). (Main Document 309 replaced on 1/22/2026) (MAP). (Entered: 01/21/2026) |
| 01/21/2026 | 310 | Transcript of Remedies Hearing held on January 15, 2026, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Richard Romanow at rhr3tubas@aol.com. Redaction Request due 2/11/2026. Redacted Transcript Deadline set for 2/23/2026. Release of Transcript Restriction set for |

| | | |
|---|---|---|
| | | 4/21/2026. (DRK) (Entered: 01/21/2026) |
| 01/21/2026 | 311 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above−captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at https://www.mad.uscourts.gov/caseinfo/transcripts.htm (DRK) (Entered: 01/21/2026) |
| 01/22/2026 | 312 | Judge William G. Young: ELECTRONIC ORDER entered finding as moot 270 MOTION to Intervene by Joshua Hall; denying 270 Motion to Disqualify Judge by Joshua Hall; terminating 302 Motion for Leave to File Document ; denying 105 Motion to Seal. ; terminating 152 Motion for Reconsideration ; terminating 154 Motion in Limine; terminating 161 Motion to Correct; terminating 168 Motion to Seal. ; terminating 171 Motion for Leave to File Document ; terminating 195 Motion to Compel; terminating 197 Motion for Leave to File Document ; terminating 211 Motion to Compel; terminating 256 Motion to Strike ; denying as moot 264 Motion to Intervene by K.L. Smith. (KB) (Entered: 01/22/2026) |
| 01/22/2026 | 313 | Judge William G. Young: ORDER entered. ANNOTATED JUDGMENT (KB) (Entered: 01/22/2026) |
| 01/22/2026 | 314 | Judge William G. Young: ORDER entered. MEMORANDUM AND ORDER(KB) (Entered: 01/22/2026) |
| 01/22/2026 | 315 | TRIAL EXHIBITS (Main Document: Exhibits 1−29, Attachments: # 1 Exhibits 30−45, # 2 Exhibits 46−52, # 3 Exhibits 53−64, # 4 Exhibits 65−68, # 5 Exhibits 69−83, # 6 Exhibits 94−132, # 7 Exhibits 133−168, # 8 Exhibits 169−178, # 9 Exhibits 179−193, # 10 Exhibits 194, # 11 Exhibits 195−204, # 12 Exhibits 205−218, # 13 Exhibits 219−231, # 14 Exhibits 223−231, # 15 Exhibits 232−236, # 16 Exhibits 237−241, # 17 Exhibits 242−246, # 18 Exhibits 247−250, # 19 Exhibit HO)(KB) (Entered: 01/22/2026) |
| 02/09/2026 | 316 | NOTICE OF APPEAL as to 313 Judgment by Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America. Fee Status: US Government. <br><br> NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf.** US District Court Clerk to deliver official record to Court of Appeals by 3/2/2026. (Kanter, Ethan) (Entered: 02/09/2026) |
| 02/09/2026 | 317 | MOTION to Stay *Pending Appeal* by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America. (Attachments: # 1 Exhibit Agudelo Declaration)(Kanter, Ethan) (Entered: 02/09/2026) |
| 02/09/2026 | 318 | NOTICE OF APPEAL as to 313 Judgment by Department of Homeland Security, Department of State, Todd Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States of America. Fee Status: US Government. <br><br> NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf.** US District |

| | | **Court Clerk to deliver official record to Court of Appeals by 3/2/2026. (Kanter, Ethan) (Entered: 02/09/2026)** |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                    )
AMERICAN ASSOCIATION OF             )
UNIVERSITY PROFESSORS,              )
AMERICAN ASSOCIATION OF             )
UNIVERSITY PROFESSORS -- HARVARD    )
FACULTY CHAPTER,                    )
AMERICAN ASSOCIATION OF             )
UNIVERSITY PROFESSORS AT NEW        )
YORK UNIVERSITY,                    )
RUTGERS AMERICAN ASSOCIATION OF     )
UNIVERSITY PROFESSORS-AMERICAN      )
FEDERATION OF TEACHERS, and         )    CIVIL ACTION NO.
MIDDLE EAST STUDIES ASSOCIATION,    )    25-10685-WGY
                                    )
          Plaintiffs,               )
               v.                   )
                                    )
MARCO RUBIO, in his official        )
capacity as Secretary of State,     )
and the DEPARTMENT OF STATE,        )
KRISTI NOEM, in her official        )
capacity as Secretary of Homeland   )
Security, and the                   )
DEPARTMENT OF HOMELAND SECURITY,    )
TODD LYONS, in his official         )
capacity as Acting Director of      )
U.S. Immigration and                )
Customs Enforcement,                )
DONALD J. TRUMP, in his official    )
Capacity as President of            )
the United States, and              )
UNITED STATES OF AMERICA,           )
                                    )
          Defendants.               )
                                    )
```

YOUNG, D.J.                                    January 22, 2026

### ANNOTATED JUDGMENT

This Court, upon a full hearing and nine-day bench trial,

ECF Nos. 231-248, entry of findings of facts and rulings of law,

American Ass'n of Univ. Professors v. Rubio, 802 F. Supp. 3d 120
(D. Mass. 2025)("AAUP"), and a hearing on the appropriate
remedy, ECF Nos. 306, 310, hereby **ORDERS, ADJUDGES, and DECREES:**

### I.   Judgment

Judgment shall enter in favor of the Plaintiffs against the
Defendants on Counts I and IV of the Complaint as follows:

### II.   Declaration of Rights

This Court ruled that the Plaintiffs American Association
of University Professors ("AAUP") and their associate chapters,
and the Middle East Studies Association ("MESA") "have shown by
clear and convincing evidence that Secretaries Noem and Rubio
have intentionally and in concert implemented Executive Orders
in 14161 and 14188 a viewpoint-discriminatory way to chill
protected speech" that "violated the First Amendment." AAUP,
802 F. Supp. 3d at 175.  Further, "the Public Officials' threats
to continue detaining, deporting, and revoking visas based on
political speech serves as circumstantial evidence that such
enforcement exists, is viewpoint discriminatory, and has
objectively chilled the Plaintiffs' speech." Id.  The
"enforcement policy also violates the APA because, for the same
reasons, it is contrary to constitutional right.  It is also
arbitrary or capricious because it reverses prior policy without
reasoned explanation or consideration of reliance interests, and
is based on statutes that have never been used in this way."

[2]

Id.  Indeed, "[t]his Court credits the testimony of AAUP and MESA members that the enforcement policy . . . objectively chills their speech."  Id. at 179.  The Court therefore declares, for the reasons set forth in its findings, that that the "enforcement policy" and its implementation: (1) violates the First Amendment right of freedom of speech set out in the Constitution of the United States, and (2) the Administrative Procedure Act.

### III. Order of Vacatur

Pursuant to 5 U.S.C. § 706(2), the Court declares that the Public Officials' enforcement policy and the implementation thereof as set forth in the findings is **OF NO EFFECT, VOID, ILLEGAL, SET ASIDE, AND VACATED.**[1]

### IV.  Sanction

In view of the concerted action of the highest Cabinet Officials of the Executive Branch deliberately to violate the First Amendment right of Free Speech of the Plaintiffs' non-

---

[1] In Trump v. CASA, Inc., the Supreme Court expressly did not decide "the distinct question whether the Administrative Procedure Act authorizes federal courts to vacate federal agency action."  145 S. Ct. 2540, 2554 n.10 (2025).  Since CASA, courts have held that vacatur is an available remedy, distinct from injunctive relief.  See Ass'n of Am. Universities v. Dep't of Def., No. CV 25-11740-BEM, 2025 WL 2899765, at *27 (D. Mass. Oct. 10, 2025) (Murphy, J.); Make the Rd. New York v. Noem, No. 25-5320, 2025 WL 3563313, at *17 (D.C. Cir. Nov. 22, 2025) ("When an agency's action is unlawful, vacatur is the normal remedy.") (quoting Bridgeport Hosp. v. Becerra, 108 F.4th 882, 890 (D.C. Cir. 2024)).

citizen members, the Court, pursuant to its broad equitable powers of remediation, imposes the following remedial sanction to protect certain of the Plaintiffs' non-citizen members from any retribution for the free exercise of their constitutional rights.

A. Any non-citizen member of the plaintiffs AAUP or MESA, who was a member on or after **March 25, 2025** and continued as a member through **September 30, 2025** ("Sanction Plaintiff")[2], shall have a right to institute a proceeding ("Sanction Action") in the United States District Court in which the Sanction Plaintiff resided at the time such Sanction Plaintiff suffered an adverse

---

[2] Relief is limited pursuant to CASA to these Sanction Plaintiffs as they constitute the group within the plaintiff organizations who both had the courage to stand as part of such organizations' legal action and suffered the constitutional deprivation. See CASA, 145 S. Ct. at 2557. The actual effect of the Public Officials' unconstitutional misconduct is, of course, much broader. See Stanford Daily Publishing Corporation v. Rubio, No. 25-CV-06618-NW, 2026 WL 125241, at *3 (N.D. Cal. Jan. 16, 2026) (Wise, J.) (denying motion to dismiss similar claims as those made by non-citizen members in this action); Note, CASA's Complete Relief Paradox, 139 Harv. L. Rev. 646, 668 (2025) ("The nature of the right does not warrant nonparty **relief** even if it allows nonparty benefits); Lincoln Caplan, The Kingmaker?, Havard Magazine, Nov.-Dec. 2025) 21, 29, 70 (quoting Jackson, J. concurring in Youngstown Sheet & Tube Co. v. Sawyer, 343 U.S. 579, 655 (1952) ("With all its defects, delays and inconveniences, men have discovered no technique for long preserving free government except that the Executive be under the law, and that the law be made by parliamentary deliberations. Such institutions may be destined to pass away. But it is the duty of the Court to be last, not first, to give them up.")).

[4]

immigration action changing such Sanction Plaintiff's immigration status from what it was on January 20, 2025.[3]

B. In such action, the Sanction Plaintiff shall prove by a fair preponderance of the evidence that said Sanction Plaintiff was a member of AAUP or MESA as set forth above in par. IV.A. Upon such proof, it shall be presumed that the alteration in immigration status is in retribution for the exercise during the course of the present case of their First Amendment rights.

C. Such proof is conclusive and voids the alteration in immigration status unless the government proves[4] by clear and convincing evidence that:

---

[3] See Appendix for illustrative potential examples.
[4] In light of the Defendants' intentional abridgement of Constitutional rights, this Court advises that the government ought not avail itself of the Deliberative Process Privilege as to such alteration of immigration status prior to the commencement of the Sanction Action. The reason for such advice is that, upon reflection, this Court gave the Defendants far too much latitude in asserting such privilege throughout the course of the trial herein, in derogation of the truth. The Government Misconduct exception to the Deliberative Process Privilege should thus be presumed. See Texaco Puerto Rico, Inc. v. Dep't of Consumer Affs., 60 F.3d 867, 885 (1st Cir. 1995) ("The [deliberative process] privilege 'is a qualified one,' FTC v. Warner Communications Inc., 742 F.2d 1156, 1161 (9th Cir.1984), and 'is not absolute.' First Eastern Corp. v. Mainwaring, 21 F.3d 465, 468 n. 5 (D.C. Cir. 1994"); Edward J. Imwinkelried, The Government Misconduct Exception to the Deliberative Process Privilege, 65 S.D. L. REV. 76, 90 (2020).

[5]

1. the Sanction Plaintiff's immigration status has expired by its own terms or any expansion thereof;

2. the Sanction Plaintiff was convicted after September 30, 2025[5] of **any** crime as to which trial by jury was their right under federal or state law; or

3. there is an **APPROPRIATE** reason under governing immigration law that the Sanction Plaintiff's immigration status should be altered.[6]

D. Upon the moment of commencement of any Sanction Action by the filing a complaint, the Sanction Plaintiff's removal from the United States is automatically **STAYED** during the pendency of the Sanction Action. The United States bears the burden

---

[5] This limitation is necessary to avoid vindictive evasion of this judgment by dredging up some by gone conviction in retribution for participation in the present action.

[6] "Appropriate" in this context is intended to guarantee, for example, the Sanction Plaintiff's ability to challenge the constitutionality of such governing immigration law. See, e.g., Khalil v. Trump, 786 F. Supp. 3d 871 (D.N.J. 2025), rev'd on other grounds Khalil v. President, No. 25-2162, 2026 WL 111933 (3d Cir. Jan. 15, 2026). See also Michael Kagan, When Immigrants Speak: The Precarious Status of Non-Citizen Speech Under the First Amendment, 57 B.C. L. Rev. 1237, 1284 (2016); Gregory P. Magarian, Centering Noncitizens' Free Speech, 56 Ga. L. Rev. 1563, 1590 (2022); Katherine Shaw, Beyond the Bully Pulpit: Presidential Speech in the Courts, 96 Tex. L. Rev. 71, 138 (2017)("[W]here the conduct in question is executive action, statements by executive branch officials supply the most relevant evidence of intent"); Note, Protecting Noncitizens Liberty When the Executive Seeks to Punish, 139 Harv. L. Rev. 799 (2026).

affirmatively to ascertain and determine whether such person has

filed a Sanction Action in the United States District Courts.[7]

E.    The Court recommends that an advisory jury be

empaneled to assist the court in deciding factual issues.[8]

### V.    Jurisdiction

The Court retains jurisdiction to enforce or modify this

Annotated Judgment.  The Court shall not retain jurisdiction

over any Sanction Action, should any there be, which shall be

subject to the jurisdiction of the appropriate United States

District Judge presiding in such Sanction Action.


**SO ORDERED.**

---

[7]    The reason for this burden-shift is to prevent the
apparent present practice of whisking non-citizens out of the
district to avoid jurisdiction.  The burden is minimal: all the
United States need do is check the Sanction Plaintiff's name on
PACER in the district of residence to determine whether a
Sanction Action has been filed.
    This stay is akin to those temporary stays presently in
effect in many district courts.  See, e.g., United States v.
Russell, 797 F. Supp. 3d 552 (D. Md. 2025).  It in no way
derogates from the precedential effect of Khalil v. President,
No. 25-2162, 2026 WL 111933 (3d Cir. Jan. 15, 2026) within the
Third Circuit, as it has no bearing on administrative
immigration proceedings.
[8]    The moral effect of a jury verdict cannot be overstated.
The American Jury is the most robust and vital expression of
direct democracy extent in the world today.  The people's
participation in this act of government is long overdue.

[7]

> **Freedom is a fragile thing and it's**
> **never more than one generation**
> **away from extinction.  It is not**
> **ours by way of inheritance; it must**
> **be fought for and defended**
> **in every generation, for it comes**
> **only once to a people.[9]**

President Ronald Reagan, Inaugural Address as Governor of the

State of California (January 5, 1967).


_William G. Young_
WILLIAM G. YOUNG
JUDGE
of the
UNITED STATES[10]

---

[9] https://www.reaganlibrary.gov/archives/speech/january-5-1967-inaugural-address-public-ceremony.

[10] This is how my predecessor, Peleg Sprague (D. Mass. 1841-1865), would sign official documents.  Now that I'm a Senior District Judge I adopt this format in honor of all the judicial colleagues, state and federal, with whom I have had the privilege to serve over the past 47 years.

[8]

## APPENDIX

I have two hypotheticals here. And you'll understand now these are hypotheticals. I am going to make reference to real-life events, but they are not of record in this case, and I personally don't know and I'm expressing no opinion on any of that.

[L]et's say people resident in the United States, noncitizens from Venezuela, have temporary protected status. And I don't know that. But let's say the President were to revoke that temporary protected status. And that one of these Venezuelans is a member of -- because they're a teaching assistant or a graduate student, they're a member of the American Association of University Professors, within the appropriate time period, and she says, "Wait a minute, I'm in this class, you can't revoke it." And then the government -- and neither of the other two [exemptions] apply, her visa is perfectly valid, she hasn't been convicted of any crime, and . . . the government says, "No, come on, that's ridiculous."

Now Venezuela has nothing to do with the events that gave rise to this lawsuit . . . But the government's got to prove it [i.e. that the Presidential action in no way constituted retribution]. And that's part of the sanction.

[9]

Let me give you another situation closer to our case or I think harder for the government to prove.

I read somewhere . . . in the wake of the tragic and horrific assassination of Charlie Kirk, that because certain noncitizens said something about that event, the Department of State had something to say about their visas. And I remembered, when I saw that, I said, "Well that's our case."

So what are they doing? If it's just speech -- it may be repulsive speech or disgusting speech, but if it's just speech. Well the Department of State can't do that. And again this is a hypothetical. [B]ut let's say that happened, we'll assume that happened. And then the person comes in and says, "I'm a member of this class, you can't do that to me."

Well again, the government's going to have to prove that their reason was not in fact in retribution . . . and in addition, my second, that it's an appropriate exercise of governmental power.

AAUP v. Rubio, No. 25-10685 WGY (D. Mass. January 15, 2026), Transcript of hearing on remedy 17-19, ECF No. 310.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

AMERICAN ASSOCIATIONS OF
UNIVERSITY PROFESSORS, ET AL.,

*Plaintiffs*,

v.

No. 1:25-cv-10685-WGY

MARCO RUBIO, in his official capacity as
Secretary of State, and the DEPARTMENT OF
STATE, ET AL.,

*Defendants*.

---

## NOTICE OF APPEAL

Notice is hereby given that all Defendants in the above-named matter hereby appeal to the United States Court of Appeals for the First Circuit from the Final Judgment entered in this action on January 22, 2026. ECF No. 313.

Respectfully Submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

*Ethan B. Kanter*
ETHAN B. KANTER
*Chief, National Security Unit*
*Office of Immigration Litigation*
*Civil Division, U.S. Department of Justice*
*P.O. Box 878, Ben Franklin Station*
*Washington, D.C. 20001*

PAUL F. STONE
*Deputy Chief, National Security Unit*
*Office of Immigration Litigation*

LINDSAY M. MURPHY
*Deputy Chief, National Security Unit*
*Office of Immigration Litigation*

Dated:  February 9, 2026

*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document was filed through the ECF system and will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing.


Date:  February 9, 2026                          By: *Ethan B. Kanter*
                                                 ETHAN B. KANTER
                                                 *Chief, National Security Unit*
                                                 *Office of Immigration Litigation*
                                                 *Civil Division, U.S. Department of Justice*
                                                 *P.O. Box 878, Ben Franklin Station*
                                                 *Washington, D.C. 20001*