# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

No. 26-1141     **Short Title:** American Association of University Professors, et al v. Rubio, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*: MARCO RUBIO, in the official capacity as Secretary of State Defendant - Appellant (addl. sheet)   as the

[✓] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

[ ] The party I represented below is not a party to the appeal and I wish to be removed from the service list.  Please list the names of all parties represented:

/s/ Lindsay M. Murphy
Signature

February 19, 2026
Date

Lindsay M. Murphy
Name

USDOJ/CIVIL/Office of Immigraiton Litigation
Firm Name (if applicable)

202-616-4018
Telephone Number

PO Box 878, Ben Franklin Station
Address

202-307-8698
Fax Number

Washington, DC 20044
City, State, Zip Code

Lindsay.M.Murphy@usdoj.gov
Email (required)

Court of Appeals Bar Number: 1143606

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No.

============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**.  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must submit an application for admission with this form. 1st Cir. R. 46.0(a)(2).  Effective January 1, 2010, use of the Case Management/Electronic Case Files (CM/ECF) system is mandatory for all attorneys filing in this court.  Counsel may register at http://pacer.psc.uscourts.gov/.

## **List Of Names of All Parties Represented (Continued)**

### **Defendants**

U.S. Department of State; Kristi Noem in her official capacity; U.S. Department of Homeland Security; Todd M. Lyons, in his official capacity; Donald J. Trump, in his official capacity; the United States of America