# United States Court of Appeals
## For the First Circuit

_____

### DOCKETING STATEMENT

**No.** 26-1141          **Short Title:** AAUP v. Rubio

**Type of Action**

- [✓] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
  1. Date of entry of judgment or order appealed from January 22, 2026
  2. Date this notice of appeal filed February 9, 2026
     If cross appeal, date first notice of appeal filed _____
  3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) _____
  4. Date of entry of order deciding above post-judgment motion _____
  5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) _____
     Time extended to _____

B. Finality of Order or Judgment
  1. Is the order or judgment appealed from a final decision on the merits?  [✓] Yes   [ ] No
  2. If no,
     a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?   [ ] Yes   [✓] No
        If yes, explain _____
     b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?   [ ] Yes   [✓] No
        If yes, explain _____

C. Has this case previously been appealed?  [✓] Yes   [ ] No
   If yes, give the case name, docket number and disposition of each prior appeal
   Mandamus petition filed 7/10/25, No. 25-1658, denied on 7/18/25

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?   [ ] Yes   [✓] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes  ☐ No
   If yes, is a transcript necessary for this appeal? ☑ Yes  ☐ No
   If yes, is transcript already on file with district court? ☑ Yes  ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party American Association of University Professors
      Attorney Ramya Krishnan, Knight First Amendment Institute at Columbia University
      Address 475 Riverside Drive, Suite 302, New York, NY 10115
      Telephone 646-745-8500

   2. Adverse party American Association of University Professors-Harvard Faculty Chapter
      Attorney Ramya Krishnan, Knight First Amendment Institute at Columbia University
      Address 475 Riverside Drive, Suite 302, New York, NY 10115
      Telephone 646-745-8500

   3. Adverse party American Association of University Professors at New York University
      Attorney Ramya Krishnan, Knight First Amendment Institute at Columbia University
      Address 475 Riverside Drive, Suite 302, New York, NY 10115
      Telephone 646-745-8500

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name Marco Rubio, in his official capacity as Secretary of State
      Address P.O. Box 878, Ben Franklin Station, Washington, DC 20044
      Telephone 202-616-9123

      Attorney's name Ethan Kanter
      Firm U.S. Department of Justice, Office of Immigration Litigation
      Address P.O. Box 878, Ben Franklin Station, Washington, DC 20044
      Telephone 202-616-9123

   2. Appellant's name Department of State
      Address P.O. Box 878, Ben Franklin Station, Washington, DC 20044
      Telephone 202-616-9123

      Attorney's name Ethan Kanter
      Firm U.S. Department of Justice, Office of Immigration Litigation
      Address P.O. Box 878, Ben Franklin Station, Washington, DC 20044
      Telephone 202-616-9123

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes  ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ Ethan B. Kanter
Date  March 3, 2026

AAUP v. Rubio, No. 26-1141 – Appellants' Docketing Statement Addendum

F. (cont.)

|   |   |   |   |
|---|---|---|---|
| | 4. | Adverse party: | Rutgers American Association of University Professors-American Federation of Teachers |
| | | Attorney: | Ramya Krishnan, Knight First Amendment Institute at Columbia University |
| | | Address: | 475 Riverside Drive, Suite 302, New York, NY 10115 |
| | | Telephone: | 646-745-8500 |
| | 5. | Adverse party: | Middle East Studies Association |
| | | Attorney: | Ramya Krishnan, Knight First Amendment Institute at Columbia University |
| | | Address: | 475 Riverside Drive, Suite 302, New York, NY 10115 |
| | | Telephone: | 646-745-8500 |

Additional counsel of record representing Appellees before the District Court:

Ahilan Arulanantham
American Civil Liberties Union
of Southern California
1313 West 8th Street
Los Angeles, CA 90017
213-977-5211

Alexander Abdo
Knight First Amendment Institute
at Columbia University
475 Riverside Drive, Ste 302
New York, NY 10115
646-745-8502

Michael Tremonte
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, NY 10004
212-202-2603

Alexandra Conlon
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, NY 10004
212-202-2600

Noam Biale
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, NY 10004
212-202-2600

Caroline DeCell
Knight First Amendment Institute
at Columbia University
475 Riverside Drive, Ste 302
New York, NY 10115
646-745-8500

AAUP v. Rubio, No. 26-1141 – Appellants' Docketing Statement Addendum

Courtney Gans
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, NY 10004
212-540-0675

David Jacob Zimmer
Zimmer, Citron & Clarke LLP
130 Bishop Allen Dr.
Cambridge, MA 02139
617-676-9421

Edwina Bullard Clarke
Zimmer, Citron & Clarke LLP
130 Bishop Allen Drive
Cambridge, MA 02139
518-637-1311

Jameel Jaffer
Knight First Amendment Institute
at Columbia University
475 Riverside Drive, Ste 302
New York, NY 10115
646-745-8503

Raya Koreh
Knight First Amendment Institute
at Columbia University
475 Riverside Drive, Ste 302
New York, NY 10115
646-745-8500

Scott B. Wilkens
Knight First Amendment Institute
at Columbia University
475 Riverside Drive, Ste 302
New York, NY 10115
646-745-8500

Stephany Kim
Knight First Amendment Institute
at Columbia University
475 Riverside Drive, Ste 302
New York, NY 10115
646-745-8500

Xiangnong Wang
Knight First Amendment Institute
at Columbia University
475 Riverside Drive, Ste 302
New York, NY 10115
503-206-2936

G. (cont.)

    3.     Appellant's name: Kristi Noem, in her official capacity as Secretary of Homeland Security
             Attorney's name: Ethan B. Kanter
             Firm: U.S. Department of Justice, Office of Immigration Litigation
             Address: P.O. Box 878, Ben Franklin Station, Washington, DC 20044
             Telephone: (202) 616-9123

    4.     Appellant's name: Department of Homeland Security
             Attorney's name: Ethan B. Kanter
             Firm: U.S. Department of Justice, Office of Immigration Litigation
             Address: P.O. Box 878, Ben Franklin Station, Washington, DC 20044
             Telephone: (202) 616-9123

    5.     Appellant's name: Todd Lyons, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement
             Attorney's name: Ethan B. Kanter
             Firm: U.S. Department of Justice, Office of Immigration Litigation
             Address: P.O. Box 878, Ben Franklin Station, Washington, DC 20044
             Telephone: (202) 616-9123

    6.     Appellant's name: Donald J. Trump, in his official capacity as President of the United States
             Attorney's name: Ethan B. Kanter
             Firm: U.S. Department of Justice, Office of Immigration Litigation
             Address: P.O. Box 878, Ben Franklin Station, Washington, DC 20044
             Telephone: (202) 616-9123

AAUP v. Rubio, No. 26-1141 – Appellants' Docketing Statement Addendum

|   |   |   |
|---|---|---|
| 7. | Appellant's name: | United States of America |
|    | Attorney's name: | Ethan B. Kanter |
|    | Firm: | U.S. Department of Justice, Office of Immigration Litigation |
|    | Address: | P.O. Box 878, Ben Franklin Station, Washington, DC 20044 |
|    | Telephone: | (202) 616-9123 |

Additional government counsel representing all Appellants:

|   |   |
|---|---|
| Attorney's name: | Paul F. Stone |
| Firm: | U.S. Department of Justice, Office of Immigration Litigation |
| Address: | P.O. Box 878, Ben Franklin Station, Washington, DC 20044 |
| Telephone: | (202) 405-9647 |

| | |
|---|---|
| Attorney's name: | Lindsay M. Murphy |
| Firm: | U.S. Department of Justice, Office of Immigration Litigation |
| Address: | P.O. Box 878, Ben Franklin Station, Washington, DC 20044 |
| Telephone: | (202) 616-4018 |

| | |
|---|---|
| Attorney's name: | Victoria Santora |
| Firm: | U.S. Department of Justice, Office of Immigration Litigation |
| Address: | P.O. Box 878, Ben Franklin Station, Washington, DC 20044 |
| Telephone: | (202) 532-5561 |

| | |
|---|---|
| Attorney's name: | Jessica Strokus |
| Firm: | U.S. Department of Justice, Office of Immigration Litigation |
| Address: | P.O. Box 878, Ben Franklin Station, Washington, DC 20044 |
| Telephone: | (202) 616-8779 |

AAUP v. Rubio, No. 26-1141 – Appellants' Docketing Statement Addendum

|  |  |
|---|---|
| Attorney's name: | Nancy Safavi |
| Firm: | U.S. Department of Justice, Office of Immigration Litigation |
| Address: | P.O. Box 878, Ben Franklin Station, Washington, DC 20044 |
| Telephone: | (202) 514-9875 |

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2026, I electronically filed the foregoing Docketing Statement via the CM/ECF system for the U.S. Court of Appeals for the First Circuit. I further certify that counsel for all parties are registered with the Court's CM/ECF system and service will be accomplished by that system.

*Date: March 3, 2026*                                   By: */s/ Ethan B. Kanter*
                                                        ETHAN B. KANTER
                                                        U.S. Department of Justice