# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name  American Association of University Professors, et al. v. Marco Rubio, et al.
District Court Case No.  25-10685-WGY      District of Massachusetts
Date Notice of Appeal filed  2/9/2026      Court of Appeals Case No.  26-1141
Form filed on behalf of  Marco Rubio, et al. (Appellants)

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal  _____
Transcript Already Filed in District Court.  List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary)  ECF 75, 4/23/25, Prelim. Injunction/Mot. to Dismiss Hearing; ECF 87, 5/6/25, Case Management Conference  (see attachment for full list of transcripts already filed with the District Court)

## TRANSCRIPT ORDER

Name of Court Reporter  _____
Phone Number of Reporter  _____

A. _____ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

PROCEEDING(S) | HEARING DATE(S)
--- | ---
☐ Jury Voir Dire | 
☐ Opening Statement (plaintiff) | 
☐ Opening Statement (defendant) | 
☐ Trial | 
☐ Closing Argument (plaintiff) | 
☐ Closing Argument (defendant) | 
☐ Findings of Fact/Conclusions of Law | 
☐ Jury Instructions | 
☐ Change of Plea | 
☐ Sentencing | 
☐ Bail hearing | 
☐ Pretrial proceedings (specify) _____ | 
☐ Testimony (specify) _____ | 
☐ Other (specify) _____ | 

NOTE:  Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. _____ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☐ Private funds.
☐ Government expense (civil case).  IFP status has been granted and a motion for transcript at government expense has been allowed.  (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act.  A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act.  A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name  Ethan Kanter      Filer's Signature  /s/ Ethan Kanter
Firm/Address  Office of Immigration Litigation, PO Box 878, Ben Franklin Stations, Washington, DC 20044      Filer's Email address  Ethan.Kanter@usdoj.gov
Telephone number  (202) 616-9123      Date mailed to court reporter  _____

(Court Reporter Use ONLY) Date received  _____

Form CA1-10 (6/09/09)                                                    SEE INSTRUCTIONS ON REVERSE

AAUP v. Rubio, No. 26-1141 – Appellants' Transcript Report Addendum

**List of Transcripts Already Filed in District Court:**

| Docket Entry | Date | Proceeding |
|---|---|---|
| ECF 75 | 4/23/25 | Prelim. Injunction/Mot. to Dismiss Hearing |
| ECF 87 | 5/6/25 | Case Management Conference |
| ECF 102 | 5/22/25 | Status Conference |
| ECF 115 | 6/2/25 | Protective Order Motion Hearing |
| ECF 165 | 6/26/25 | Final Pretrial Conference |
| ECF 231 | 7/7/25 | Bench Trial Day 1, Volume I |
| ECF 232 | 7/7/25 | Bench Trial Day 1, Volume II |
| ECF 233 | 7/7/25 | Bench Trial Day 1, Volume III |
| ECF 234 | 7/8/25 | Bench Trial Day 2, Volume I |
| ECF 235 | 7/8/25 | Bench Trial Day 2, Volume II |
| ECF 236 | 7/9/25 | Bench Trial Day 3, Volume I |
| ECF 237 | 7/9/25 | Bench Trial Day 3, Volume II |
| ECF 238 | 7/10/25 | Bench Trial Day 4, Volume I |
| ECF 239 | 7/10/25 | Bench Trial Day 4, Volume II |
| ECF 240 | 7/11/25 | Bench Trial Day 5, Volume I |
| ECF 241 | 7/11/25 | Bench Trial Day 5, Volume II |
| ECF 242 | 7/14/25 | Bench Trial Day 6 |
| ECF 243 | 7/15/25 | Bench Trial Day 7, Volume I |

| ECF 244 | 7/15/25 | Bench Trial Day 7, Volume II |
| ECF 245 | 7/17/25 | Bench Trial Day 8 |
| ECF 246 | 7/18/25 | Bench Trial Day 9, Volume I |
| ECF 247 | 7/18/25 | Bench Trial Day 9, Volume II |
| ECF 248 | 7/21/25 | Bench Trial Closing Remarks |
| ECF 310 | 1/15/26 | Remedies Hearing |
| ECF 328 | 2/26/26 | Stay Motion Hearing |

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2026, I electronically filed the foregoing Transcript Report via the CM/ECF system for the U.S. Court of Appeals for the First Circuit. I further certify that counsel for all parties are registered with the Court's CM/ECF system and service will be accomplished by that system.

*Date: March 3, 2026*                              By: */s/ Ethan B. Kanter*
                                                   ETHAN B. KANTER
                                                   U.S. Department of Justice