# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 26-1141            **Short Title:** American Association of Univ.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
MARCO RUBIO, in the official capacity as Secretary of State Defendant - Appellant (addl. sheet) as the

[✓] appellant(s)         [ ] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

/s/ Nancy Safavi
Signature

03/3/26
Date

Nancy Safavi
Name

USDOJ/CIVIL/Office of Immigraiton Litigation
Firm Name (if applicable)

202-514-9875
Telephone Number

PO Box 878, Ben Franklin Station
Address

Fax Number

Washington, DC 20044
City, State, Zip Code

nancy.safavi@usdoj.gov
Email (required)

Court of Appeals Bar Number: _____

Has this case or any related case previously been on appeal?

[✓] No        [ ] Yes   Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).