# United States Court of Appeals
## For the First Circuit

_____

## NOTICE OF APPEARANCE

No. 26-1141        **Short Title:**  American Association of University Professors, et al. v. Marco Rubio, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

American Association of University Professors (continued on separate sheet)   as the

[ ] appellant(s)        [✔] appellee(s)        [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)        [ ] intervenor(s)

/s/ David Zimmer                                3/10/2026
Signature                                       Date

David Zimmer
Name

Zimmer, Citron & Clarke LLP                     617.676.9421
Firm Name (if applicable)                       Telephone Number

130 Bishop Allen Drive
Address                                         Fax Number

Cambridge, MA 02139                             david@zimmercitronclarke.com
City, State, Zip Code                           Email (required)

Court of Appeals Bar Number: 1169750

Has this case or any related case previously been on appeal?

[ ] No        [✔] Yes   Court of Appeals No. 25-1658 (Mandamus petition filed 7/10/25, denied on 7/18/25)

=================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

## LIST OF ALL PARTIES REPRESENTED (CONTINUED)

### PLAINTIFFS

American Association of University Professors-Harvard Faculty Chapter, American Association of University Professors at New York University, Middle East Studies Association, and Rutgers American Association of University Professors-American Federation of Teachers.