# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

**No.** 26-1141         **Short Title:** American Association of University Professors, et al. v. Marco Rubio, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
American Association of University Professors (continued on separate sheet) _____ as the

[  ] appellant(s)          [✔] appellee(s)          [  ] amicus curiae

[  ] petitioner(s)         [  ] respondent(s)        [  ] intervenor(s)

/s/ Noam Biale                          3/26/2026
Signature                               Date

Noam Biale
Name

Sher Tremonte LLP                       (212) 202-2600
Firm Name (if applicable)               Telephone Number

90 Broad St, 23rd Floor
Address                                 Fax Number

New York, NY 10004                      nbiale@shertremonte.com
City, State, Zip Code                   Email (required)

Court of Appeals Bar Number: 1218686

Has this case or any related case previously been on appeal?

[  ] No          [✔] Yes   Court of Appeals No. 25-1658 (Mandamus petition filed 7/10/25, denied on 7/18/25)
=================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Print          Reset

**LIST OF NAMES OF ALL PARTIES REPRESENTED (CONTINUED)**

**PLAINTIFFS**

American Association of University Professors-Harvard Faculty Chapter, American Association of University Professors at New York University, Middle East Studies Association, and Rutgers American Association of University Professors-American Federation of Teachers.