# United States Court of Appeals
## For the First Circuit

_____

## NOTICE OF APPEARANCE

**No.** 26-1141                    **Short Title:** American Association of University Professors, et al. v. Marco Rubio, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

American Association of University Professors (continued on separate sheet)                    as the

[ ] appellant(s)                [✔] appellee(s)                [ ] amicus curiae

[ ] petitioner(s)                [ ] respondent(s)                [ ] intervenor(s)

/s/ Ahilan T. Arulanantham                    3/26/2026
Signature                                           Date

Ahilan T. Arulanantham
Name

UCLA School of Law                              (310) 835-1029
Firm Name (if applicable)                     Telephone Number

385 Charles E. Young Drive East
Address                                              Fax Number

Los Angeles, CA 90095                          arulanantham@law.ucla.edu
City, State, Zip Code                           Email (required)

Court of Appeals Bar Number: 1168734

Has this case or any related case previously been on appeal?

[ ] No                [✔] Yes    Court of Appeals No. 25-1658 (Mandamus petition filed 7/10/25, denied on 7/18/25)

=================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

| Print | Reset |

**LIST OF NAMES OF ALL PARTIES REPRESENTED (CONTINUED)**

**PLAINTIFFS**

American Association of University Professors-Harvard Faculty Chapter, American Association of University Professors at New York University, Middle East Studies Association, and Rutgers American Association of University Professors-American Federation of Teachers.