# United States Court of Appeals
## For the First Circuit

─────────────────────────────

Nos. 26-1141
    26-1195

AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS - HARVARD FACULTY CHAPTER; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS AT NEW YORK UNIVERSITY; RUTGERS AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-AMERICAN FEDERATION OF TEACHERS; MIDDLE EAST STUDIES ASSOCIATION,

Plaintiffs - Appellees/Cross - Appellants,

v.

MARCO RUBIO, in the official capacity as Secretary of State; U.S. DEPARTMENT OF STATE; MARKWAYNE MULLIN, in the official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; TODD M. LYONS, in the official capacity as Acting Director of U.S. Immigration and Customs Enforcement; DONALD J. TRUMP, in the official capacity as President of the United States; UNITED STATES,

Defendants - Appellants/Cross - Appellees.

─────────────────────────────

**ORDER OF COURT**

Entered: April 7, 2026
Pursuant to 1st Cir. R. 27.0(d)

The parties have filed cross-appeals in No. 1:25-cv-10685-WGY (D. Mass.). Pursuant to Fed. R. App. P. 28.1, it is hereby ordered that the above-named defendants be deemed the appellants/cross-appellees ("appellants") and that the above-named plaintiffs be deemed the appellees/cross-appellants ("appellees"). The parties are directed to use the above caption on all future filings related to these cases.

The following is the briefing schedule for these appeals:

First Brief: Appellants Todd M. Lyons, Markwayne Mullin, Marco Rubio, Donald J. Trump, U.S. Department of State, U.S. Department of Homeland Security, and United States' principal brief and appendix are due on or before **May 18, 2026**;

Second Brief: Appellees American Association of University Professors, American Association of University Professors - Harvard Faculty Chapter, American Association of University Professors at New York University, Middle East Studies Association, and Rutgers American Association of University Professors-American Federation of Teachers' principal/response brief must be filed within 30 days of service of the first brief;

Third Brief: Appellants Todd M. Lyons, Markwayne Mullin, Marco Rubio, Donald J. Trump, U.S. Department of State, U.S. Department of Homeland Security, and United States' response/reply must be filed within 30 days of service of the second brief; and

Fourth Brief: Appellees American Association of University Professors, American Association of University Professors - Harvard Faculty Chapter, American Association of University Professors at New York University, Middle East Studies Association, and Rutgers American Association of University Professors-American Federation of Teachers' reply brief must be filed within 21 days of service of the third brief.

The attached information sheet sets forth the filing requirements for briefs filed pursuant to Fed. R. App. P. 28.1.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Ethan B. Kanter, Donald Campbell Lockhart, Jesse Lloyd Busen, Lindsay M. Murphy, Abraham R. George, Benjamin Mark Moss, Paul F. Stone, Victoria M. Santora, Jessica Danielle Strokus, Nancy Naseem Safavi, Harry Graver, Alexander Abdo, Ahilan T. Arulanantham, David Zimmer, Caroline DeCell, Edwina Bullard Clarke, Michael Tremonte, Noam Biale, Courtney Gans, Jameel Jaffer, Ramya Krishnan, Scott B. Wilkens, Xiangnong Wang, Stephany Kim, Raya Koreh, Jonathan M. Albano, David E. McCraw, Al-Amyn Sumar, Robert A. Bertsche, Renee M. Griffin, Joshua M. Daniels, Case Smith, Tasha J. Bahal, Jonathan T. Burke, David Rassoul Rangaviz, Joel Anderson Fleming, Lauren Godles Milgroom, Samuel David Thomas

# CROSS APPEALS
# INFORMATION SHEET
**Fed. R. App. P. 28.1**

| BRIEF | BRIEF COVER Fed. R. App. P. 28.1 | LENGTH LIMIT Fed. R. App. P. 28.1(e) | DUE DATE Fed. R. App. P. 28.1(f) |
|---|---|---|---|
| **First Brief**<br><br>Appellants/Cross-Appellees' PRINCIPAL BRIEF | Blue | 30 PAGES<br>*or*<br>13,000 WORDS/<br>1,300 LINES (monospaced text only) | 40 days after record is complete or date set by Clerk's Office |
| **Second Brief**<br><br>Appellees/Cross-Appellants' PRINCIPAL/RESPONSE BRIEF | Red | 35 PAGES<br>*or*<br>15,300 WORDS/<br>1,500 LINES (monospaced text only) | 30 days later |
| **Third Brief**<br><br>Appellants/Cross-Appellees' RESPONSE/REPLY BRIEF | Yellow | 30 PAGES<br>or<br>13,000 WORDS/<br>1,300 LINES (monospaced text only) | 30 days later |
| **Fourth Brief**<br><br>Appellees/Cross-Appellants' REPLY BRIEF | Grey | 15 PAGES<br>*Or*<br>6,500 WORDS/<br>650 LINES (monospaced text only) | 21 days later |