**Nos. 26-1141 & 26-1195**

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**

---

AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, *ET AL.*,

**Plaintiffs - Appellees,**

**v.**

MARCO RUBIO, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE, *ET AL*,

**Defendants – Appellants.**

---

**MOTION FOR LEAVE TO WITHDRAW THE APPEARANCE OF
COUNSEL**

---

Under Circuit Rule 12.0(b), Defendants-Appellants move for leave to withdraw the appearance of attorney Ethan B. Kanter. Defendants-Appellants request that the Court list current counsel of record Paul F. Stone as the lead attorney for Defendants-Appellants in this case.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General
Civil Division

PAUL F. STONE
Deputy Chief, National Security Unit
Office of Immigration Litigation


April 28, 2026

/s/ Ethan B. Kanter
ETHAN B. KANTER
Chief, National Security Unit
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-7205


Attorneys for Respondent

## **CERTIFICATE OF COMPLIANCE**

As required by Fed. R. App. P. 32(g)(1), I certify that this motion meets the requirements of Fed. R. App. P. 27(d)(2)(A) in that contains 33 words, and therefore, no more than 5,200 words.  I also certify that as required by Fed. R. App. P. 32(c)(1), the format of this motion meets the requirements of Fed. R. App. P. 27(d)(1), as it is proportionately spaced and has a typeface of 14-point Times Roman.

> *s/ Ethan B. Kanter*
> ETHAN B. KANTER
> Chief, National Security Unit
> Office of Immigration Litigation
> Civil Division, U.S. Dept. Of Justice
> P.O. Box 878, Ben Franklin Station
> Washington, D.C. 20044

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2026, I electronically filed the

foregoing with the Clerk of Court for the United States Court of Appeals for the First

Circuit by using the appellate CM/ECF system. Participants in the case who are

registered CM/ECF users will be served by the appellate CM/ECF system.

*s/ Ethan B. Kanter*
ETHAN B. KANTER
Chief, National Security Unit
Office of Immigration Litigation
Civil Division, U.S. Dept. Of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044