Nos. 26-1141 & 26-1195

# In the United States Court of Appeals for the First Circuit

AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, *ET AL.*,

*Plaintiffs - Appellees,*

v.

MARCO RUBIO, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE, *ET AL.*,

*Defendants - Appellants.*

*On Appeal from the U.S. District Court
for the District of Massachusetts
Docket No. 1:25-cv-10685-WGY*

## OPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE PRINCIPAL BRIEF

Appellants, through undersigned counsel, respectfully move the Court for a 30-day extension of time in which to file the government's principal brief and appendix in this case. The government's principal brief and appendix are currently due by May 18, 2026. *See* April 7, 2026, Court Order. On April 27, 2026, counsel for Appellees indicated by email that they oppose this extension request.

The government makes this request for good cause and not for purposes of delay. Additional time is necessary because on April 28, 2026, lead counsel Ethan Kanter withdrew his appearance in this case due to his upcoming retirement, currently scheduled for May 2, 2026. Other government counsel assigned to this case is presently on extended leave. Undersigned counsel is marshaling resources to take over as lead counsel in this case, while simultaneously managing numerous filing deadlines in other matters in the various circuit courts of appeals.

This case involves complex and novel issues of jurisdiction, standing, and First Amendment law litigated in a nine-day trial. The issues are critical to the government's operation because they involve potential barriers to the enforcement of immigration laws. So, additional time is also necessary to prepare a brief sufficient to be of assistance to the Court, and far more internal review of the brief within the Department of Justice and defendant agencies will be necessary than is typical.

Furthermore, due to current workload demands within the Civil Division's Office of Immigration Litigation, and the factual and legal complexities of this case, it is not feasible and would be unnecessarily burdensome to reassign responsibility for preparation of Appellants' principal brief to other attorneys in the office to satisfy the current briefing

deadline.  Accordingly, Appellants respectfully request that the Court grant this motion for a 30-day extension of time, until Wednesday, June 17, 2026, to file the government's principal brief and appendix.

Respectfully submitted,

Brett A. Shumate
 *Assistant Attorney General*

 /s/ Paul F. Stone
PAUL F. STONE
 *Acting Chief, National Security Unit*

LINDSAY M. MURPHY
 *Deputy Chief, National Security Unit*
 *Office of Immigration Litigation*
 *Civil Division, U.S. Department of Justice*
 *Post Office Box 878, Ben Franklin Station*
 *Washington, D.C.  20044*
 *Telephone: (202) 305-9647*
 *Facsimile: (202) 307-8698*

APRIL 28, 2026                    ATTORNEYS FOR RESPONDENT

**<u>CERTIFICATE OF COMPLIANCE</u>**

I certify that this motion complies with the type-volume limitation in Federal Rule of Appellate Procedure 27(a) because it contains 308 words, excluding the portions exempted by Federal Rule of Appellate Procedure 32(f).  The motion's type size and type face comply with Federal Rule of Appellate Procedure 32(a)(5) and (6) because it was prepared using Microsoft Word in Georgia 14-point font, a proportionally spaced typeface.


   /s/ Paul F. Stone
PAUL F. STONE
*Acting Chief, National Security Unit*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 28, 2026, I electronically filed the foregoing motion with the Clerk for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system.  Participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

 /s/ Paul F. Stone
PAUL F. STONE
 *Acting Chief, National Security Unit*