# United States Court of Appeals
## For the First Circuit

Nos. 26-1141
  26-1195

AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS - HARVARD FACULTY CHAPTER; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS AT NEW YORK UNIVERSITY; RUTGERS AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-AMERICAN FEDERATION OF TEACHERS; MIDDLE EAST STUDIES ASSOCIATION,

Plaintiffs - Appellees/Cross - Appellants,

v.

MARCO RUBIO, in the official capacity as Secretary of State; U.S. DEPARTMENT OF STATE; MARKWAYNE MULLIN, in the official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; TODD M. LYONS, in the official capacity as Acting Director of U.S. Immigration and Customs Enforcement; DONALD J. TRUMP, in the official capacity as President of the United States; UNITED STATES,

Defendants - Appellants/Cross - Appellees.

**ORDER OF COURT**

Entered: May 6, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, the motion to withdraw Attorney Ethan B. Kanter as counsel for Defendants - Appellants/Cross - Appellees Todd M. Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, United States Department of State, U.S. Department of Homeland Security, and United States is granted. Attorney Kanter is hereby withdrawn as counsel of record in this appeal. Appellants/Cross - Appellees will continue to be represented by their remaining counsel of record.

By the Court:

Anastasia Dubrovsky, Clerk

cc:

Ethan B. Kanter, Donald Campbell Lockhart, Jesse Lloyd Busen, Lindsay M. Murphy, Abraham R. George, Benjamin Mark Moss, Paul F. Stone, Victoria M. Santora, Jessica Danielle Strokus, Nancy Naseem Safavi, Harry Graver, Alexander Abdo, Ahilan T. Arulanantham, David Zimmer, Caroline DeCell, Edwina Bullard Clarke, Michael Tremonte, Noam Biale, Courtney Gans, Jameel Jaffer, Ramya Krishnan, Scott B. Wilkens, Xiangnong Wang, Stephany Kim, Raya Koreh, Jonathan M. Albano, Robert A. Bertsche, Renee M. Griffin, K. L. Smith, Joshua M. Daniels, Tasha J. Bahal, Jonathan T. Burke, David Rassoul Rangaviz, Joel Anderson Fleming, Lauren Godles Milgroom