# United States Court of Appeals
## For the First Circuit

Nos. 26-1141
    26-1195

AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS - HARVARD FACULTY CHAPTER; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS AT NEW YORK UNIVERSITY; RUTGERS AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-AMERICAN FEDERATION OF TEACHERS; MIDDLE EAST STUDIES ASSOCIATION,

Plaintiffs - Appellees/Cross - Appellants,

v.

MARCO RUBIO, in the official capacity as Secretary of State; U.S. DEPARTMENT OF STATE; MARKWAYNE MULLIN, in the official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; TODD M. LYONS, in the official capacity as Acting Director of U.S. Immigration and Customs Enforcement; DONALD J. TRUMP, in the official capacity as President of the United States; UNITED STATES,

Defendants - Appellants/Cross - Appellees.

**ORDER OF COURT**

Entered: May 6, 2026

Upon consideration of Appellants/Cross-Appellees Marco Rubio, et al.'s opposed motion for an extension of time to file a principal brief and appendix, the time for Appellants/Cross-Appellees to file a principal brief and appendix is enlarged to and including **June 17, 2026**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart
Jesse Lloyd Busen
Lindsay M. Murphy
Abraham R. George
Benjamin Mark Moss
Paul F. Stone
Victoria M. Santora
Jessica Danielle Strokus
Nancy Naseem Safavi
Harry Graver
Alexander Abdo
Ahilan T. Arulanantham
David Zimmer
Caroline DeCell
Edwina Bullard Clarke
Michael Tremonte
Noam Biale
Courtney Gans
Jameel Jaffer
Ramya Krishnan
Scott B. Wilkens
Xiangnong Wang
Stephany Kim
Raya Koreh
Jonathan M. Albano
Robert A. Bertsche
Renee M. Griffin
Joshua M. Daniels
Tasha J. Bahal
Jonathan T. Burke
David Rassoul Rangaviz
Joel Anderson Fleming
Lauren Godles Milgroom