OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY - SUITE 2500
BOSTON, MASSACHUSETTS 02210

OFFICIAL BUSINESS

26-1141
notice
4/6/26

BOSTON MA 020

7 APR 2026 PM 7 L

FIRST-CLASS

US POSTAGE PITNEY BOWES

$ 000.74⁰

ZIP 02210
0000036369 APR 07 2026

SCREENED USMS

RECEIVED FOR FILING
IN CLERK'S OFFICE

2026 MAY 14   A 11: 50

US COURT OF APPEALS
FOR THE FIRST CIRCUIT

Yaman Salahi
Salahi PC
505 Montgomery St
San Francisco, CA 94111

94111-65

-R-T-S-    941114003-1N    009 05/02/26

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER