# United States Court of Appeals
## For the First Circuit

---

Nos. 26-1141
    26-1195

AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS - HARVARD FACULTY CHAPTER; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS AT NEW YORK UNIVERSITY; RUTGERS AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-AMERICAN FEDERATION OF TEACHERS; MIDDLE EAST STUDIES ASSOCIATION,

Plaintiffs - Appellees/Cross - Appellants,

v.

MARCO RUBIO, in the official capacity as Secretary of State; U.S. DEPARTMENT OF STATE; MARKWAYNE MULLIN, in the official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; DAVID J. VENTURELLA, in the official capacity as Acting Director of U.S. Immigration and Customs Enforcement; DONALD J. TRUMP, in the official capacity as President of the United States; UNITED STATES,

Defendants - Appellants/Cross - Appellees.

---

### ORDER OF COURT

Entered: August 4, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, the motion to withdraw Attorney Lindsay M. Murphy as counsel for Appellants/Cross-Appellees U.S. Department of Homeland Security, Markwayne Mullin, Marco Rubio, Donald J. Trump, United States, U.S. Department of State, and David J. Venturella is granted. Attorney Murphy is hereby withdrawn as counsel of record, and Appellants/Cross-Appellees will continue to be represented by the remaining counsel of record.


By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart
Jesse Lloyd Busen
Lindsay M. Murphy
Brett Allen Shumate
Abraham R. George
Benjamin Mark Moss
Paul F. Stone
Victoria M. Santora
Jessica Danielle Strokus
Nancy Naseem Safavi
Harry Graver
Alexander Abdo
Ahilan T. Arulanantham
David Zimmer
Caroline DeCell
Edwina Bullard Clarke
Michael Tremonte
Noam Biale
Courtney Gans
Jameel Jaffer
Ramya Krishnan
Scott B. Wilkens
Xiangnong Wang
Stephany Kim
Raya Koreh
Jonathan M. Albano
Robert A. Bertsche
Renee M. Griffin
Joshua M. Daniels
Tasha J. Bahal
Jonathan T. Burke
David Rassoul Rangaviz
Joel Anderson Fleming
Lauren Godles Milgroom