**Nos. 26-1141 & 26-1195**

---

## IN THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

---

**AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS - HARVARD FACULTY CHAPTER; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS AT NEW YORK UNIVERSITY; RUTGERS AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS; AMERICAN FEDERATION OF TEACHERS; MIDDLE EAST STUDIES ASSOCIATION**,

Plaintiffs–Appellees/Cross–Appellants,

v.

**MARCO RUBIO, IN THE OFFICIAL CAPACITY AS SECRETARY OF STATE; U.S. DEPARTMENT OF STATE; MARKWAYNE MULLIN, IN THE OFFICIAL CAPACITY AS SECRETARY OF HOMELAND SECURITY; U.S. DEPARTMENT OF HOMELAND SECURITY; DAVID J. VENTURELLA, IN THE OFFICIAL CAPACITY AS ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DONALD J. TRUMP, IN THE OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; UNITED STATES**,

Defendants–Appellants/Cross–Appellees.

---

### MOTION FOR LEAVE TO WITHDRAW THE APPEARANCE OF COUNSEL

---

Pursuant to Local Rule 12.0(b), undersigned counsel, Jessica D. Strokus, moves the Court for leave to withdraw her appearance on behalf of Defendants-Appellants in this case. Defendants-Appellants will continue to be represented by the remaining counsel of record.

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General

PAUL F. STONE
Assistant Director, National Security Unit
Office of Immigration Litigation

VICTORIA M. SANTORA
Senior Counsel for National Security
Office of Immigration Litigation

JESSE BUSEN
Counsel for National Security
Office of Immigration Litigation

/s/ Jessica D. Strokus
JESSICA D. STROKUS
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division, Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 616-8779

Dated:  August 5, 2026          *Counsel for Defendants*

**CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(g)(1), I certify that this motion meets the requirements of Fed. R. App. P. 27(d)(2)(A) in that contains 38 words, and therefore, no more than 5,200 words.  I also certify that as required by Fed. R. App. P. 32(c)(1), the format of this motion meets the requirements of Fed. R. App. P. 27(d)(1), as it is proportionately spaced and has a typeface of 14 points Times Roman.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2026, I filed the foregoing motion via the Court's CM/ECF system.  I further certify that all parties are registered CM/ECF users and service will be accomplished by that system.

/s/ Jessica D. Strokus
JESSICA D. STROKUS
Senior Litigation Counsel
Office of Immigration Litigation