# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 26-1141 & 26-1195     **Short Title:** AAUP, et al. v. Rubio, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Service Employees International Union _____ as the

[  ] appellant(s)          [  ] appellee(s)          [✓] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)

_____     ___8/10/26_____
Signature                                                      Date

Steven K. Ury _____
Name

Service Employees International Union     213-440-4547 _____
Firm Name (if applicable)                          Telephone Number

1800 Massachusetts Avenue, NW          202-429-5565 _____
Address                                                      Fax Number

Washington, DC 20036 _____     steven.ury@seiu.org _____
City, State, Zip Code                                    Email (required)

Court of Appeals Bar Number: 1217569 _____

Has this case or any related case previously been on appeal?

[✓] No          [  ] Yes   Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Case: 26-1141     Document: 00118488984     Page: 1     Date Filed: 08/10/2026     Entry ID: 6832781