**Nos. 26-1141 & 26-1195**

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**

---

AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al.,

*Plaintiffs-Appellees/Cross-Appellants*,

v.

MARCO RUBIO,
in the official capacity as Secretary of State, et al.,

*Defendants-Appellants/Cross-Appellees*.

---

On Appeal from the United States District Court
for the District of Massachusetts
Docket Number 1:25-cv-10685-WGY

---

**MOTION FOR LEAVE TO FILE BRIEF BY
SERVICE EMPLOYEES INTERNATIONAL UNION,
COMMUNICATIONS WORKERS OF AMERICA, INTERNATIONAL
UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL
IMPLEMENT WORKERS OF AMERICA, NATIONAL EDUCATION
ASSOCIATION, UNITE HERE LOCAL 33, AND UNITED ELECTRICAL,
RADIO AND MACHINE WORKERS OF AMERICA AS *AMICI CURIAE*
IN SUPPORT OF PLAINTIFFS-APPELLEES AND AFFIRMANCE**

---

Counsel Listed on Inside Cover

Steven K. Ury
Elena Medina Neuman
Deborah L. Smith
Service Employees International Union, AFL-CIO
1800 Massachusetts Avenue, NW
Washington, DC 20036
(213) 440-4547

*Attorneys for Amicus Curiae SEIU*

## <u>MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF</u>

The Service Employees International Union ("SEIU") respectfully moves for leave to file the accompanying *amicus curiae* brief in support of Plaintiffs-Appellees, American Association of University Professors, et al. Attorneys sought consent from the parties to file this brief. The parties do not oppose this motion.

*Amici curiae* are labor organizations whose members and their families would be impacted by this case. *Amici* include Service Employees International Union, Communications Workers of America, International Union, United Automobile, Aerospace, and Agricultural Implement Workers of America, National Education Association, UNITE HERE Local 33, and United Electrical, Radio and Machine Workers of America.

The brief complies with Federal Rule of Appellate Procedure 29(a)(5) because it contains fewer than 6,500 words – half the length authorized for the parties' principal briefs. Given its substantial interest in this case, SEIU respectfully seeks leave to file the attached brief as *amicus curiae*.

Dated: August 11, 2026          Respectfully submitted,

/s/ Steven K. Ury
Steven K. Ury
Elena Medina Neuman
Deborah L. Smith
Service Employees International Union, AFL-CIO
1800 Massachusetts Avenue, NW
Washington, DC 20036
(213) 440-4547
*Attorneys for Amicus Curiae SEIU*

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2026, I electronically filed the foregoing document with the Clerk for the United States Court of Appeals for the First Circuit by using the ACMS system. I certify that the document will be served via ACMS on all parties or their counsel of record.

Dated: August 11, 2026         Respectfully submitted,


/s/ Steven K. Ury
Steven K. Ury
Service Employees International Union, AFL-CIO
1800 Massachusetts Avenue, NW
Washington, DC 20036
Tel. (213) 440-4547