# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 26-1141 & 26-1195     **Short Title:** American Association of University Professors, et al. v. Marco Rubio, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Foundation for Individual Rights and Expression (continued on separate sheet)     as the

[  ] appellant(s)          [  ] appellee(s)          [✔] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)

/s/ Conor T. Fitzpatrick
Signature

August 12, 2026
Date

Conor T. Fitzpatrick
Name

Foundation for Individual Rights and Expression
Firm Name (if applicable)

(215) 717-3473
Telephone Number

700 Pennsylvania Ave. SE, Ste. 340
Address

N/A
Fax Number

Washington, DC 20003
City, State, Zip Code

conor.fitzpatrick@fire.org
Email (required)

Court of Appeals Bar Number: 1222275

Has this case or any related case previously been on appeal?

[  ] No          [✔] Yes   Court of Appeals No. 25-1658 (Mandamus petition filed 7/10/25, denied on 7/18/25)

=======================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

## LIST OF NAMES OF ALL PARTIES REPRESENTED (CONTINUED)

Cato Institute, PEN America, National Coalition Against Censorship, First

Amendment Lawyers Association, and The Rutherford Institute