# United States Court of Appeals
## For the First Circuit

_____

## NOTICE OF APPEARANCE

**No.** 26-1141, 26-1195     **Short Title:** AAUP et al. v. Rubio et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

see attached _____ as the

[ ] appellant(s)          [ ] appellee(s)          [✔] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)


/s/ Andrew F. Sellars                          August 12, 2026
Signature                                      Date

Andrew F. Sellars
Name

Albert Sellars LLP                             (617) 798-7922
Firm Name (if applicable)                      Telephone Number

769 Centre Street, Suite 199
Address                                        Fax Number

Boston, MA 02130                               andy@albertsellars.law
City, State, Zip Code                          Email (required)

Court of Appeals Bar Number: 1174832


Has this case or any related case previously been on appeal?

[ ] No          [✔] Yes   Court of Appeals No. 25-1658 (writ of mandamus filed July 10, 2025, denied July 18, 2025)

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).


**Print**          **Reset**

## *Amici Curiae* Represented

1. The American Civil Liberties Union

2. The American Civil Liberties Union of Massachusetts

3. The American Civil Liberties Union of Maine

4. The American Civil Liberties Union of New Hampshire

5. The American Civil Liberties Union of Puerto Rico

6. The American Civil Liberties Union of Rhode Island

**CORPORATE DISCLOSURE STATEMENT**

*Amici* American Civil Liberties Union, American Civil Liberties Union of Massachusetts, Inc., American Civil Liberties Union of Maine, American Civil Liberties Union of New Hampshire, American Civil Liberties Union of Puerto Rico, and American Civil Liberties Union of Rhode Island, each state that they do not have a parent corporation and there is no corporation that owns 10% or more of their stock.