# United States Court of Appeals
## For the First Circuit

_____

## NOTICE OF APPEARANCE

**No.** 26-1141, 26-1195      **Short Title:** AAUP et al. v. Rubio et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

see attached _____ as the

[ ] appellant(s)         [ ] appellee(s)         [✓] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)         [ ] intervenor(s)

| | |
|---|---|
| /s/ Gilles Bissonnette | August 12, 2026 |
| Signature | Date |
| Gilles Bissonnette | |
| Name | |
| ACLU of New Hampshire | 603-227-6678 |
| Firm Name (if applicable) | Telephone Number |
| 18 Low Ave. | |
| Address | Fax Number |
| Concord, NH 03301 | gilles@aclu-nh.org |
| City, State, Zip Code | Email (required) |

Court of Appeals Bar Number: 123868

Has this case or any related case previously been on appeal?

[✓] No        [ ] Yes  Court of Appeals No. _____

=================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

| Print | Reset |
|---|---|

## *Amici Curiae* Represented

1. The **American Civil Liberties Union**

2. The **American Civil Liberties Union** of Massachusetts

3. The **American Civil Liberties Union** of Maine

4. The **American Civil Liberties Union** of New Hampshire

5. The **American Civil Liberties Union** of Puerto Rico

6. The **American Civil Liberties Union** of Rhode Island