# United States Court of Appeals
## For the First Circuit

_____

**NOTICE OF APPEARANCE**

**No.** 26-1141 & 26-1195     **Short Title:** American Association of University Professors, et al. v. Marco Rubio, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

see attached _____ as the

[ ] appellant(s)          [ ] appellee(s)          [✓] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)


/s/ Tasha Bahal                                          08/12/2026
Signature                                                    Date

Tasha Bahal
Name

Massachusetts Office of the Attorney General          (617) 963-2066
Firm Name (if applicable)                                 Telephone Number

One Ashburton Place
Address                                                       Fax Number

Boston, MA, 02108                                      tasha.bahal@mass.gov
City, State, Zip Code                                    Email (required)

Court of Appeals Bar Number: 1144601


Has this case or any related case previously been on appeal?

[  ] No          [✓] Yes   Court of Appeals No. 25-1658

====================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

**AMICI CURIAE REPRESENTED**

1. Commonwealth of Massachusetts
2. State of Washington
3. State of California
4. State of Colorado
5. State of Connecticut
6. District of Columbia
7. State of Delaware
8. State of Hawai'i
9. State of Illinois
10. State of Maryland
11. State of Maine
12. State of Michigan
13. State of Minnesota
14. State of New Jersey
15. State of New Mexico
16. State of New York
17. State of Oregon
18. State of Rhode Island
19. State of Vermont