# United States Court of Appeals
## For the First Circuit

_____

## NOTICE OF APPEARANCE

**No.** 26-1141 & 26-1195    **Short Title:** AAUP et al v. Rubio et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Coalition of University of California Faculty Associations, other amici listed next page as the

[ ] appellant(s)          [ ] appellee(s)          [✓] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

_____          8/12/2026
Signature                                Date

Philip Monrad
Name

Leonard Carder, LLP                      (510) 272-0169
Firm Name (if applicable)                Telephone Number

1999 Harrison Street, Suite 2700         (510) 272-0174
Address                                  Fax Number

Oakland, CA 94612                        pmonrad@leonardcarder.com
City, State, Zip Code                    Email (required)

Court of Appeals Bar Number: 1218708


Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No._____

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

**LIST OF ADDITIONAL *AMICI***

**Berkeley Faculty Association**

**Davis Faculty Association**

**Irvine Faculty Association University of California**

**Merced Faculty Association**

**Riverside Faculty Association**

**San Diego Faculty Association**

**University of California San Francisco Faculty Association**

**University of California Santa Barbara Faculty Association**

**University of California Los Angeles Faculty Association**

**Santa Cruz Faculty Association**

**University Council – American Federation of Teachers Local 1474**

**Boston University AAUP Chapter**

**Brown University Chapter of the AAUP**

**Stanford AAUP Chapter**

**Dartmouth College Chapter of the AAUP**

**Massachusetts Institute of Technology Chapter of the AAUP**

**Rice University Advocacy Chapter of the AAUP**

**Tufts University Chapter of the AAUP**

**University of Houston Chapter of the AAUP**

**Johns Hopkins University Chapter of the AAUP**

**University of Minnesota Twin Cities Chapter of the AAUP**

**Northwestern University Chapter of the AAUP**

**AAUP Advocacy Chapter at the University of Texas at Austin**

**AAUP Advocacy Chapter at the University of Texas at Dallas**

**Yale University Chapter of the AAUP**

**Wesleyan University Chapter of the AAUP**