# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 26-1141          **Short Title:** American Association of University Professors, et al. v. Rubio, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Julia Rose Kraut, Sam Lebovic, and Ellen Schrecker _____ as the

[  ] appellant(s)          [  ] appellee(s)          [✔] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)

_____          August 12, 2026 _____
Signature                                      Date

Azeezat Adeleke _____
Name

Davis Wright Tremaine LLP _____          202-973-4200 _____
Firm Name (if applicable)                          Telephone Number

1301 K Street NW Suite 500 East _____          _____
Address                                          Fax Number

Washington, D.C. 20005 _____          azeezatadeleke@dwt.com _____
City, State, Zip Code                          Email (required)

Court of Appeals Bar Number: 1225416 _____

Has this case or any related case previously been on appeal?

[✔] No          [  ] Yes   Court of Appeals No._____

===============================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Print          Reset