# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 26-1141, 26-1195        **Short Title:** AAUP et al. v. Rubio et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

The Presidents' Alliance on Higher Education and Immigration _____ as the

[ ] appellant(s)        [ ] appellee(s)        [✓] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)        [ ] intervenor(s)


/s/ Zarah Zhao
Signature

August 14, 2026
Date

Zarah Zhao
Name

Selendy Gay PLLC
Firm Name (if applicable)

212-390-9000
Telephone Number

1290 Avenue of the Americas
Address

212-390-9399
Fax Number

New York, NY 10104
City, State, Zip Code

zzhao@selendygay.com
Email (required)

Court of Appeals Bar Number: 1224860


Has this case or any related case previously been on appeal?

[ ] No        [✓] Yes   Court of Appeals No. 25-1658 _____

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**.  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**.  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).