# United States Court of Appeals
## For the First Circuit

_____

## NOTICE OF APPEARANCE

**No.** 26-1141, 26-1195        **Short Title:** AAUP et al. v. Rubio et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

see attached _____ as the

[ ] appellant(s)          [ ] appellee(s)          [✓] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

/s/ Lynette Labinger _____     August 14, 2026 _____
Signature                                                   Date

Lynette Labinger _____
Name

_____     401-465-9565 _____
Firm Name (if applicable)                     Telephone Number

128 Dorrance St., Box 710 _____     _____
Address                                                         Fax Number

Providence, RI 02903 _____     LL@LabingerLaw.com _____
City, State, Zip Code                                 Email (required)

Court of Appeals Bar Number: 23027 _____

Has this case or any related case previously been on appeal?

[ ] No          [✓] Yes   Court of Appeals No. 25-1658 (filed 7/10/25, denied 7/18/25) _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Print          Reset

## *Amici Curiae* Represented

1. The American Civil Liberties Union

2. The American Civil Liberties Union of Massachusetts

3. The American Civil Liberties Union of Maine

4. The American Civil Liberties Union of New Hampshire

5. The American Civil Liberties Union of Puerto Rico

6. The American Civil Liberties Union of Rhode Island