# United States Court of Appeals
## For the First Circuit

_____

**NOTICE OF APPEARANCE**

**No.** 26-1141 & 26-1195    **Short Title:** AAUP, et al. v. Rubio, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

see attached _____ as the

[ ] appellant(s)          [ ] appellee(s)          [✓] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

/s/ Steven K. Ury _____          August 14, 2026 _____
Signature                                              Date

Steven K. Ury _____
Name

Service Employees International Union          213-440-4547 _____
Firm Name (if applicable)                              Telephone Number

1800 Massachusetts Avenue, NW _____          202-429-5565 _____
Address                                              Fax Number

Washington, DC 20036 _____          steven.ury@seiu.org _____
City, State, Zip Code                              Email (required)

Court of Appeals Bar Number: 1217569 _____

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).

## *Amici Curiae* Represented

1.   Service Employees International Union

2.   Communications Workers of America

3.   International Union, United Automobile, Aerospace, and Agricultural Implement Workers of America

4.   National Education Association

5.   UNITE HERE Local 33

6.   United Electrical, Radio and Machine Workers of America