## CORPORATE DISCLOSURE STATEMENT

*Amici* American Civil Liberties Union, American Civil Liberties Union of Massachusetts, Inc., American Civil Liberties Union of Maine, American Civil Liberties Union of New Hampshire, American Civil Liberties Union of Puerto Rico, and American Civil Liberties Union of Rhode Island each state that they do not have a parent corporation and there is no corporation that owns 10% or more of their stock.