# United States Court of Appeals
## For the First Circuit

Nos. 26-1141
26-1195

AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS - HARVARD FACULTY CHAPTER; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS AT NEW YORK UNIVERSITY; RUTGERS AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-AMERICAN FEDERATION OF TEACHERS; MIDDLE EAST STUDIES ASSOCIATION,

Plaintiffs - Appellees/Cross - Appellants,

v.

MARCO RUBIO, in the official capacity as Secretary of State; U.S. DEPARTMENT OF STATE; MARKWAYNE MULLIN, in the official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; DAVID J. VENTURELLA, in the official capacity as Acting Director of U.S. Immigration and Customs Enforcement; DONALD J. TRUMP, in the official capacity as President of the United States; UNITED STATES,

Defendants - Appellants/Cross - Appellees.

**ORDER OF COURT**

Entered: August 19, 2026
Pursuant to 1st Cir. R. 27.0(d)

On August 11, 2026, Movants Service Employees International Union, Communications Workers of America, International Union, United Automobile, Aerospace, and Agricultural Implement Workers of America, National Education Association, UNITE HERE Local 33, and United Electrical, Radio and Machine Workers of America filed a brief as amici curiae. The brief is non-compliant because the caption on the front cover of the brief does not match the caption used by the court. See Fed. R. App. P. 29(a)(4) and 32(a)(2)(C). A corrected amici brief must be filed no later than **August 26, 2026**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart, Jesse Lloyd Busen, Brett Allen Shumate, Abraham R. George, Benjamin Mark Moss, Paul F. Stone, Victoria M. Santora, Nancy Naseem Safavi, Harry Graver, Alexander Abdo, Ahilan T. Arulanantham, David Zimmer, Caroline DeCell, Edwina Bullard Clarke, Michael Tremonte, Noam Biale, Courtney Gans, Jameel Jaffer, Ramya Krishnan, Scott B. Wilkens, Xiangnong Wang, Stephany Kim, Raya Koreh, Jonathan M. Albano, Robert A. Bertsche, Renee M. Griffin, Joshua M. Daniels, Tasha J. Bahal, Jonathan T. Burke, David Rassoul Rangaviz, Julia S. Canney, Joel Anderson Fleming, Lauren Godles Milgroom, Andrew Riggs Dunlap, Zarah Zhao, Rachel Serebrenik, Steven Ury, Conor T. Fitzpatrick, Gilles R. Bissonnette, Zachary L. Heiden, Lynette J. Labinger, Fermín L. Arraiza-Navas, Carol J. Garvan, Jessie J. Rossman, Esha Bhandari, Andrew F. Sellars, Henry R. Klementowicz, Brian Matthew Hauss, Nathan Wessler, Rachel E. Davidson, Maria Danielle Savarese, Laura Rose Handman, Leah Tulin, Azeezat Adenike Adeleke, Cristina Sepe, William M. Tong, Peter F. Neronha, Peter W. Saltzman, Philip Monrad, Eleanor Morton