**CORPORATE DISCLOSURE STATEMENT**

*Amici curiae* Service Employees International Union; Communications Workers of America; International Union, United Automobile, Aerospace, and Agricultural Implement Workers of America; National Education Association; UNITE HERE Local 33; and United Electrical, Radio and Machine Workers of America have no parent corporations. They have no stock, and, therefore, no publicly held company owns 10% or more of their stock.

Dated: August 11, 2026

Respectfully submitted,

/s/ Steven K. Ury
Steven K. Ury