## RULE 26.1 CORPORATE DISCLOSURE STATEMENT

*Amicus Curiae* states that it is a nonprofit corporation, with no parent corporation, and no publicly held company holds a 10% or more ownership interest in it.

Dated: August 12, 2026

/s/ *Andrew R. Dunlap*
Andrew R. Dunlap
*Counsel for Amicus Curiae*