**Corporate Disclosure Statement**

Pursuant to Federal Rule of Appellate Procedure 26.1, undersigned counsel certifies that Plaintiffs have no parent corporations and that no publicly held corporation owns 10 percent or more of their stock.

*/s/ Ramya Krishnan*
Ramya Krishnan