**UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, ET AL.,<br><br>Plaintiffs–Appellees,<br><br>v.<br><br>MARCO RUBIO, ET AL.,<br><br>Defendants–Appellants. | Nos. 26-1141 & 26-1195 |

**MOTION FOR LEAVE TO WITHDRAW**
**AS COUNSEL FOR PLAINTIFFS–APPELLEES**

Pursuant to Local Rule 12.0(b), undersigned counsel, Stephany Kim, moves the Court for leave to withdraw her appearance on behalf of Plaintiffs–Appellees in this case. The Knight Institute, Sher Tremonte LLP, Ahilan Arulanantham, and Zimmer, Citron & Clarke, LLP will continue to represent Plaintiffs–Appellees in this matter, and no party will be prejudiced if the motion is granted.

September 3, 2026

Respectfully submitted,

/s/ Stephany Kim

Stephany Kim
Knight First Amendment Institute
at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
stephany.kim@knightcolumbia.org

*Counsel for Plaintiffs-Appellees*

## CERTIFICATE OF COMPLIANCE

I, the undersigned counsel, certify that the foregoing motion complies with the type-volume limitation pursuant to Fed. R. App. P. 27(d)(2)(A) because it contains 60 words, excluding the portions exempted by Fed. R. App. P. 32(f). The motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman 14-point type.

Dated: September 3, 2026

/s/ Stephany Kim
Stephany Kim

## CERTIFICATE OF SERVICE

I, the undersigned counsel, certify that on September 3, 2026, I electronically filed the foregoing motion in the United States Court of Appeals for the First Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: September 3, 2026

/s/ Stephany Kim
Stephany Kim