Nos. 26-1141 & 26-1195

# In the United States Court of Appeals for the First Circuit

AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, *ET AL.*,

*Plaintiffs - Appellees/Cross - Appellants,*

v.

MARCO RUBIO, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE, *ET AL.*,

*Defendants – Appellants/Cross-Appellees.*

*On Appeal from the U.S. District Court*
*for the District of Massachusetts*
*Docket No. 1:25-cv-10685-WGY*

## OPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE AND REPLY BRIEF

Defendant-Appellants, the government, through undersigned counsel, respectfully move the Court for a 30-day extension of time in which to file the government's response and reply brief in this case to October 29, 2026. The government's response and reply brief is currently due on September 29, 2026. *See* August 26, 2026, Docket Entry. (Exhibit).

On September 4, 2026, counsel for Plaintiffs-Appellees indicated by email that they oppose this extension request.[1]

The government makes this request for good cause and not for purposes of delay. Additional time is necessary because several senior attorneys on the AAUP litigating team have departed the Civil Division. Specifically, lead counsel retired in advance of the filing of the government's opening brief, and an additional senior attorney on this appeal has since left the Department. *See* Order Granting Mot. for Ethan Kanter to Withdraw as Counsel (May 6, 2026); Order Granting Mot. for Lindsay Murphy to Withdraw as Counsel (August 4, 2026). The departures of these attorneys, as well as the departure of another senior attorney on the AAUP litigating team from the Civil Division has resulted in the reassignment of their workloads, which includes matters in several circuit courts of appeals with deadlines during the time the government's brief in this case must be prepared, to the remaining attorneys on this litigating

[1] Plaintiff-Appellees asked that this motion note that they oppose the extension request because they believe the brief is due today, because they had arranged other commitments around the briefing schedule, and because delay will cause irreparable injury to their clients as explained in their April 29, 2026, opposition to the government's motion to extend time to file the opening brief. For the reasons the government set out in its reply of April 30, 2026, Plaintiff-Appellees have not shown that they would be unduly prejudiced by a 30-day extension of time.

team. Furthermore, the undersigned new lead counsel was on pre-arranged leave for a week during August and another attorney on the litigating team is on pre-arranged leave the first week of September.

Also, this case involves complex and novel issues of jurisdiction, standing, and First Amendment law litigated in a nine-day trial. And Plaintiff-Appellants raised new issues in their principal and response brief. The issues are critical to the government's operation because they involve potential barriers to the enforcement of immigration laws. Moreover, six amici have filed or tendered briefs with the court requiring additional consideration. And far more internal review of the brief within the Department and defendant agencies will be necessary than is typical. Additional time is therefore necessary to prepare a brief sufficient to be of assistance to the Court.

Due to current workload demands within the Civil Division's Office of Immigration Litigation, and the factual and legal complexities of this case, it is infeasible to reassign responsibility for preparation of the government's response and reply brief to other attorneys in the office to satisfy the current briefing deadline. Accordingly, Appellants respectfully request that the Court grant this motion for a 30-day extension of time, until Thursday, October 29, 2026, to file the government's response and reply brief.

Respectfully submitted,

Brett A. Shumate
*Assistant Attorney General*

Drew C. Ensign
*Deputy Assistant Attorney General*

/s/ Paul F. Stone
PAUL F. STONE
*Assistant Director*

VICTORIA SANTORA
*Senior Counsel for National Security*
*Office of Immigration Litigation*
*Civil Division, U.S. Department of Justice*
*Post Office Box 878, Ben Franklin Station*
*Washington, D.C. 20044*
*Telephone: (202) 305-9647*
*Facsimile: (202) 307-8698*

SEPTEMBER 4, 2026

ATTORNEYS FOR RESPONDENT

# Exhibit

**Stone, Paul (CIV)**

| | |
|---|---|
| **From:** | CA01NoticeDocketActivity@ca1.uscourts.gov |
| **Sent:** | Wednesday, August 26, 2026 2:45 PM |
| **To:** | Stone, Paul (CIV) |
| **Subject:** | 26-1141 American Association of University Professors, et al v. Rubio, et al "Appellee/Respondent Brief" |

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**United States Court of Appeals for the First Circuit**

**Notice of Docket Activity**

The following transaction was entered on 08/26/2026 at 2:44:55 PM Eastern Daylight Time and filed on 08/26/2026

| | |
|---|---|
| **Case Name:** | American Association of University Professors, et al v. Rubio, et al |
| **Case Number:** | 26-1141 |
| **Document(s):** | Document(s) |

**Docket Text:**
APPELLEES/CROSS-APPELLANTS' PRINCIPAL BRIEF filed by Appellees/Cross-Appellants American Association of University Professors, American Association of University Professors - Harvard Faculty Chapter, American Association of University Professors at New York University, Middle East Studies Association and Rutgers American Association of University Professors-American Federation of Teachers in 26-1141, 26-1195. Served on 08/05/2026. Nine paper copies identical to that of the electronically filed brief must be submitted so that they are received by the court on or before 09/02/2026. Response and Reply brief due 09/25/2026 for APPELLANTS/CROSS-APPELLEES Markwayne Mullin, Marco Rubio, Donald J. Trump, US Department of State, US Dept. of Homeland Security, United States and David J. Venturella. [26-1141, 26-1195] (YCC)

**Notice will be electronically mailed to:**

Alexander Abdo
Azeezat Adenike Adeleke
Jonathan M. Albano
Fermin L. Arraiza-Navas
Ahilan T. Arulanantham
Tasha J. Bahal

Robert A. Bertsche
Esha Bhandari
Noam Biale
Gilles R. Bissonnette
Jonathan T. Burke
Jesse Lloyd Busen
Julia S. Canney
Edwina Bullard Clarke
Joshua M. Daniels
Rachel E. Davidson
Caroline DeCell
Conor T. Fitzpatrick
Joel Anderson Fleming
Courtney Gans
Carol J. Garvan
Abraham R. George
Harry Graver
Renee M. Griffin
Laura Rose Handman
Brian Matthew Hauss
Zachary L. Heiden
Jameel Jaffer
Stephany Kim
Henry R. Klementowicz
Raya Koreh
Ramya Krishnan
Lynette J. Labinger
Donald Campbell Lockhart
Lauren Godles Milgroom
Philip Monrad
Eleanor Morton
Benjamin Mark Moss
Peter F. Neronha
David Rassoul Rangaviz
Jessie J. Rossman
Nancy Naseem Safavi
Peter W. Saltzman
Victoria M. Santora
Maria Danielle Savarese
Andrew F. Sellars
Cristina Sepe
Rachel Serebrenik
Brett Allen Shumate
Paul F. Stone
William M. Tong
Michael Tremonte
Leah Tulin
Steven Ury

Xiangnong Wang
Nathan Wessler
Scott B. Wilkens
Zarah Zhao
David Zimmer

Andrew Riggs Dunlap (*daily summary*)

**Notice will not be electronically mailed to:**

K. L. Smith
#504
3649 Evergreen Pkwy
Evergreen, CO 80437

The following document(s) are associated with this transaction:
**Document Description:** Main Document
**Original Filename:** n/a
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104935054 [Date=08/26/2026] [FileNumber=6837643-0]
[3cc7f4613b69b2f51794339f4b958eb53e8c376be900d76cd5da23552c085ba58c6513509ea5405c8d06
9ff73a6b91a5337efb962d15ebe8dd076f636cd3dcbf]]

**CERTIFICATE OF COMPLIANCE**

I certify that this motion complies with the type-volume limitation in Federal Rule of Appellate Procedure 27(a) because it contains 517 words, excluding the portions exempted by Federal Rule of Appellate Procedure 32(f). The motion's type size and type face comply with Federal Rule of Appellate Procedure 32(a)(5) and (6) because it was prepared using Microsoft Word in Georgia 14-point font, a proportionally spaced typeface.

/s/ Paul F. Stone
PAUL F. STONE
*Acting Chief, National Security Unit*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2026, I electronically filed the foregoing motion with the Clerk for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Paul F. Stone
PAUL F. STONE
*Acting Chief, National Security Unit*