# United States Court of Appeals
## For the First Circuit

Nos. 26-1141
26-1195

AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS - HARVARD FACULTY CHAPTER; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS AT NEW YORK UNIVERSITY; RUTGERS AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-AMERICAN FEDERATION OF TEACHERS; MIDDLE EAST STUDIES ASSOCIATION,

Plaintiffs - Appellees/Cross - Appellants,

v.

MARCO RUBIO, in the official capacity as Secretary of State; U.S. DEPARTMENT OF STATE; MARKWAYNE MULLIN, in the official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; DAVID J. VENTURELLA, in the official capacity as Acting Director of U.S. Immigration and Customs Enforcement; DONALD J. TRUMP, in the official capacity as President of the United States; UNITED STATES,

Defendants - Appellants/Cross - Appellees.

**ORDER OF COURT**

Entered: September 10, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, the motion to withdraw Attorney Raya Koreh as counsel for Appellees/Cross-Appellants American Association of University Professors, American Association of University Professors - Harvard Faculty Chapter, American Association of University Professors at New York University, Middle East Studies Association, and Rutgers American Association of University Professors-American Federation of Teachers is granted. Attorney Koreh is hereby withdrawn as counsel of record, and Appellees/Cross-Appellants will continue to be represented by the remaining counsel of record.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart, Jesse Lloyd Busen, Brett Allen Shumate, Abraham R. George, Benjamin Mark Moss, Paul F. Stone, Victoria M. Santora, Nancy Naseem Safavi, Harry Graver, Alexander Abdo, Ahilan T. Arulanantham, David Zimmer, Caroline DeCell, Edwina Bullard Clarke, Michael Tremonte, Noam Biale, Courtney Gans, Jameel Jaffer, Ramya Krishnan, Scott B. Wilkens, Xiangnong Wang, Stephany Kim, Raya Koreh, Jonathan M. Albano, Robert A. Bertsche, Renee M. Griffin, Joshua M. Daniels, Tasha J. Bahal, Jonathan T. Burke, David Rassoul Rangaviz, Julia S. Canney, Joel Anderson Fleming, Lauren Godles Milgroom, Andrew Riggs Dunlap, Zarah Zhao, Rachel Serebrenik, Steven Ury, Conor T. Fitzpatrick, Gilles R. Bissonnette, Zachary L. Heiden, Lynette J. Labinger, Fermín L. Arraiza-Navas, Carol J. Garvan, Jessie J. Rossman, Esha Bhandari, Andrew F. Sellars, Henry R. Klementowicz, Brian Matthew Hauss, Nathan Wessler, Rachel E. Davidson, Maria Danielle Savarese, Laura Rose Handman, Leah Tulin, Azeezat Adenike Adeleke, Cristina Sepe, William M. Tong, Peter F. Neronha, Peter W. Saltzman, Philip Monrad, Eleanor Morton