# United States Court of Appeals
## For the First Circuit

Nos. 26-1141
26-1195

AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS - HARVARD FACULTY CHAPTER; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS AT NEW YORK UNIVERSITY; RUTGERS AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-AMERICAN FEDERATION OF TEACHERS; MIDDLE EAST STUDIES ASSOCIATION,

Plaintiffs - Appellees/Cross - Appellants,

v.

MARCO RUBIO, in the official capacity as Secretary of State; U.S. DEPARTMENT OF STATE; MARKWAYNE MULLIN, in the official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; DAVID J. VENTURELLA, in the official capacity as Acting Director of U.S. Immigration and Customs Enforcement; DONALD J. TRUMP, in the official capacity as President of the United States; UNITED STATES,

Defendants - Appellants/Cross - Appellees.

**ORDER OF COURT**

Entered: September 18, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellant/Cross-Appellees Markwayne Mullin, Marco Rubio, Donald J. Trump, U.S. Department of State, U.S. Department of Homeland Security, United States, and David J. Venturella to file a reply brief be enlarged to and including **October 29, 2026**. We are disinclined to grant a request for further enlargement of this deadline.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart, Jesse Lloyd Busen, Brett Allen Shumate, Abraham R. George, Benjamin Mark Moss, Paul F. Stone, Victoria M. Santora, Nancy Naseem Safavi, Harry Graver, Alexander Abdo, Ahilan T. Arulanantham, David Zimmer, Caroline DeCell, Edwina Bullard Clarke, Michael Tremonte, Noam Biale, Courtney Gans, Jameel Jaffer, Ramya Krishnan, Scott B. Wilkens, Xiangnong Wang, Jonathan M. Albano, Robert A. Bertsche, Renee M. Griffin, Joshua M. Daniels, Tasha J. Bahal, Jonathan T. Burke, David Rassoul Rangaviz, Julia S. Canney, Joel Anderson Fleming, Lauren Godles Milgroom, Andrew Riggs Dunlap, Zarah Zhao, Rachel Serebrenik, Steven Ury, Conor T. Fitzpatrick, Gilles R. Bissonnette, Zachary L. Heiden, Lynette J. Labinger, Fermín L. Arraiza-Navas, Carol J. Garvan, Jessie J. Rossman, Esha Bhandari, Andrew F. Sellars, Henry R. Klementowicz, Brian Matthew Hauss, Nathan Wessler, Rachel E. Davidson, Maria Danielle Savarese, Laura Rose Handman, Leah Tulin, Azeezat Adenike Adeleke, Cristina Sepe, William M. Tong, Peter F. Neronha, Peter W. Saltzman, Philip Monrad, Eleanor Morton