## ATTESTATION OF CONSENT AS TO FILING

Undersigned counsel for *amici* attests that all parties have consented to the filing of this brief. Accordingly, pursuant to Local Rule 29(a)(2), this brief is filed without a motion seeking leave to file.

/s/ Philip C. Monrad

Counsel for *amicus curiae*

## DISCLOSURE STATEMENT & LIST OF AMICI

Pursuant to Federal Rules of Appellate Procedure 26.1 and 29(a)(4)(A), each amicus organization listed below has no parent corporation, and no publicly held company holds 10% or more of its stock.

No party or party's counsel authored this brief in whole or in part, or contributed money that was intended to fund preparing or submitting the brief. No person, other than amici curiae, their members, or their counsel, contributed money intended to fund preparing or submitting this brief. The *amicus* organizations submitting this brief include:

**Council of University of California Faculty Associations**

**Berkeley Faculty Association**

**Davis Faculty Association**

**Irvine Faculty Association University of California**

**Merced Faculty Association**

**Riverside Faculty Association**

**San Diego Faculty Association**

**University of California San Francisco Faculty Association**

**University of California Santa Barbara Faculty Association**

**University of California Los Angeles Faculty Association**

**Santa Cruz Faculty Association**

**University Council – American Federation of Teachers Local 1474**

**Boston University AAUP Chapter**

**Brown University Chapter of the AAUP**

**Stanford AAUP Chapter**

**Dartmouth College Chapter of the AAUP**

**Massachusetts Institute of Technology Chapter of the AAUP**

**Rice University Advocacy Chapter of the AAUP**

**Tufts University Chapter of the AAUP**

**University of Houston Chapter of the AAUP**

**Johns Hopkins University Chapter of the AAUP**

**University of Minnesota Twin Cities Chapter of the AAUP**

**Northwestern University Chapter of the AAUP**

**AAUP Advocacy Chapter at the University of Texas at Austin**

**AAUP Advocacy Chapter at the University of Texas at Dallas**

**Yale University Chapter of the AAUP**

**Wesleyan University Chapter of the AAUP**