**UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**

AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, ET AL.,

Plaintiffs—Appellees,

-against-

MARCO RUBIO, ET AL.,

Defendants—Appellants.

Nos. 26-1141 & 26-1195

**MOTION FOR LEAVE TO WITHDRAW**
**AS COUNSEL FOR PLAINTIFFS-APPELLEES**

Pursuant to Local Rule 12.0(b), undersigned counsel, Courtney Gans, moves the Court for leave to withdraw her appearance on behalf of Plaintiffs–Appellees in this case. The Knight Institute, Sher Tremonte LLP, Ahilan Arulanantham, and Zimmer, Citron & Clarke, LLP will continue to represent Plaintiffs–Appellees in this matter, and no party will be prejudiced if the motion is granted.

Dated: October 2, 2026

By: *<u>/s/ Courtney Gans</u>*

Courtney Gans
SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004
Tel: 212.202.2600
E-mail: cgansans@shertremonte.com

*Attorney for Plaintiffs—Appellees*

## CERTIFICATE OF COMPLIANCE

I, the undersigned counsel, certify that the foregoing motion complies with the type-volume limitation pursuant to Fed. R. App. P. 27(d)(2)(A) because it contains 60 words, excluding the portions exempted by Fed. R. App. P. 32(f). The motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman 14-point type.

DATED: October 2, 2026

/s/ *Courtney Gans*________
Courtney Gans