**Nos. 26-1141 & 26-1195**

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIRST CIRCUIT**

AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS - HARVARD FACULTY CHAPTER; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS AT NEW YORK UNIVERSITY; RUTGERS AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-AMERICAN FEDERATION OF TEACHERS; MIDDLE EAST STUDIES ASSOCIATION,

*Plaintiffs-Appellees, Cross-Appellants*

v.

MARCO RUBIO, IN THE OFFICIAL CAPACITY AS SECRETARY OF STATE; U.S. DEPARTMENT OF STATE; MARKWAYNE MULLIN, IN THE OFFICIAL CAPACITY AS SECRETARY OF HOMELAND SECURITY; U.S. DEPARTMENT OF HOMELAND SECURITY; DAVID J. VENTURELLA, IN THE OFFICIAL CAPACITY AS ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DONALD J. TRUMP, IN THE OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; UNITED STATES,

*Defendants-Appellants Cross-Appellees.*

On Appeal from the United States District Court for the
District of Massachusetts — 1:25-cv-10685-WGY

# MOTION FOR EXTENSION OF TIME TO LODGE PAPER COPIES OF *AMICUS CURIAE* BRIEF

Counsel listed on following page

COUNSEL FOR *AMICUS CURIAE*

Philip Monrad
First Cir. Bar No. 1218708
Eleanor Morton
First Cir. Bar No. 1218703
Peter Saltzman
LEONARD CARDER LLP
1999 Harrison Street, Suite 2700
Oakland, California 94612
Tel: (510) 272-0169

Yaman Salahi
SALAHI PC
yaman@salahilaw.com
505 Montgomery St., 11th Floor
San Francisco, California 94111
Tel: (415) 236-2352

---

Amicus Curiae Faculty Associations hereby request an extension of time to file paper copies of their amicus curiae brief in these consolidated appeals.

Amicus Curiae Faculty Associations at 27 Universities electronically filed and served on August 12, 2026 an amicus curiae brief in support of Plaintiffs-Appellees and Affirmance.

On September 30, 2026 the court ordered that nine paper copies identical to that of the electronically filed brief must be submitted so that they are received by the court on or before October 7, 2026.

On October 15, 2026 counsel for Amici learned that the nine paper copies were mistakenly delivered by FedEx on October 6 to the federal district court in Boston.

Amici faculty association submit that their brief provides valuable input to the court in resolving these appeals, and accordingly request that they be allowed to submit the nine paper copies within three court days of the court granting this motion.

Respectfully submitted,

/s/ Philip C. Monrad
/s/ Eleanor Morton
Peter Saltzman
Leonard Carder LLP
1999 Harrison Street, Suite 2700
Oakland, California 94612
Tel: (510) 272-0169
Fax: (510) 272-0174