# United States Court of Appeals
## For the First Circuit

Nos. 26-1141
26-1195

AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS - HARVARD FACULTY CHAPTER; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS AT NEW YORK UNIVERSITY; RUTGERS AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-AMERICAN FEDERATION OF TEACHERS; MIDDLE EAST STUDIES ASSOCIATION,

Plaintiffs - Appellees/Cross - Appellants,

v.

MARCO RUBIO, in the official capacity as Secretary of State; U.S. DEPARTMENT OF STATE; MARKWAYNE MULLIN, in the official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; DAVID J. VENTURELLA, in the official capacity as Acting Director of U.S. Immigration and Customs Enforcement; DONALD J. TRUMP, in the official capacity as President of the United States; UNITED STATES,

Defendants - Appellants/Cross - Appellees.

**ORDER OF COURT**

Entered: November 19, 2026
Pursuant to 1st Cir. R. 27.0(d)

Construe as a motion for leave to file paper copies of its brief instanter, Amicus Curiae Faculty Associations at 27 Universities Council of University of California Faculty Associations, Berkeley Faculty Association, Davis Faculty Association, Irvine Faculty Association, University of California, Merced Faculty Association, Riverside Faculty Association, San Diego Faculty Association, University of California San Francisco Faculty Association, University of California Santa Barbara Faculty Association, University of California Los Angeles Faculty Association, Santa Cruz Faculty Association, University Council – American Federation of Teachers Local 1474, Boston University AAUP Chapter, Brown University Chapter of the AAUP, Stanford AAUP Chapter Dartmouth College Chapter of the AAUP, Massachusetts Institute of Technology Chapter of the AAUP, Rice University Advocacy Chapter of the AAUP, Tufts University Chapter of the AAUP, University of Houston Chapter of the AAUP, Johns Hopkins University Chapter of the AAUP, University of Minnesota Twin Cities Chapter of the AAUP, Northwestern University Chapter of the AAUP, AAUP Advocacy Chapter at the University of Texas at Austin, AAUP Advocacy Chapter at the University of Texas at Dallas, Yale University Chapter of the AAUP,

and Wesleyan University Chapter of the AAUP's motion is granted, and the paper copies are accepted for filing.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart, Jesse Lloyd Busen, Brett Allen Shumate, Abraham R. George, Benjamin Mark Moss, Paul F. Stone, Victoria M. Santora, Nancy Naseem Safavi, Harry Graver, Alexander Abdo, Ahilan T. Arulanantham, David Zimmer, Caroline DeCell, Edwina Bullard Clarke, Michael Tremonte, Noam Biale, Jameel Jaffer, Ramya Krishnan, Scott B. Wilkens, Xiangnong Wang, Jonathan M. Albano, Robert A. Bertsche, Renee M. Griffin, Joshua M. Daniels, Tasha J. Bahal, Jonathan T. Burke, David Rassoul Rangaviz, Julia S. Canney, Joel Anderson Fleming, Lauren Godles Milgroom, Andrew Riggs Dunlap, Zarah Zhao, Rachel Serebrenik, Steven Ury, Conor T. Fitzpatrick, Gilles R. Bissonnette, Zachary L. Heiden, Lynette J. Labinger, Fermin L. Arraiza-Navas, Carol J. Garvan, Jessie J. Rossman, Esha Bhandari, Andrew F. Sellars, Henry R. Klementowicz, Brian Matthew Hauss, Nathan Wessler, Rachel E. Davidson, Maria Danielle Savarese, Laura Rose Handman, Leah Tulin, Azeezat Adenike Adeleke, Cristina Sepe, William M. Tong, Peter F. Neronha, Peter W. Saltzman, Philip Monrad, Eleanor Morton